AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| State of Ohio ex rel. Attorney General Yost ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:22-cv-2700 |
| Aaron Michael Jones, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Ohio ex rel. Attorney General Dave Yost .

Date: 08/02/2022

/s/ Erin B. Leahy
*Attorney's signature*

Erin B. Leahy, OH Bar 0069509
*Printed name and bar number*

Ohio Attorney General's Office
Consumer Protection Section
30 East Broad St., 14th FL
Columbus, Ohio 43215

*Address*

Erin.Leahy@OhioAGO.gov
*E-mail address*

(614) 752-4730
*Telephone number*

*FAX number*