IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

State of Ohio, ex rel. Attorney General Dave Yost,

    Plaintiff,

vs                                        Case No. 2:22-cv-2700

Aaron Michael Jones, et al.

    Defendants.

## CERTIFICATE OF MAILING BY CLERK

**Certified mail service** has been done by the Clerk, U.S. District Court on August 16, 2022. A copy of the Complaint and issued Summons were sent to the following locations:

**Aaron Michael Jones**
**66 Hawking**
**Irvine, CA  92618**
**(7018 1830 0000 2705 8167)**

Stacey E. Yim
66 Hawking
Irvine, CA  92618-1779
(7008 1830 0000 2705 8174)

Posting Express, Inc.
c/o Stacey E Yim -President
66 Hawking
Irvine, CA  92618-1779
(7018 1830 0000 2705 8129)

**Sumco Panama USA**
c/o Cloud Peak Law Group, statutory agent
1095 Sugar View Dr., Ste. 100
Sheridan, WY  82801
(7018 1830 0000 2705 8136)


**Geist Telecom LLC**
c/o Cloud Peak Law Group, statutory agent
1095 Sugar View Dr., Ste. 100
Sheridan, WY  82801
(7018 1830 0000 2705 8112)

**Fugle Telecom LLC**
c/o Cloud Peak Law Group, statutory agent
1095 Sugar View Dr., Ste. 100
Sheridan, WY  82801
(7018 1830 0000 2705 8150)


**Connective MGMT Inc.**
c/o United States Corporation Agents, Inc., statutory agent
500 N. Rainbow Blvd., Ste. 300A
Las Vegas, NV  89107
(7018 1830 0000 2705 8143)



                **Richard W. Nagel, Clerk**

       By:  /s/Valerie Brown
             Deputy Clerk