IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

State of Ohio, ex rel Ohio Attorney General Dave Yost,

    Plaintiff,

vs                                   Case No. 2:22-cv-2700

Aaron Michael Jones, et al.,

    Defendants.

## CERTIFICATE OF MAILING BY CLERK

**Certified mail service** has been done by the Clerk, U.S. District Court on August 25, 2022. A copy of the complaint and issued summons were sent to the following locations:

| | |
|---|---|
| **Vitual Telecom, Inc.**<br>1621 Central Ave.<br>Cheyenne, WY 82001<br>(7018 1830 0000 2705 7696) | **Geist Telecom LLC**<br>1309 Coffeen Ave., Ste 1200<br>Sheridan, WY 82801<br>(7018 1830 0000 2705 7627) |
| **Sumco Panama USA**<br>1309 Coffeen Ave.<br>Ste. 1200<br>Sheridan, WY 82801<br>(7018 1830 0000 2705 7566) | **Posting Express, Inc.**<br>c/o US Corporation Agents<br>500 N. Rainbow Blvd., Ste 300A<br>Las Vegas, NV 89107<br>(7020 1830 0000 2705 7573) |
| **Mobi Telecom, LLC**<br>1309 Coffeen Ave.<br>STE 1200<br>Sheridan, WY 82801<br>(7018 1830 0000 2705 7580) | **Mobi Telecom, LLC**<br>c/o Cloud Peak Law, LLC, statutory agent<br>1095 Sugar View Dr., Ste. 500<br>Sheridan, WY 43050<br>(7018 1830 0000 2705 7603) |

| | |
|---|---|
| **Geist Telecom LLC**<br>905 Broadway St.<br>Sheridan, WY 82801<br>(7018 1830 0000 2705 7610) | **Geist Telecom LLC**<br>c/o National Registered Agents, Inc.<br>1015 15th Street, NW<br>Suite 1000<br>Washington, DC 20005<br>(7018 1830 0000 2705 7597) |
| **Connective MGMT Inc.**<br>c/o Andrew Yoshioka<br>3751 Cosley Street<br>Irvine, CA 92614<br>(7018 1830 0000 2705 7665) | **Davis Telecom Inc.**<br>c/o Julie Kathryn Bridge<br>1448 N. Euclid Ave.<br>Upland, CA 91786-2301<br>(7018 1830 0000 2705 7641) |
| **Davis Telecom Inc.**<br>1621 Central Ave.<br>Cheyenne, WY 82001<br>(7018 1830 0000 2705 7658) | **Fugle Telecom LLC**<br>1309 Coffeen Ave.<br>STE 1200<br>Sheridan, WY 82801<br>(7018 1830 0000 2705 7634) |
| **Technologic USA, Inc.**<br>c/o Julie Kathryn Bridge<br>1448 N. Euclid Ave.<br>Upland, CA 91786-2301<br>(7018 1830 0000 2705 7535) | **Tech Direct LLC**<br>c/o June Ann Batista<br>2822 Loreto Ave.<br>Costa Mesa, CA 92626-5813<br>(7018 1830 0000 2705 7504) |
| **Tech Direct LLC**<br>201 Wast 5th St., Ste. 1200<br>Sheridan, WY 82801<br>(7018 1830 0000 2705 7528) | **Technologic USA, Inc.**<br>1621 Central Ave.<br>Cheyenne, WY 82001<br>(7018 1830 0000 2705 7542) |
| **Virtual Telecom, Inc.**<br>c/o Julie Kathryn Bridge<br>1448 N. Euclid Ave.<br>Upland, CA 91786-2301<br>(7018 1830 0000 2705 7559). | |

**Richard W. Nagel, Clerk**

By:    /s/Eduardo Rivera
       Eduardo Rivera, Deputy Clerk