# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| STATE OF OHIO, *ex rel.* ATTORNEY GENERAL DAVE YOST | : : : | CASE NO. 2:22-cv-02700-ALM-KAJ |
| Plaintiff, | : : | JUDGE: Hon. Algenon L. Marbley |
| v. | : : | |
| AARON MICHAEL JONES, *et al.* | : : | **NOTICE OF ENTRY OF APPEARANCE** |
| Defendants. | : : | |

**PLEASE TAKE NOTICE** that Justin Whittaker, Esq., with the firm of WHITTAKER LAW, LLC., 1431 Walnut Street, Cincinnati, Ohio 45202, enters his appearance as counsel of record for Defendants Julie Kathryn Bridge, and June Ann Batista. We request that all Orders, documents, papers, materials, and things be served upon the undersigned at the address set forth below.

    Respectfully submitted,

    */s/ Justin Whittaker*
    Justin Whittaker, Esq. (0093212)
    WHITTAKER LAW, LLC
    1431 Walnut Street
    Cincinnati, Ohio 45202
    Tel: (513) 259-3758
    Fax: (513) 436-0689
    Justin@WhittakerLawFirm.com

    Candice M. Bryner, Esq. (CA 192462)
    (pending admission PHV)
    BRYNER CROSBY, APC
    24361 El Toro Road, Suite 220
    Laguna Hills, California 92637
    Tel: (949) 371-9056
    Fax: (949) 656-7380
    Candice@BrynerLaw.com

    Trial Attorneys for Defendants Julie
    Kathryn Bridge and June Ann Batista

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 30, 2022, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system and by email to the following:

Erin B. Leahy, Esq.
Christopher J. Belmarez, Esq.
Ohio Attorney General's Office
Consumer Protection Section
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
Erin.Leahy@OhioAGO.gov
Christopher.Belmarez@OhioAGO.gov

                */s/Justin Whittaker*
                Justin Whittaker, Esq. (0093212)