### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| STATE OF OHIO, *ex rel.* ATTORNEY GENERAL DAVE YOST | : : : | CASE NO. 2:22-cv-02700-ALM-KAJ |
| Plaintiff, | : : | JUDGE: Hon. Algenon L. Marbley |
| v. | : : | |
| AARON MICHAEL JONES, *et al.* | : : | <u>NOTICE OF ENTRY OF APPEARANCE</u> |
| Defendants. | : | |

**PLEASE TAKE NOTICE** that Justin Whittaker, Esq., with the firm of WHITTAKER LAW, LLC., 1431 Walnut Street, Cincinnati, Ohio 45202, enters his appearance as counsel of record for Defendant Roy Melvin Cox. We request that all Orders, documents, papers, materials, and things be served upon the undersigned at the address set forth below.

Respectfully submitted,

*/s/ Justin Whittaker*
Justin Whittaker, Esq. (0093212)
WHITTAKER LAW, LLC
1431 Walnut Street
Cincinnati, Ohio 45202
Tel: (513) 259-3758
Fax: (513) 436-0689
Justin@WhittakerLawFirm.com

Candice M. Bryner, Esq. (CA 192462)
(pending admission PHV)
BRYNER CROSBY, APC
24361 El Toro Road, Suite 220
Laguna Hills, California 92637
Tel: (949) 371-9056
Fax: (949) 656-7380
Candice@BrynerLaw.com

Trial Attorneys for Defendant Roy Melvin Cox

## CERTIFICATE OF SERVICE

      I hereby certify that on August 30, 2022, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system and by email to the following:

Erin B. Leahy, Esq.
Christopher J. Belmarez, Esq.
Ohio Attorney General's Office
Consumer Protection Section
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
Erin.Leahy@OhioAGO.gov
Christopher.Belmarez@OhioAGO.gov

                                            ***/s/Justin Whittaker***
                                            Justin Whittaker, Esq. (0093212)