- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**A. Signature**

X *P. Linden* ☒ Agent ☐ Addressee

**B. Received by (Printed Name)**    **C. Date of Delivery**

*P. Linden*    8/23/22

**1. Article Addressed to:**

Connective Mgmt. INC, c/o United States Corporation Agents Inc, Statutory Agent
500 N Rainbow Blvd, Ste 300 A
Las Vegas, NV 89017
Re: Case No. 2:22-CV-2700

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

2:22-CV-2700 ALM-KAJ

9590 9402 5742 0003 5303 08

**3. Service Type**
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

**2. Article Number** (Transfer from service label)

7018 1830 0000 2705 8143

PS Form **3811**, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**USPS TRACKING #**

9590 9402 5742 0003 5303 08

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

- Sender: Please print your name, address, and ZIP+4® in this box •

Clerk, United States District Court,
Southern District of Ohio
85 Marconi Blvd
Room 121
Columbus, OH 43215

FILED
RICHARD W. NAGEL
CLERK OF COURT
2022 AUG 29 PM 3:0[?]
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS