## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **STATE OF OHIO,** *ex rel.* | : | **CASE NO.** |
| **ATTORNEY GENERAL DAVE YOST** | : | **2:22-cv-02700-ALM-KAJ** |
| | : | |
| **Plaintiff,** | : | **JUDGE:** |
| | : | **Hon. Algenon L. Marbley** |
| **v.** | : | |
| | : | **MOTION FOR ADMISSION** ***PRO*** |
| **AARON MICHAEL JONES,** *et al.* | : | ***HAC VICE*** |
| | : | |
| **Defendants.** | : | |

**COMES NOW**, Justin Whittaker, Esq., trial attorney for Defendants Roy Melvin Cox Jr., Julie Kathryn Bridge, and June Ann Batista, and moves the Court for an Order pursuant to Local Rules 83.3(e) and 83.4(a), granting M. Candice Crosby, Esq. admission *pro hac vice* to appear and participate on their behalf in the above-referenced action. Movant represents that Ms. Crosby is a member in good standing of the highest court of California as attested by the accompanying certificate from that court attached as **Exhibit A**, and that she is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee. Ms. Crosby's contact information follows below the signature of the undersigned. A proposed Order is supplied for the Court's convenience.

**/s/ Justin Whittaker**
Justin Whittaker, Esq. (0093212)
WHITTAKER LAW, LLC
1431 Walnut Street
Cincinnati, Ohio 45202
Tel: (513) 259-3758
Fax: (513) 436-0689
Justin@WhittakerLawFirm.com

M. Candice Crosby, Esq. (CA 192462)
(pending admission PHV)
BRYNER CROSBY, APC
24361 El Toro Road, Suite 220
Laguna Hills, California 92637
Tel: (949) 371-9056
Fax: (949) 656-7380
Candice@BrynerLaw.com

Trial Attorneys for Defendant Roy
Melvin Cox, Julie Kathryn Bridge, and
June Ann Batista

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2022, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system and by email to the following:

Erin B. Leahy, Esq.
Christopher J. Belmarez, Esq.
Ohio Attorney General's Office
Consumer Protection Section
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
Erin.Leahy@OhioAGO.gov
Christopher.Belmarez@OhioAGO.gov

*/s/Justin Whittaker*
Justin Whittaker, Esq. (0093212)