# The State Bar of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

## CERTIFICATE OF STANDING

August 11, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARY CANDICE BRYNER, #192462 was admitted to the practice of law in this state by the Supreme Court of California on December 9, 1997; that at her request, on September 9, 2019, her name was changed to MARY CANDICE CROSBY on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records

EXHIBIT A