# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| STATE OF OHIO, *ex rel.* ATTORNEY GENERAL DAVE YOST | : : : | CASE NO. 2:22-cv-02700-ALM-KAJ |
| Plaintiff, | : : | JUDGE: Hon. Algenon L. Marbley |
| v. | : : | **ORDER** |
| AARON MICHAEL JONES, *et al.* | : : | |
| Defendants. | : | |

This matter is before the Court on the Motion of Justin Whittaker, Esq., trial attorney for Defendants Roy Melvin Cox Jr., Julie Kathryn Bridge, and June Ann Batista, for an Order admitting M. Candice Crosby, Esq. admission *pro hac vice* to appear and participate in this action pursuant to Local Rules 83.3(e) and 83.4(a). Having considered the arguments of counsel, and being in all ways sufficiently advised, the Court finds that the instant Motion is well taken and is granted.

**IT IS THEREFORE ORDERED**,

1. That M. Candice Crosby, Esq. is admitted *pro hac vice* in this action to appear and participate on behalf of Defendants Roy Melvin Cox, Jr. Julie Kathryn Bridge, and June Ann Batista; and

2. That Ms. Bryner is directed to register for e-filing through PACER.

**DATED:** _____

_____
**Hon. Kimberly A. Jolson,
United States District Court
Magistrate Judge,**