## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| STATE OF OHIO, *ex rel.* ATTORNEY GENERAL DAVE YOST | : : : | CASE NO. 2:22-cv-02700-ALM-KAJ |
| Plaintiff, | : : | JUDGE: Hon. Algenon L. Marbley |
| v. | : : | |
| AARON MICHAEL JONES, *et al.* | : : : | <u>NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT JUNE ANN BATISTA</u> |
| Defendants. | : | |

**COME NOW**, Justin Whittaker, Esq. and WHITTAKER LAW, LLC, and tender their Notice of Withdrawal as Counsel for Defendant June Ann Batista. Ms. Batista has elected to terminate the representation of the undersigned and to pursue a separate defense of this action, either through replacement counsel or as a *pro se* Defendant.

No discovery has taken place in this action. The parties have not engaged in a Civil Rule 26(f) conference, and no pretrial schedule has been entered by the Court or offered by the parties. Ms. Batista's answer or other responsive pleading is not yet due, and none has been filed. Per agreement, Ms. Batista's answer or other responsive pleading is due on September 27, 2022. [Doc. #6]. The undersigned requests that Ms. Batista be allowed 60 days from the filing of this Notice to secure alternate counsel or to notify the Court of her intent to proceed *pro se*, and to file her answer or other responsive pleading. No party will be prejudiced by this action.

***Please also note that the Application of M. Candice Crosby, Esq. to appear*** pro hac vice ***[Doc. #15] is withdrawn as to Ms. Batista <u>only</u>***.

        Respectfully submitted,

        ***/s/ Justin Whittaker***
        Justin Whittaker, Esq. (0093212)
        WHITTAKER LAW, LLC
        1431 Walnut Street
        Cincinnati, Ohio 45202
        Tel: (513) 259-3758
        Fax: (513) 436-0689
        Justin@WhittakerLawFirm.com

        M. Candice Crosby, Esq. (CA 192462)
        (pending admission PHV)
        BRYNER CROSBY, APC
        24361 El Toro Road, Suite 220
        Laguna Hills, California 92637
        Tel: (949) 371-9056
        Fax: (949) 656-7380
        Candice@BrynerLaw.com

        Trial Attorneys for Defendant Roy
        Melvin Cox and Julie Kathryn Bridge

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 8, 2022, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system and by email to the following:

Erin B. Leahy, Esq.
Christopher J. Belmarez, Esq.
Ohio Attorney General's Office
Consumer Protection Section
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
Erin.Leahy@OhioAGO.gov
Christopher.Belmarez@OhioAGO.gov

      I further certify that on September 8, 2022, a copy of the foregoing was served via regular mail and/or email on the following:

June Ann Batista
c/o M. Candice Crosby, Esq.
BRYNER CROSBY, APC
24361 El Toro Road, Suite 220
Laguna Hills, California 92637
Candice@BrynerLaw.com

                                      ***/s/Justin Whittaker***
                                      Justin Whittaker, Esq. (0093212)