United States District Court
for the Southern District of Ohio
Eastern Division at Columbus

State of Ohio, ex rel Ohio Attorney
General Dave Yost

        Plaintiff,                        Case No. 2:22-cv-2700

    v.                                   Chief Judge Marbley
                                          Magistrate Judge Jolson

Aaron Michael Jones et al.,

        Defendants.

**NOTICE OF DEFICIENCY**

September 12, 2022

The Court's docket reflects the filing of a motion for leave to appear *pro hac vice* in this case **(ECF #15 and 16).** S.D. Ohio Civ. R. 83.3(e) governs motions for leave to appear *pro hac vice* and states in part:

> "Any attorney seeking this type of admission must do so by: (i) filing a motion for admission…in each case in which the attorney wishes to appear, with the motion signed by a permanent member of the bar; (ii) providing a certificate of good standing from the highest Court of a State or the District of Columbia that has been issued not more than six months prior to the date of the motion; and (iii) remitting any applicable admission fee."

The motion does not comply with Local Rule 83.3 for the following reason(s):

☐   The motion is not signed by a permanent member of the bar of this Court.

☐   The motion is not accompanied by the required filing fee.

☒   The motion does not contain the required certificate of good standing.
      ☒   The certificate is not from the highest court of a State or the District of Columbia.
      ☐   The certificate was issued more than six months ago.

☒   Other: Certificate is not text searchable

Please resubmit the motion or a proper certificate of good standing **within 14 days**.