CERTIFIED MAIL

CLERK UNIT[ED]
SOUTH[ERN]
85 MA[RCONI?]
CO[LUMBUS]

NIXIE
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
808 SE 1   7209/02/22

7018 1830 0000 2705 7610


US POSTAGE
ZIP 43215  $009.65
02 4W
0000359815

FILED
RICHARD W. NAGEL
CLERK OF COURT
2022 SEP 12 PM 3:35
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Geist Telecom LLC
905 Broadway St.
Sheridan, WY 82801


X-RAY
U.S. MARSHALS SERVICE