**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Sunco Panama USA, C/o Cloud Peak Law Group, Statutory Agent
1095 Sugar View Dr., Ste 100
Sheridan, WY 82801
Re: Case No. 2:22-CV-2700

9590 9402 5742 0003 5303 15

2. Article Number (Transfer from service label)
7018 1830 0000 2705 8136

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Brittany Elliott
C. Date of Delivery: 8/22/22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:22-CV-2700 ALM-KAJ

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Re: Case No. 2:22-CV-2700
Geist Telecom LLC
C/O Cloud Peak Law Group, Statutory agent
1095 Sugar View Dr, Ste 100
Sheridan, WY 82801

9590 9402 5742 0003 5303 39

2. Article Number (Transfer from service label)
7018 1830 0000 2705 8112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Brittany Elliott
C. Date of Delivery: 8/22/22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:22-CV-2700 ALM-KAJ

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



