JOSEPH P KINNEARY U S COURTHOUSE
85 MARCONI BLVD ROOM 121
COLUMBUS OH 43215

7018 1830 0000 2705 8167

CERTIFIED MAIL

CLERK OF COURT
2022 SEP 16 PM 1:16
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

US POSTAGE
ZIP 43215 $010.61
02 4W
0000359815

NL
8/19

AARON MICHAEL JONES
66 HAWKING
IRVINE CA 92618

NIXIE      910   DC 1          0009/16/22
         RETURN TO SENDER
              REFUSED
         UNABLE TO FORWARD
BC: 43215282346    2347N253233-00033