# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| STATE OF OHIO, *ex rel.* ATTORNEY GENERAL DAVE YOST | : : : | CASE NO. 2:22-cv-02700-ALM-KAJ |
| Plaintiff, | : : | JUDGE: Hon. Algenon L. Marbley |
| v. | : : | **AMENDED MOTION FOR** |
| AARON MICHAEL JONES, *et al.* | : : | **ADMISSION *PRO HAC VICE*** |
| Defendants. | : | |

**COMES NOW**, Justin Whittaker, Esq., trial attorney for Defendant Julie Kathryn Bridge, and moves the Court for an Order pursuant to Local Rules 83.3(e) and 83.4(a), and the Court's September 12, 2022, entry, [Doc. #19], granting M. Candice Crosby, Esq. admission *pro hac vice* to appear and participate on behalf of Ms. Bridge in the above-referenced action.  Movant represents that Ms. Crosby is a member in good standing of the highest court of California as attested by the accompanying certificate from that court attached as **Exhibit A**, and that she is not eligible to become a member of the permanent bar of this Court.  This Motion was preceded by the required filing fee, receipt number 6548397, tendered on September 2, 2022.  Ms. Crosby's contact information follows below the signature of the undersigned.  A proposed Order is supplied for the Court's convenience.

*/s/ Justin Whittaker*
Justin Whittaker, Esq. (0093212)
WHITTAKER LAW, LLC
1431 Walnut Street
Cincinnati, Ohio 45202
Tel: (513) 259-3758
Fax: (513) 436-0689
Justin@WhittakerLawFirm.com

        M. Candice Crosby, Esq. (CA 192462)
        (pending admission PHV)
        BRYNER CROSBY, APC
        24361 El Toro Road, Suite 220
        Laguna Hills, California 92637
        Tel: (949) 371-9056
        Fax: (949) 656-7380
        Candice@BrynerLaw.com

        Trial Attorneys for
        Defendant Roy Melvin Cox Jr. and
        Julie Kathryn Bridge

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 20, 2022, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system and by email to the following:

Erin B. Leahy, Esq.
Christopher J. Belmarez, Esq.
Ohio Attorney General's Office
Consumer Protection Section
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
Erin.Leahy@OhioAGO.gov
Christopher.Belmarez@OhioAGO.gov


        ***/s/Justin Whittaker***
        Justin Whittaker, Esq. (0093212)