CERTIFIED MAIL

CLERK UNITE
SOUTHE
85 MARCONI BLVD ROOM 121
COLUMBUS OH 43215


7018 1830 0000 2705 7528


US POSTAGE — PITNEY BOWES
ZIP 43215 $ 009.65
02 4W
0000359815


CLERK OF COURT
2022 SEP 19 PM 2:03
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS



Tech Direct LLC
201 East 5th St., Ste. 1200
Sheridan, WY 82801

NIXIE    808  CE 1    7209/13/22
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 43215     0159N256182-00321

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| State of Ohio, ex rel. Attorney General Dave Yost <br><br> *Plaintiff(s)* <br><br> v. <br><br> Aaron Michael Jones, et al <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2:22-CV-2700 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tech Direct LLC
201 East 5th St., Ste. 1200
Sheridan, WY 82801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Erin B. Leahy
Christopher Belmarez
Ohio Attorney General's Office
30 East Broad Street, 14th Floor
Columbus, Ohio 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/24/2022

*Signature of Clerk or Deputy Clerk*

CLERK UNITED
SOUTHE_
    85 MARCONI BLVD  ROOM 121
        COLUMBUS  OH  43215

7018 1830 0000 2705 7696



RICHARD W. NAGEL
CLERK OF COURT
2022 SEP 19  PM 2:04
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**RETURN TO SENDER**

RETURN TO SENDER

NIXIE        808    CC 1         7209/15/22
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD

BC: 43215282346    0159N258035-00591

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| State of Ohio, ex rel. Attorney General Dave Yost <br><br> *Plaintiff(s)* <br> v. <br> Aaron Michael Jones, et al <br><br> *Defendant(s)* | Civil Action No. 2:22-CV-2700 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Virtual Telecom, Inc.
1621 Central Ave.
Cheyenne, WY 82001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Erin B. Leahy
Christopher Belmarez
Ohio Attorney General's Office
30 East Broad Street, 14th Floor
Columbus, Ohio 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/25/2022

*Signature of Clerk or Deputy Clerk*