IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

State of Ohio, ex rel Ohio Attorney General Dave Yost,

    Plaintiff,

vs                        Case No. 2:22-cv-2700

Aaron Michael Jones et al.

    Defendants.

## CERTIFICATE OF MAILING BY CLERK

**Ordinary mail service** has been done by the Clerk, U.S. District Court on September 22, 2022. A copy of the Complaint and issued Summons were sent to the following locations:

Aaron Michael Jones
66 Hawking
Irvine, CA  92618-1779

**Richard W. Nagel, Clerk**

By: /s/Valerie Brown
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

State of Ohio, ex rel Ohio Attorney General Dave Yost,

    Plaintiff,

vs          Case No. 2:22-cv-2700

Aaron Michael Jones et al.

    Defendants.

## CERTIFICATE OF MAILING BY CLERK

**Certified mail service** has been done by the Clerk, U.S. District Court on September 22, 2022. A copy of the Complaint and issued Summons were sent to the following locations:

Stacey E Yim
66 Hawking
Irvine, CA 92618-1779
(7018 1830 0000 2705 8105)

**Richard W. Nagel, Clerk**

By: /s/Valerie Brown
Deputy Clerk