JOSEPH
85 MARCONI BLVD ROOM 121
COLUMBUS OH 43215

7018 1830 0000 2705 8129

RICHARD W. NAGEL
CLERK OF COURT

ZIP 43215
02 4W
0000359815
US POSTAGE $010.61

2022 SEP 21 AM 11:33
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

NZ
8119

POSTING EXPRESS INC
C/O STACEY E YIM (PRESIDENT)
66 HAWKING
IRVINE CA 92618-1779

NIXIE 910 CC 1 7209/10/22
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 43215 2347N253233-00037

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| State of Ohio, ex rel. Attorney General Dave Yost <br><br> *Plaintiff(s)* <br> v. <br> Aaron Michael Jones, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:22-CV-2700 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Posting Express, Inc.
c/o Stacey E. Yim (President)
66 Hawking
Irvine, CA 92618-1779

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Erin B. Leahy
Christopher Belmarez
Ohio Attorney General's Office
30 East Broad Street, 14th Floor
Columbus, Ohio 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/15/2022                                     *Valerie Brown*
                                                       *Signature of Clerk or Deputy Clerk*

CLERK UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
85 MARCONI BLVD ROOM 121
COLUMBUS OH 43215

CERTIFIED MAIL

7018 1830 0000 2705 7658

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 SEP 21 AM 11:33

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

ZIP 43215 $009.65
02 4W
0000359815

RETURN TO SENDER

RETURN TO SENDER

NIXIE        808   CC 1          7209/15/22
          RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| State of Ohio, ex rel. Attorney General Dave Yost <br><br> *Plaintiff(s)* <br> v. <br> Aaron Michael Jones, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:22-CV-2700 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Davis Telecom Inc.
1621 Central Ave.
Cheyenne, WY 82001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Erin B. Leahy
Christopher Belmarez
Ohio Attorney General's Office
30 East Broad Street, 14th Floor
Columbus, Ohio 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/24/2022

*Signature of Clerk or Deputy Clerk*

CERTIFIED MAIL

CLERK UNITED S[TATES]
SOUTHERN
85 MARCONI BLVD ROOM 121
COLUMBUS OH 43215

7018 1830 0000 2705 7542



FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 SEP 21 AM 11: 33

US POSTAGE
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS
43215 $ 009.65
02 4W
0000359815

RETURN TO SENDER



RETURN TO SENDER

NIXIE      808  CC 1       7209/15/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| State of Ohio, ex rel. Attorney General Dave Yost <br><br> *Plaintiff(s)* <br> v. <br> Aaron Michael Jones, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:22-CV-2700 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Technologic USA, Inc.
1621 Central Ave.
Cheyenne, WY 82001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Erin B. Leahy
Christopher Belmarez
Ohio Attorney General's Office
30 East Broad Street, 14th Floor
Columbus, Ohio 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/24/2022

*Signature of Clerk or Deputy Clerk*