IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**STATE OF OHIO, ex rel**
**OHIO ATTORNEY GENERAL**
**DAVE YOST,**

       **Plaintiff,**

  vs.                                        **Civil Action 2:22-cv-2700**
                                                  **Chief Judge Algenon L. Marbley**
                                                  **Magistrate Judge Jolson**

**AARON MICHAEL JONES, et al.,**

        **Defendants.**


## NOTICE

**PROCEEDING:**       **PRELIMINARY PRETRIAL CONFERENCE**

**PLACE:**                  **VIA TELECONFERENCE**
                                Jos. P. Kinneary U.S. Courthouse
                                85 Marconi Blvd., R-200
                                Columbus, OH 43215

**DATE/TIME:**           **November 2, 2022 @ 10:15 a.m.**

**PLEASE NOTE:**

     1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference.  The required form can be found on the Court's website, www.ohsd.uscourts.gov.   Click on AForms@ and then select ARule 26(f) Report of the Parties (Eastern Division Only).@   **Please Note: The Rule 26(f) Report for the Eastern Division has changed.   Please ensure that you are using the correct form.**

     2. The Eastern Division General Order on Pretrial Conference can also be found on the Court's website.

     3. Parties or principals represented by counsel are welcome, but not required, to attend the conference. Individuals not represented by counsel must participate.

     4. Questions or concerns should be directed to chambers at 614-719-3470.


September 27, 2022                                                           *s/Jessica Rector*
                                                                  Jessica Rector, Courtroom Deputy to
                                                                  Magistrate Judge Kimberly A. Jolson