**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**



FILED
RICHARD W. NAGEL
CLERK OF COURT

| | | |
|---|---|---|
| **State of Ohio**, *ex rel.* | : | Civil Action No. 2:22-CV-2700 |
| **Attorney General Dave Yost**, | : | |
| Plaintiff, | : | JUDGE: Hon. Algenon L. Marbley |
| | : | |
| v | : | |
| | : | |
| **Aaron Michael Jones** *et al.*, | : | |
| Defendants. | : | |
| | : | |

2022 SEP 28 AM 10: 43

DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## MOTION TO REQUEST EXTENSION TO FILE ANSWER

Pursuant to S.D. Ohio Civ. R. 6.1(a) and Fed. R. Civ. P. 6(b)(1)(A), Defendant JUNE BATISTA, representing herself Pro Se in the above-referenced action, respectfully requests that the Court entitle Movant Defendant to an extension of time to file an answer to the complaint filed on July 7, 2022. Movant Defendant respectfully requests the new deadline to file her answer be October 17, 2022.

*June Batista*
(Signature of Defendant Pro Se)

2822 Loreto Ave.
(Address)

Costa Mesa, CA 92626
(City, State, Zip Code)

(949) 689-5059
(Telephone Number)

June Batista
(Name of Party Pro Se)

## CERTIFICATE OF SERVICE AND FILING

I, June Batista, hereby certify that on September 27, 2022 Movant Defendant attempted to file this Motion with the Court via the electronic filing system, and the attempt was rejected due to the electronic filing system notifying judicial approval is needed before electronic filings are accepted. Pursuant to a conversation with the Clerk of the Court on September 27, 2022, Movant Defendant is mailing via overnight FedEx mail the Motion so that the Court may obtain a copy. Movant Defendant requests and additional information regarding filing be given at the Court's earliest convenience, and also requests that electronic filing be made available to Movant Defendant at the Court's earliest convenience.

/s/ June Batista
June Batista
Defendant, Pro Se

I, hereby certify that a copy of the foregoing was served via first-class mail and/or email on September 27, 2022 to the following:

**Christopher Joseph Belmarez, Esq.**
Attorney General of Ohio
Consumer Protection
30 E. Broad Street
14th Floor
Columbus, OH 43215
Christopher.Belmarez@OhioAGO.gov

**M. Candice Crosby, Esq.**
Bryner Crosby, APC
24361 el Toro Road, Suite 220
Laguna Hills, CA 92637
Candice@BrynerLaw.com

**Erin Bridget Leahy, Esq.**
Ohio Attorney General's Office
Consumer Protection Section
30 East Broad Street
14th Floor
Columbus, OH 43215
Erin.Leahy@OhioAGO.gov

**Justin Whittaker, Esq.**
Whittaker Law, LLC
1431 Walnut Street
Cincinnati, OH 45202
Justin@WhittakerLawFirm.com

/s/ June Batista
June Batista
Defendant, Pro Se