# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **State of Ohio**, *ex rel.* **Attorney General Dave Yost**, Plaintiff, | No. 2:22-CV-2700 |
| v | JUDGE: Hon. Algenon L. Marbley |
| **Aaron Michael Jones** *et al.*, Defendants. | |

## ENTRY

Movant Defendant's motion for an extension of time is APPROVED. Movant Defendant's new deadline to respond to Plaintiff's complaint is _____.

IT IS SO ORDERED.

_____
JUDGE: Hon. Algenon L. Marbley