


CLERK U[NITED STATES]
SOU[THERN DISTRICT]
85 M[ARCONI BLVD]

NIXIE  808  5O  1       7209/22/22
    RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
    UNABLE TO FORWARD
BC: 43215282399      *0159N26505S-00459

US POSTAGE **PITNEY BOWES**
ZIP 43215
$ 009.65⁰

ANK



RTS



Geist Telecom LLC
1309 Coffeen Ave STE 1200
Sheridan, WY 82801



FILED
RICHARD W. NAGEL
CLERK OF COURT
2022 SEP 26 PM 2:56
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS