AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

State of Ohio, ex rel. Attorney General Dave Yost

*Plaintiff(s)*

v.

Aaron Michael Jones, et al

*Defendant(s)*

Civil Action No. 2:22cv2700

## SUMMONS *Alias* IN A CIVIL ACTION

To: *(Defendant's name and address)* Sumco Panama SA
El Cangrejo Calle 49 Edif
Roslyn, Panama

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Erin B. Leahy
Christopher Belmarez
Ohio Attorney General's Office
30 East Broad Street, 14th Floor
Columbus, Ohio 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10-4-2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| State of Ohio, ex rel. Attorney General Dave Yost <br><br> *Plaintiff(s)* <br> v. <br> Aaron Michael Jones, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:22cv2700 |

## SUMMONS IN A CIVIL ACTION (Alias)

To: *(Defendant's name and address)* Technologic, Inc.
Avenue Samuel Lewis y Calle 58
Panama 3, Panama

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Erin B. Leahy
Christopher Belmarez
Ohio Attorney General's Office
30 East Broad Street, 14th Floor
Columbus, Ohio 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10-4-2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| State of Ohio, ex rel. Attorney General Dave Yost <br><br> *Plaintiff(s)* <br> v. <br> Aaron Michael Jones, et al <br><br> *Defendant(s)* | Civil Action No. 2:22CV2700 |

## SUMMONS Alias A CIVIL ACTION

To: *(Defendant's name and address)*  Virtual Telecom Kft
Budapest
Damjanich utca 14 3/1
1054
Hungary

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Erin B. Leahy
Christopher Belmarez
Ohio Attorney General's Office
30 East Broad Street, 14th Floor
Columbus, Ohio 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10-4-2022                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

State of Ohio, ex rel. Attorney General Dave Yost )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:22-cv-2700
)
Aaron Michael Jones, et al )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION (Alias)

To: *(Defendant's name and address)* Andrea Horvath
Jozsef Korut 71 73 4
emelet 58
.Budapest H1085 HU

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Erin B. Leahy
Christopher Belmarez
Ohio Attorney General's Office
30 East Broad Street, 14th Floor
Columbus, Ohio 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10-4-2022

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

State of Ohio, ex rel. Attorney General Dave Yost

*Plaintiff(s)*

v.

Aaron Michael Jones, et al

*Defendant(s)*

Civil Action No. 2:22cv2700

## SUMMONS *Alias* IN A CIVIL ACTION

To: *(Defendant's name and address)*  Davis Telecom Inc.
Ave. Samuel Lewis y Calle 58
Panama, Zona 1/3
Panama City, Panama

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Erin B. Leahy
Christopher Belmarez
Ohio Attorney General's Office
30 East Broad Street, 14th Floor
Columbus, Ohio 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10-4-2022

*Signature of Clerk or Deputy Clerk*