# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| STATE OF OHIO ex rel.<br>ATTORNEY GENERAL<br>DAVE YOST<br><br>            Plaintiff<br>v.<br><br>AARON MICHAEL JONES, et al.<br><br>            Defendants | CASE NO. 2:22-CV-2700<br><br>JUDGE MARBLEY<br><br>CERTIFICATE OF MAILING<br>BY CLERK |

Ordinary mail service has been done by the Clerk, U.S. District Court on October 7, 2022.

A copy of the Complaint and issued Summons were sent to the following location:

           Posting Express, Inc.
           c/o Stacey E. Yim – President
           66 Hawking
           Irvine, CA 92618-1779

           Richard W. Nagel, Clerk
           By: _Taylor Adams_____
                Deputy Clerk