AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| State of Ohio, ex rel. Attorney General Dave Yost <br><br> *Plaintiff(s)* <br> v. <br> Aaron Michael Jones, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:22-CV-2700 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Aaron Michael Jones
66 Hawking
Irvine, CA 92618


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Erin B. Leahy
Christopher Belmarez
Ohio Attorney General's Office
30 East Broad Street, 14th Floor
Columbus, Ohio 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  08/15/2022           *Valerie Brown*
                             *Signature of Clerk or Deputy*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-CV-2700

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Aaron Michael Jones**
was received by me on *(date)* **08/15/2022**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I provided a copy of the Complaint and issued Summons to the Clerk, U.S. Southern District of Ohio, for ordinary mail service after certified mail service returned "refused" pursuant to Federal Rule of Civil Procedure 4(e), Ohio Rule of Civil Procedure 4.6(C), and Southern District of Ohio's Local Rule 4.2(c). Ordinary mail service was completed on 9/22/2022. Date of service shown by Certificate of Mailing by Clerk (Doc #26). This Proof of Service is filed 21 days from the date of mailing and the ordinary mail has not been returned undelivered.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/13/2022**

*Server's signature*

**Assistant Attorney General Christopher J. Belmarez**
*Printed name and title*

30 E. Broad St.
14th Floor
Columbus, OH 43215
*Server's address*

Additional information regarding attempted service, etc: