JOSEPH P KINNEARY U S COURTHOUSE
ROOM 121
85 MARCONI BLVD
COLUMBUS OH 43215

7018 1830 0000 2705 8105



FILED
RICHARD W. NAGEL
CLERK OF COURT
2022 NOV 10 PM 3:05
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

N/L
9/26/22

X-RAY
United States Marshals Service

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 43215282346   2347N30502O3-00015

