IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**STATE OF OHIO, ex rel.**
**ATTORNEY GENERAL DAVE YOST**

    Plaintiffs,

    v.

**AARON MICHAEL JONES, et al.**

    Defendants.

Civil Action No. 2:22-cv-2700
Chief Judge Algenon L. Marbley
Magistrate Judge Kimberly A. Jolson

**JOINT MOTION OF ENTRY OF PROTECTIVE ORDER**

Plaintiff State of Ohio, ex rel Attorney General Yost and Defendants Roy Cox Jr. and Julie Bridge file this Joint Motion for Entry of Protective Order, and in support thereof, respectfully show the Court as follows:

The Protective Order, attached hereto as Exhibit A, addresses the concerns shared by the Plaintiff States about disclosure of confidential information that may be exchanged through discovery in this litigation. All parties have agreed to the attached Protective Order for entry by the Court. Pro se Defendant, June Batista was provided a copy of the draft Protective Order and stated that she has no objection to the entry of the Protective Order.

WHEREFORE, the moving parties respectfully request that the Protective Order attached hereto as Exhibit A be entered. For the Court's convenience, a redline comparison to the Court's standard tier-one protective order is also attached as Exhibit B.

1

Respectfully Submitted,

**FOR THE STATE OF OHIO:**

DAVE YOST
Attorney General for the State of Ohio

*s/* Erin B. Leahy
**ERIN B. LEAHY, Trial Attorney**
Ohio Bar No. 69509
Erin.Leahy@ohioago.gov
**CHRISTOPHER BELMAREZ, Trial Attorney**
Ohio Bar No. 101433
Christopher.Belmarez@ohioago.gov
Assistant Attorneys General
Ohio Attorney General's Office
Consumer Protection Section
30 E. Broad Street, 14th Floor
Columbus, Ohio 43215
(614) 752-4730 (Leahy)
(614) 466-4455 (Belmarez)


**FOR THE DEFENDANTS:**
**Roy Melvin Cox, Jr.**
**Julie Ann Bridge**


s/ Justin Whittaker by s/ *Erin B. Leahy per email authorization*
**JUSTIN WHITTAKER**, Esq., Trial Attorney
OH Bar No. 93212
Whittaker Law, LLC
513.259.3758 (m) | 513.436.0689 (f) justin@whittakerlawfirm.com
1431 Walnut Street,
Cincinnati Ohio 45202

s/ M. Candice Crosby by s/ *Erin B. Leahy per email authorization*
**M. CANDICE CROSBY**, Esq.
CA 192462, Pro Hac Vice
BRYNER CROSBY, APC
24361 El Toro Road, Suite 220
Laguna Hills, California 92637
Tel: (949) 371-9056
Fax: (949) 656-7380
Candice@BrynerLaw.com

2

## Certificate of Service

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 5(a), I hereby certify that on December 13, 2022, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel of record and via certified USPS mail delivery and electronic mail the following:

**June Ann Batista**
2822 Loreto Ave.
Costa Mesa, California 92626
(949) 689-5059
junesells@yahoo.com
***Defendant, Pro Se***

                        */s/* Erin B. Leahy
                        ERIN B. LEAHY
                        ASSISTANT ATTORNEY GENERAL