IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STATE OF OHIO, ex rel.<br>ATTORNEY GENERAL DAVE YOST<br><br>    Plaintiffs,<br><br>    v.<br><br>AARON MICHAEL JONES, et al.<br><br>    Defendants. | Civil Action No. 2:22-cv-2700<br>Chief Judge Algenon L. Marbley<br>Magistrate Judge Kimberly A. Jolson |

**MOTION REQUESTING ISSUANCE OF LETTERS ROGATORY**

Plaintiff State of Ohio files this motion requesting the issuance of letters rogatory directed to the Panamanian Central Authority to serve the Summons and Complaint upon Defendants Jovita Migdaris Cedeno Luna, Livia Szuromi, Technologic, Inc., Davis Telecom, Inc., and Sumco Panama SA pursuant to the Inter-American Convention on Letters Rogatory and the Additional Protocol Convention under Civ. Rule 4(f)(1) and (h)(2).  The proposed letters rogatory are attached as exhibits.

Respectfully Submitted,


*s/* Erin B. Leahy
**ERIN B. LEAHY, Trial Attorney**
Ohio Bar No. 69509
Erin.Leahy@OhioAgo.gov
Senior Assistant Attorney General
Ohio Attorney General's Office
Consumer Protection Section
30 E. Broad Street, 14th Floor
Columbus, Ohio 43215
(614) 752-4730 (Leahy)

1

## Certificate of Service

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 5(a), I hereby certify that on December 23, 2022, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel of record and via electronic mail the following:

JUSTIN WHITTAKER, Esq., Trial Attorney
OH Bar No. 93212
Whittaker Law, LLC
513.259.3758 (m) | 513.436.0689 (f)
justin@whittakerlawfirm.com
1431 Walnut Street,
Cincinnati Ohio 45202
***Counsel for Defendants Roy Cox and Julie Bridge***

M. CANDICE CROSBY, Esq.
CA 192462, Pro Hac Vice
BRYNER CROSBY, APC
24361 El Toro Road, Suite 220
Laguna Hills, California 92637
Tel: (949) 371-9056
Fax: (949) 656-7380
Candice@BrynerLaw.com
***Counsel for Defendants Roy Cox and Julie Bridge***

JUNE ANN BATISTA
junesells@yahoo.com
***Defendant, Pro Se***

VINCENT A. STAFFORD
Stafford Law
VAS@Stafford-Stafford.com
***Courtesy copy on behalf of Pro Se Defendant June Batista***

                                                            */s/* Erin B. Leahy
                                                            ERIN B. LEAHY
                                                            ASSISTANT ATTORNEY GENERAL