# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM A

## LETTER ROGATORY [1]

**1**

| REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY |
| --- |
| Name |
| Address Line 1: Address Line 2: Address Line 3: Address Line 4: |

**2**

| PLAINTIFF: \v. DEFENDANT: DOCKET No: |
| --- |

**3**

| CENTRAL AUTHORITY OF THE STATE OF ORIGIN |
| --- |
| Name : |
| Address Line 1: Address Line 2: Address Line 3: Address Line 4: |

**4**

| CENTRAL AUTHORITY OF THE STATE OF DESTINATION |
| --- |
| Name : |
| Address Line 1: Address Line 2: Address Line 3: Address Line 4: |

**5**

| REQUESTING PARTY |
| --- |
| Name : |
| Address Line 1: Address Line 2: Address Line 3: Address Line 4: |

**6**

| COUNSEL TO THE REQUESTING PARTY |
| --- |
| Name : |
| Address Line 1: Address Line 2: Address Line 3: Address Line 4: |

PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY

Name:

Is this person responsible for costs and expenses?
Yes ☐          No ☐
If not, check in the amount of $_____ is attached.
(Or proof of payment is attached.)

Address Line 1:
Address Line 2:
Address Line 3:
Address Line 4:

[1] Complete the original and two copies of this form; if A (1) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.

The Central Authority signing the letter rogatory has the honorto transmit to you in triplicate the documents listed below and, in conformity with the protocol to the Inter-American Convention on Letters Rogatory:

\* A.   Requests their prompt service on:

_____
_____
_____

The undersigned authority requests the service be carried out in the following manner:

\* (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention; or

_____N/A_____
_____
_____
_____

\* (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

\* (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

\* B.   Requests the delivery of the documents listed below to the following judicial or administrative authority:

Authority: _____N/A_____
_____
_____

\* C.   Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the documents listed below and attached to this letter rogatory, and an executed Certificate of the attached Form C.

Done at _Columbus, OH_ this_____ date of_____, 20____

_____          _____
Signature and stamp of the                        Signature and stamp of the
judicial or other adjudicatory                      Central Authority of the
authority of the State  of origin                   State of origin

Title or other identification of each document to be delivered:
_Summons in a Civil Action; Complaint for Permanent Injunction, Damages and Other Equitable Relief_ ; Letters Rogatory_
(Attach additional pages, if necessary)
\*Delete if inapplicable

**ANNEX TO THE ADITIONAL PROTOCOL**
**TO THE INTER-AMERICAN CONVENTION OF LETTERS RAGOTORY**

FORM B

ESSENTIAL INFORMATION FOR THE ADDRESSEE [1]

To (Name and address of the person being served) Jovita Migdaris Cedeno Luna
PH Palma de Mallorca, Piso 17, Apto. 17D, Panama

You are hereby informed that (Brief statement of nature of service) _____
 a lawsuit has been filed against you by the State of Ohio in the United
 States District Court for the Southern District of Ohio

   A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document. This copy also contains essential information for you. Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

ADDITIONAL INFORMATION
I*
FOR SERVICE

A. The document being served on you (original or copy) concerns the following:
   violations of federal laws 47 USC 227(g), 15 USC 6103(a), 16 CFR 310
   and Ohio laws RC 1345.07 and RC 4719.12

B. The remedies sought or the amount in dispute is as follows:
   permanent injunction, damages, and other relief

C. By this service, you are requested:
   to file an answer to the Complaint within 21 days after service of
   the Complaint

D. * In case of service on you as a defendant you an answer the complaint before
   the judicial or other adjudicatory authority specified in Form A, Box 1 (State
   place, date and hour): U.S. District Court for the Southern District of Ohio
   85 Marconi Blvd., Columbus OH 43215 USA within 21 days after
   service of the Complaint
   * You are being summoned to appear as: a defendant

   [1] Complete the original and two copies of this form in the language of the State of origin and two copies in the language of the State of destination.
   * Delete if applicable.

\*    If some other action is being requested of the person served, please describe: _____
    N/A
    _____
    _____
    _____

E.   If you fail to comply, the consequences might be:  the State of Ohio may
    request, and the United States District Court may enter, a default
    judgment against you, pursuant to Rule 55 of the Federal Rules
    of Civil Procedure

F.   You are hereby informed that a defense counsel appointed by the Court or the
    Following legal aid societies are available to you at the place where the
    proceeding is pending.

    Name:  N/A - counsel could only be appointed upon motion at the
          discretion of the Court

    Address: _____
    _____

    The documents listed in Part III are being furnished to you so that you may better
    understand and defend your interests.

II *
FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE
AUTHORITY

To:   N/A
    _____
    _____
    (Name and address of the judicial or administrative authority)

    You are respectfully requested to furnish the undersigned authority with the
    following information.
    N/A
    _____
    _____
    _____

The documents listed in Part III are being furnished to you to facilitate your reply.

    \*Delete if inapplicable.

4

**III**
**LIST OF ATTACHED DOCUMENTS**

The following are provided in English and Spanish pursuant to Article 3(a) of the Additional Protocol to the Convention: (1) Summons in a Civil Action, and (2) Complaint for Permanent Injunction, Damages and Other Relief Letters Rogatory
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

Done at  Columbus, Ohio, USA _____  this _____ day of

_____, 20 _____



_____        _____
Signature and stamp of the                               Signature and stamp of
judicial or other adjudicatory                          the Central Authority
authority of the State of origin                        of the State of Origin

5

**ANNEX TO THE ADDITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM C

CERTIFICATE OF EXECUTION [1]

To:  United States District Court for the Southern District of Ohio
     85 Marconi Blvd.
     Columbus, Ohio 43215, USA

(Name and address of judicial or other adjudicatory authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

\*  A.  That one copy of the documents attached to this Certificate has been served or delivered as follows:

Date: _____

At (Address) _____

By one of the following methods authorized by the Convention.

\*  (1)  In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention, or

_____
_____
_____

\*  (2)  By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

\*  (3)  If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination; (Specify method used)

_____
_____
_____
_____

[1] Complete the original and one copy in the language of the State of destination.
\*Delete if inapplicable

6

\*   B.   That the documents referred to in the letter rogatory have been delivered to:

Identity of person  _____

_____

_____

Relationship to the addressee  _____

(Family,business or other)

_____

_____

\*   C.   That the documents attached to the Certificate have not been served or delivered for the following reason(s):

_____

_____

_____

\*   D   In conformity with the Protocol, the party requesting execution of the letter rogatory is requested to pay the outstanding balance of costs in the amount indicated in the attached statement.

Done at _____the _____day of _____20____

_____
(Signature and stamp of Central Authority of the State of destination)

Where appropriate, attach originals or copies
of any additional documents proving service
or delivery, and identify them

\*Delete if inapplicable