**REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL
DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM A

LETTER ROGATORY [1]

| 1 | 2 |
|---|---|
| REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY<br><br>Name U.S. District Court, Southern District of Ohio<br><br>Address Line 1: Joseph P. Kinneary United States Courthouse<br>Address Line 2: 85 Marconi Blvd<br>Address Line 3: Columbus, OH 43215<br>Address Line 4: United States of America | PLAINTIFF: State of Ohio, ex rel Attorney General Dave Yost<br>\v.<br>DEFENDANT: Aaron Jones, et al.<br>DOCKET No: |
| **3** | **4** |
| CENTRAL AUTHORITY OF THE STATE OF ORIGIN<br><br>Name: United States Department of Justice<br><br>Address Line 1: c/o ABC Legal Services, Inc.<br>Address Line 2: 633 Yesler Way<br>Address Line 3: Seattle, WA 98104, USA<br>Address Line 4: | CENTRAL AUTHORITY OF THE STATE OF DESTINATION<br><br>Name: Ministry of Foreign Affairs<br><br>Address Line 1: Directorate of International Legal Affairs and Treaties<br>Address Line 2: San Felipe, 3rd Street, Lalacio Bolivar<br>Address Line 3: Panama City, Panama<br>Address Line 4: |
| **5** | **6** |
| REQUESTING PARTY<br><br>Name: State of Ohio<br><br>Address Line 1: 30 East Broad Street, 14th Floor<br>Address Line 2: Columbus, Ohio 43215, USA<br>Address Line 3:<br>Address Line 4: | COUNSEL TO THE REQUESTING PARTY<br><br>Name: Erin B. Leahy<br><br>Address Line 1: 30 East Broad Street, 14th Floor<br>Address Line 2: Columbus, OH 43215, USA<br>Address Line 3:<br>Address Line 4: |

| PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY | |
|---|---|
| Name:<br><br>ABC Legal Services<br><br><br>Address Line 1: 633 Yesler Way<br>Address Line 2: Seattle, WA 98104<br>Address Line 3:<br>Address Line 4: | Is this person responsible for costs and expenses?<br>Yes ☑         No ☐<br>If not, check in the amount of  $_____<br>is attached.<br>(Or proof of payment is attached.) |

[1] Complete the original and two copies of this form; if A (1) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.

The Central Authority signing the letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the protocol to the Inter-American Convention on Letters Rogatory:

* A.   Requests their prompt service on:

Sumco Panama SA
El Cangrejo Calle 49 Edif, Roslyn, Panama
_____

The undersigned authority requests the service be carried out in the following manner:

* (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention; or

_____
_____
_____
_____

* (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

* (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

* B.   Requests the delivery of the documents listed below to the following judicial or administrative authority:

Authority: _____
_____
_____

* C.   Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the documents listed below and attached to this letter rogatory, and an executed Certificate of the attached Form C.

Done at _____ this _____ date of _____, 20___

_____      _____
Signature and stamp of the                  Signature and stamp of the
judicial or other adjudicatory             Central Authority of the
authority of the State  of origin         State of origin

Title or other identification of each document to be delivered:
_____
_____

(Attach additional pages, if necessary)
*Delete if inapplicable

### ANNEX TO THE ADITIONAL PROTOCOL
### TO THE INTER-AMERICAN CONVENTION OF LETTERS RAGOTORY

FORM B

ESSENTIAL INFORMATION FOR THE ADDRESSEE [1]

To (Name and address of the person being served)_____
_____

You are hereby informed that (Brief statement of nature of service) _____
_____
_____

   A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document. This copy also contains essential information for you.  Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

ADDITIONAL INFORMATION
I*
FOR SERVICE

A.  The document being served on you (original or copy) concerns the following:
    _____
    _____

B.  The remedies sought or the amount in dispute is as follows:
    _____
    _____

C.  By this service, you are requested:
    _____
    _____

D.  *  In case of service on you as a defendant you an answer the complaint before the judicial or other adjudicatory authority specified in Form A, Box 1 (State place, date and hour):_____
    _____

     * You are being summoned to appear as:_____
    _____

   [1] Complete the original and two copies of this form in the language of the State of origin and two copies in the language of the State of destination.
    * Delete if applicable.

3

\*    If some other action is being requested of the person served, please describe:\_\_\_\_\_

_____

_____

_____


E.    If you fail to comply, the consequences might be: _____

_____

_____

_____


F.    You are hereby informed that a defense counsel appointed by the Court or the Following legal aid societies are available to you at the place where the proceeding is pending.

Name: _____

Address: _____

_____

The documents listed in Part III are being furnished to you so that you may better understand and defend your interests.

## II *
## FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE AUTHORITY

To: _____

_____

_____

(Name and address of the judicial or administrative authority)

You are respectfully requested to furnish the undersigned authority with the following information.

_____

_____

_____

The documents listed in Part III are being furnished to you to facilitate your reply.

\*Delete if inapplicable.

4

**III**
**LIST OF ATTACHED DOCUMENTS**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

Done at _____ this _____day of

_____, 20 _____


_____        _____
Signature and stamp of the              Signature and stamp of
judicial or other adjudicatory          the Central Authority
authority of the State of origin        of the State of Origin

**ANNEX TO THE ADDITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM C

CERTIFICATE OF EXECUTION [1]

To: _____
_____
_____
(Name and address of judicial or other adjudicatory authority that issued the letter rogatory)

    In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

\*    A.   That one copy of the documents attached to this Certificate has been served or delivered as follows:

    Date: _____

    At (Address) _____

By one of the following methods authorized by the Convention.

\*  (1)   In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention, or

     _____
     _____
     _____

\*  (2)   By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

\*  (3)   If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination; (Specify method used)

     _____
     _____
     _____
     _____

[1] Complete the original and one copy in the language of the State of destination.
\*Delete if inapplicable

6

\*    B.   That the documents referred to in the letter rogatory have been delivered to:

Identity of person  _____

_____

_____

Relationship to the addressee  _____

(Family,business or other)

_____

_____

\*    C.   That the documents attached to the Certificate have not been served or delivered for the following reason(s):

_____

_____

_____

\*    D   In conformity with the Protocol, the party requesting execution of the letter rogatory is requested to pay the outstanding balance of costs in the amount indicated in the attached statement.

Done at  _____the  _____day of  _____20\_\_\_

_____

(Signature and stamp of Central Authority of the State of destination)

Where appropriate, attach originals or copies
of any additional documents proving service
or delivery, and identify them

\*Delete if inapplicable