## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **STATE OF OHIO, ex rel.** | ) | |
| **ATTORNEY GENERAL** | ) | |
| **DAVE YOST** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action **2:22-cv-02700** |
| | ) | |
| v. | ) | Chief Judge **Algenon L. Marbley** |
| | ) | Magistrate Judge **Kimberly A. Jolson** |
| **AARON MICHAEL JONES, et al.** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SERVE DOMESTIC DEFENDANTS

EXHIBIT A

*Defendant Yim's Waiver of Service Certified Mail Tracking and Receipt*

# USPS Tracking®

FAQs >

**Remove ✕**

**Tracking Number:**

## 9489009000276076736665

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 3:29 pm on July 11, 2022 in IRVINE, CA 92618.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

● **Delivered**
**Delivered, Left with Individual**
IRVINE, CA 92618
July 11, 2022, 3:29 pm

● **In Transit to Next Facility**
July 10, 2022

● **Departed USPS Regional Origin Facility**
COLUMBUS OH DISTRIBUTION CENTER
July 9, 2022, 12:35 am

● **Arrived at USPS Regional Origin Facility**
COLUMBUS OH DISTRIBUTION CENTER
July 8, 2022, 9:10 pm

● **Accepted at USPS Origin Facility**
COLUMBUS, OH 43215
July 8, 2022, 7:55 pm

● **Pre-Shipment Info Sent to USPS, USPS Awaiting Item**

July 8, 2022

**Hide Tracking Hi  tory**

---

**Text & Email Updates**                                                      ⌄

---

**Return Receipt Electronic**                                                 ⌄

---

**USPS Tracking Plus®**                                                       ⌄

---

**Product Information**                                                       ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**UNITED STATES**
**POSTAL SERVICE**

October 18, 2022

Dear Christopher Belmarez:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9489 0090 0027 6076 7366 65**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | July 11, 2022, 3:29 pm |
| **Location:** | IRVINE, CA 92618 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Stacey E Yim |

| Shipment Details | |
|---|---|
| **Weight:** | 1.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 66 HAWKING |
| **City, State ZIP Code:** | IRVINE, CA 92618-1779 |

| Recipient Signature |
|---|

| | |
|---|---|
| Signature of Recipient: | *Aaron Mid* |
| Address of Recipient: | *66 Hawking* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **STATE OF OHIO, ex rel.** | ) | |
| **ATTORNEY GENERAL** | ) | |
| **DAVE YOST** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action **2:22-cv-02700** |
| | ) | |
| v. | ) | Chief Judge **Algenon L. Marbley** |
| | ) | Magistrate Judge **Kimberly A. Jolson** |
| **AARON MICHAEL JONES, et al.** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SERVE DOMESTIC DEFENDANTS

EXHIBIT B

*Defendant Yim's Complaint and Summons Certified Mail Tracking*

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

# 70181830000027058174

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to a parcel locker at 7:36 pm on September 19, 2022 in IRVINE, CA 92618.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered
**Delivered, Parcel Locker**
IRVINE, CA 92618
September 19, 2022, 7:36 pm

**Out for Delivery**
IRVINE, CA 92619
September 19, 2022, 7:32 am

**Arrived at Post Office**
IRVINE, CA 92619
September 19, 2022, 7:21 am

**Departed USPS Regional Facility**
ANAHEIM CA DISTRIBUTION CENTER
September 19, 2022, 3 39 am

**Arrived at USPS Regional Facility**
ANAHEIM CA DISTRIBUTION CENTER
September 19, 2022, 3 35 am

**Arrived at USPS Regional Facility**

SANTA CLARITA CA DISTRIBUTION CENTER
September 18, 2022, 12:53 am

**In Transit to Next Facility**

September 14, 2022

**Departed USPS Facility**

PASADENA, CA 91109
September 10, 2022, 9 36 pm

**Arrived at USPS Facility**

PASADENA, CA 91109
September 10, 2022, 4 32 pm

**Unclaimed/Being Returned to Sender**

IRVINE, CA 92619
September 8, 2022, 5:30 pm

**Reminder to Schedule Redelivery of your item**

August 24, 2022

**Notice Left (No Authorized Recipient Available)**

IRVINE, CA 92618
August 19, 2022, 6:59 pm

**Departed USPS Regional Facility**

COLUMBUS OH DISTRIBUTION CENTER
Augu t 16, 2022, 11 20 pm

**Arrived at USPS Regional Facility**

COLUMBUS OH DISTRIBUTION CENTER
Augu t 16, 2022, 10 51 pm

**Hide Tracking History**

---

**Text & Email Updates** ∨

---

**USPS Tracking Plus®** ∨

---

**Product Information** ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

FAQs >

**Remove X**

**Tracking Number:**

# 70181830000027058105

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item departed our USPS facility in COLUMBUS OH DISTRIBUTION CENTER on November 9, 2022 at 5 55 am  The item i  currently in tran it to the de tination

Get More Out of USPS Tracking:

     USPS Tracking Plus®

Feedback

### Moving Through Network
**Departed USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
November 9, 2022, 5:55 am

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
November 8, 2022, 9:52 am

**In Transit to Next Facility**
November 5, 2022

**Arrived at USPS Facility**
PASADENA, CA 91109
November 1, 2022, 1 31 pm

**Unclaimed/Being Returned to Sender**
IRVINE, CA 92619
October 28, 2022, 12 15 pm

**Notice Left (No Authorized Recipient Available)**

IRVINE, CA 92618
September 26, 2022, 3:53 pm

**Departed USPS Regional Facility**

ANAHEIM CA DISTRIBUTION CENTER
September 25, 2022, 4:52 pm

**Arrived at USPS Regional Facility**

ANAHEIM CA DISTRIBUTION CENTER
September 24, 2022, 10:36 am

**Departed USPS Regional Facility**

COLUMBUS OH DISTRIBUTION CENTER
September 22, 2022, 11:10 pm

**Arrived at USPS Regional Facility**

COLUMBUS OH DISTRIBUTION CENTER
September 22, 2022, 10:24 pm

**Hide Tracking History**

---

**Text & Email Updates**                                    ⌄

---

**USPS Tracking Plus®**                                     ⌄

---

**Product Information**                                     ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **STATE OF OHIO, ex rel.** | ) | |
| **ATTORNEY GENERAL** | ) | |
| **DAVE YOST** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action **2:22-cv-02700** |
| | ) | |
| v. | ) | Chief Judge **Algenon L. Marbley** |
| | ) | Magistrate Judge **Kimberly A. Jolson** |
| **AARON MICHAEL JONES, et al.** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SERVE DOMESTIC DEFENDANTS

EXHIBIT C
*Process Server Affidavit*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| State of Ohio, ex rel. Attorney General Dave Yost | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 2:22-CV-2700 |
| Aaron Michael Jones, et al | ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stacey E. Yim
66 Hawking
Irvine, CA 92618-1779

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Erin B. Leahy
Christopher Belmarez
Ohio Attorney General's Office
30 East Broad Street, 14th Floor
Columbus, Ohio 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____08/15/2022_____                        _Valeri Brown_
                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-CV-2700

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Stacey E. Yim

was received by me on *(date)*  09/08/2022  .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because  **SEE ATTACHED AFFIDAVIT** _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  October 12, 2022 _____

_____
*Server's signature*

ROSEMARY GARCIA, Registered California Process Server
*Printed name and title*

Ace Attorney Service, Inc.
811 Wilshire Boulevard, Suite 900 Los Angeles, CA 90017
Phone No.: (213) 623-3979 / Fax No.: (213) 623-7527
Registration No.: 2018002560 / County: LOS ANGELES
*Server's address*

Additional information regarding attempted service, etc:


*#2102582R*

| Print | Save As... | | Reset |

1. The State of Ohio contracted ACE Attorney Service to serve by process the complaint, summons, and civil cover sheet upon Defendants Aaron Michael Jones and Stacey E. Yim ("Jones" and "Yim") in the matter of State of Ohio v. Aaron Michael Jones, et al., case number 2:22-cv-02700-ALM-KAJ.

2. In the course of my duties, between September 8, 2022 and September 13, 2022, I attempted to serve Jones and Yim at the address reported as their home residence at 66 Hawking, Irving, California 92618. I attempted service at that address on five occasions but received no answer at the front door. The residence is a single-family home that has a video camera enabled doorbell.

3. On September 8, 2022 at 5:45 p.m., September 11, 2022 at 12:45 p.m. and September 15, 2022 at 7:30 p.m., I attempted to serve Jones and Yim at the same address, receiving no answer at the front door.

4. On September 18, 2022 at 1:25 p.m., I attempted to serve Jones and Yim at the same address, receiving no answer. At the time of my visit, there were six cars parked in the driveway and multiple sets of footwear immediately outside of the front door entrance.

5. On October 2, 2022, I engaged in a stakeout at the same address between the hours of 7:30 a.m. and 11:30 a.m. in an attempt to serve the Jones and Yim. There were two cars parked directly in front of the house, a black Mercedes Benz and a red Porsche. There were multiple sets of footwear outside by the front entrance and a dog barking inside. During that four-hour period, neither Jones or Yim came outside. I rang the doorbell at approximately 11:30am. A dog inside the house barked at the door but no one answered the door. In my experience as a process server, I believe Jones and Yim, through the use of their camera enabled doorbell, are avoiding service of process.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **STATE OF OHIO, ex rel.** | ) | |
| **ATTORNEY GENERAL** | ) | |
| **DAVE YOST** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action **2:22-cv-02700** |
| | ) | |
| v. | ) | Chief Judge **Algenon L. Marbley** |
| | ) | Magistrate Judge **Kimberly A. Jolson** |
| **AARON MICHAEL JONES, et al.** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SERVE DOMESTIC DEFENDANTS

EXHIBIT D

*Defendant Davis Telecom, Inc. Certified Mail Tracking*

# USPS Tracking®

FAQs ❯

**Remove ✕**

**Tracking Number:**

## 9489009000276076735736

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 1:07 pm on July 11, 2022 in CHEYENNE, WY 82001

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered

**Delivered, Left with Individual**

CHEYENNE, WY 82001
July 11, 2022, 1:07 pm

**Departed USPS Regional Destination Facility**

CHEYENNE WY DISTRIBUTION CENTER
July 10, 2022, 11:16 pm

**Arrived at USPS Regional Destination Facility**

CHEYENNE WY DISTRIBUTION CENTER
July 10, 2022, 12:15 pm

**Departed USPS Regional Origin Facility**

COLUMBUS OH DISTRIBUTION CENTER
July 9, 2022, 12:35 am

**Arrived at USPS Regional Origin Facility**

COLUMBUS OH DISTRIBUTION CENTER
July 8, 2022, 9:10 pm

**Accepted at USPS Origin Facility**

COLUMBUS, OH 43215
July 8, 2022, 7:55 pm

**Pre-Shipment Info Sent to USPS, USPS Awaiting Item**

July 8, 2022

**Hide Tracking History**

---

**Text & Email Updates** ⌄

---

**Return Receipt Electronic** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking  upport for further a   i  tance

**FAQs**

**OHIO ATTORNEY GENERAL DAVE YOST**
Consumer Protection Section
AGO-142000
30 East Broad Street, 14th Floor
Columbus, OH 43215



9489 0090 0027 6176 7357 36

**Ohio Attorney**
**General's Office**

JUL 2 5 2022

**Consumer Protection**

RETURN TO
SENDER

-R-T-S-   602665205-1N        07/19/22

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
RETURN TO SENDER

RETURN TO
SENDER

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 70181830000027057658

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:16 pm on August 29, 2022 in CHEYENNE, WY 82001

Get More Out of USPS Tracking:

USPS Tracking Plus®

Feedback

● **Delivered**
**Delivered, Left with Individual**
CHEYENNE, WY 82001
August 29, 2022, 12:16 pm

● **Departed USPS Regional Facility**
CHEYENNE WY DISTRIBUTION CENTER
August 28, 2022, 7:39 pm

● **Arrived at USPS Regional Facility**
CHEYENNE WY DISTRIBUTION CENTER
August 28, 2022, 9:13 am

● **Departed USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
August 26, 2022, 12:18 am

● **Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
August 25, 2022, 10:42 pm

● **Hide Tracking History**

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 70181830000027057641

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 10:15 am on September 19, 2022 in UPLAND, CA 91786

Get More Out of USPS Tracking:

USPS Tracking Plus®

Feedback

● **Delivered**
**Delivered, Left with Individual**
UPLAND, CA 91786
September 19, 2022, 10:15 am

● **Reminder to Schedule Redelivery of your item**
September 3, 2022

● **In Transit to Next Facility**
August 29, 2022

● **Notice Left (No Authorized Recipient Available)**
UPLAND, CA 91786
August 29, 2022, 10:24 am

● **Departed USPS Regional Facility**
SANTA ANA CA DISTRIBUTION CENTER
August 27, 2022, 7:25 pm

● **Arrived at USPS Regional Facility**
SANTA ANA CA DISTRIBUTION CENTER



Augu t 27, 2022, 4 31 am

**Departed USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
Augu t 26, 2022, 12 18 am

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
August 25, 2022, 10:42 pm

**Hide Tracking History**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **STATE OF OHIO, ex rel.** | ) | |
| **ATTORNEY GENERAL** | ) | |
| **DAVE YOST** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action **2:22-cv-02700** |
| | ) | |
| v. | ) | Chief Judge **Algenon L. Marbley** |
| | ) | Magistrate Judge **Kimberly A. Jolson** |
| **AARON MICHAEL JONES, et al.** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF
TIME TO SERVE DOMESTIC DEFENDANTS**

EXHIBIT E
*Defendant Virtual Telecom, Inc. Certified Mail Tracking*

# USPS Tracking®

FAQs ⟩

**Remove ✕**

**Tracking Number:**

## 9489009000276076736658

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 1:07 pm on July 11, 2022 in CHEYENNE, WY 82001

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered
**Delivered, Left with Individual**
CHEYENNE, WY 82001
July 11, 2022, 1:07 pm

**Departed USPS Regional Destination Facility**
CHEYENNE WY DISTRIBUTION CENTER
July 10, 2022, 11:18 pm

**Arrived at USPS Regional Destination Facility**
CHEYENNE WY DISTRIBUTION CENTER
July 10, 2022, 12:15 pm

**Departed USPS Regional Origin Facility**
COLUMBUS OH DISTRIBUTION CENTER
July 9, 2022, 12:35 am

**Arrived at USPS Regional Origin Facility**
COLUMBUS OH DISTRIBUTION CENTER
July 8, 2022, 9:10 pm

**Accepted at USPS Origin Facility**

COLUMBUS, OH 43215
July 8, 2022, 7:55 pm

**Pre-Shipment Info Sent to USPS, USPS Awaiting Item**

July 8, 2022

**Hide Tracking History**

---

**Text & Email Updates** ⌄

---

**Return Receipt Electronic** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking   upport for further a   i  tance

**FAQs**

OHIO ATTORNEY (
Consumer Protection !
AGO 442000
30 East Broad Street, (4)
Columbus, OH 43215

0027 6076 7366 58

Erin Leahy

RETURN TO
SENDER

Ohio Attorney
General's Office

JUL 2 2 2022

Consumer Protection

RETURN TO
SENDER

# USPS Tracking®

FAQs ›

**Remove ✕**

**Tracking Number:**

## 70181830000027057696

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 12:16 pm on August 29, 2022 in CHEYENNE, WY 82001

Get More Out of USPS Tracking:

USPS Tracking Plus®

Feedback

### Delivered
**Delivered, Left with Individual**
CHEYENNE, WY 82001
August 29, 2022, 12:16 pm

**Departed USPS Regional Facility**
CHEYENNE WY DISTRIBUTION CENTER
August 28, 2022, 7:39 pm

**Arrived at USPS Regional Facility**
CHEYENNE WY DISTRIBUTION CENTER
August 28, 2022, 9:13 am

**Departed USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
August 26, 2022, 12:18 am

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
August 25, 2022, 10:43 pm

● **Hide Tracking History**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

**Remove ✕**

**Tracking Number:**

## 70181830000027057559

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 10:15 am on September 19, 2022 in UPLAND, CA 91786

Get More Out of USPS Tracking:

USPS Tracking Plus®

Feedback

### Delivered
**Delivered, Left with Individual**
UPLAND, CA 91786
September 19, 2022, 10:15 am

**Reminder to Schedule Redelivery of your item**
September 3, 2022

**In Transit to Next Facility**
August 29, 2022

**Notice Left (No Authorized Recipient Available)**
UPLAND, CA 91786
August 29, 2022, 10:24 am

**Departed USPS Regional Facility**
SANTA ANA CA DISTRIBUTION CENTER
August 27, 2022, 7:25 pm

**Arrived at USPS Regional Facility**
SANTA ANA CA DISTRIBUTION CENTER



Augu t 27, 2022, 4 31 am

**Departed USPS Regional Facility**

COLUMBUS OH DISTRIBUTION CENTER
Augu t 26, 2022, 12 18 am

**Arrived at USPS Regional Facility**

COLUMBUS OH DISTRIBUTION CENTER
August 25, 2022, 10:42 pm

**Hide Tracking History**

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

See Less ︿

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **STATE OF OHIO, ex rel.** | ) | |
| **ATTORNEY GENERAL** | ) | |
| **DAVE YOST** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action **2:22-cv-02700** |
| | ) | |
| v. | ) | Chief Judge **Algenon L. Marbley** |
| | ) | Magistrate Judge **Kimberly A. Jolson** |
| **AARON MICHAEL JONES, et al.** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SERVE DOMESTIC DEFENDANTS

EXHIBIT F

*Defendant Technologic USA, Inc. Certified Mail Tracking*

# USPS Tracking®

FAQs ⟩

**Tracking Number:**

Remove ✕

## 94890090002760076736641

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 1:07 pm on July 11, 2022 in CHEYENNE, WY 82001

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

## Delivered

**Delivered, Left with Individual**

CHEYENNE, WY 82001
July 11, 2022, 1:07 pm

**Departed USPS Regional Destination Facility**

CHEYENNE WY DISTRIBUTION CENTER
July 10, 2022, 11:16 pm

**Arrived at USPS Regional Destination Facility**

CHEYENNE WY DISTRIBUTION CENTER
July 10, 2022, 12:15 pm

**Departed USPS Regional Origin Facility**

COLUMBUS OH DISTRIBUTION CENTER
July 9, 2022, 12:35 am

**Arrived at USPS Regional Origin Facility**

COLUMBUS OH DISTRIBUTION CENTER
July 8, 2022, 9:10 pm

**Accepted at USPS Origin Facility**

COLUMBUS, OH 43215
July 8, 2022, 7:55 pm

**Pre-Shipment Info Sent to USPS, USPS Awaiting Item**

July 8, 2022

**Hide Tracking History**

---

**Text & Email Updates** ⌄

---

**Return Receipt Electronic** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking  upport for further a  i  tance

**FAQs**

OHIO ATTORNEY GENERAL DAVE YOST
Consumer Protection ˢ····ˢ·
AGO 442000
30 East Broad Stree
Columbus OH 432ˑ

9489 0090 0027 6076 7366 41

Ohio Attorˑ
General's C

ᵗᴶL 25 ⁊

Consumer Proˢ

RETURN T<sub></sub>
SENDER

RETURN ⁊·
SENDER

-R-T-S-    802665208-1N      07/19/22

RETURN TO SENDER
       REFUSED
UNABLE TO FORWARD
RETURN TO SENDER

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 70181830000027057542

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:16 pm on August 29, 2022 in CHEYENNE, WY 82001

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
CHEYENNE, WY 82001
August 29, 2022, 12:16 pm

**Departed USPS Regional Facility**
CHEYENNE WY DISTRIBUTION CENTER
August 28, 2022, 7:39 pm

**Arrived at USPS Regional Facility**
CHEYENNE WY DISTRIBUTION CENTER
August 28, 2022, 9:13 am

**Departed USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
August 26, 2022, 12:18 am

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
August 25, 2022, 10:42 pm

Feedback

● **Hide Tracking History**

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

**Remove ✕**

**Tracking Number:**

## 70181830000027057535

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 10:15 am on September 19, 2022 in UPLAND, CA 91786

Get More Out of USPS Tracking:
    USPS Tracking Plus®

Feedback

**Delivered**
**Delivered, Left with Individual**
UPLAND, CA 91786
September 19, 2022, 10:15 am

**Reminder to Schedule Redelivery of your item**
September 3, 2022

**In Transit to Next Facility**
August 29, 2022

**Notice Left (No Authorized Recipient Available)**
UPLAND, CA 91786
August 29, 2022, 10:24 am

**Departed USPS Regional Facility**
SANTA ANA CA DISTRIBUTION CENTER
August 27, 2022, 7:25 pm

**Arrived at USPS Regional Facility**
SANTA ANA CA DISTRIBUTION CENTER



Augu t 27, 2022, 4 31 am

**Departed USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
Augu t 26, 2022, 12 18 am

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
August 25, 2022, 10:42 pm

**Hide Tracking History**

---

**Text & Email Updates** ∨

---

**USPS Tracking Plus®** ∨

---

**Product Information** ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **STATE OF OHIO, ex rel.** | ) | |
| **ATTORNEY GENERAL** | ) | |
| **DAVE YOST** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action **2:22-cv-02700** |
| | ) | |
| v. | ) | Chief Judge **Algenon L. Marbley** |
| | ) | Magistrate Judge **Kimberly A. Jolson** |
| **AARON MICHAEL JONES, et al.** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SERVE DOMESTIC DEFENDANTS

EXHIBIT G

*Defendant Bridge's Association with Defendant Corporate Entities*

Davis Telecom, Inc.

**CHASE ○**

**Business Signature Card**

| | |
|---|---|
| **ACCOUNT TITLE ("DEPOSITORY")** | **ACCOUNT NUMBER** ▮▮▮ |
| DAVIS TELECOM INC | **ACCOUNT TYPE** Chase Performance Business Checking |
| | **TAXPAYER ID NUMBER** ▮▮▮ |
| | **DATE OPENED** 07/25/2019 |
| | **FORM OF BUSINESS** C-Corporation |
| | **ISSUED BY** JPMorgan Chase Bank, N.A ( 793 ) |
| **BUSINESS ADDRESS** | Colonial Crossroads - 749834 |
| 109 E 17TH ST STE 5515 | BREE TURNER |
| | (909) 608 5178 |
| CHEYENNE, WY 82001-4543 | 07/25/2019 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | ▮▮▮ | WY | 08/25/2018 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, which necessarily have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and services terms for account analysis and other Treasury management services if applicable and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|
| 1) | JULIE KATHRYN BRUCE | **(626) 375-2974 | President | 7-25-19 | |
| 2) | | | | | |
| 3) | | | | | |
| 4) | | | | | |

SB1202241-F1                                                    1

BUSINESS ACCOUNT ADD SIGNERS FORM

CHASE ◯

NAME OF BUSINESS  DAVIS TELECOM INC.

TAXPAYER ID NO. ▮▮▮▮▮▮

BUSINESS ADDRESS  109 E 17TH ST STE 5545, CHEYENNE, WY 82001-4643

BRANCH NAME AND NO.  JAMBREE AND IRVINE - 137990          BANK NO.  703          BRANCH PHONE NO.  (714) 544-5349

INTEROFFICE MAILCODE  CA2-5164          PREPARED BY: NAME  GABRIELA E GARCIA          DATE:  03/03/2020

Please add the following signers to the accounts listed below (other add/reset signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| ROY MCCOX | SIGNER | | 5/3/20 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | ▮▮▮▮▮ | CA | 11/18/2019 | 09/04/2020 |
| 2) Home | | | | |

Account Numbers: _____

Please add the following signers to the accounts listed below (other add/remove signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers: _____

Please add the following signers to the accounts listed below (other add/remove signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers: _____

CERTIFICATION

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that further action is authorized where the names, titles and signatures are correct.

| For Corporation or Unincorporated Associations or Organizations: | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | | For Government Entity: | |
|---|---|---|---|---|---|---|---|
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member Manager | Date | Certifying Official | Date |

[signature]  8/3/2

JPMorgan Chase Bank, N.A. Member FDIC

1

SB1202241-F1                                    2

# Business Account Application

**WELLS FARGO**

| Bank Name: | | Branch Name: | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | | BREA | |

| Banker Name: | | Officer/Portfolio Number: | Date: |
|---|---|---|---|
| LUIS M. BRAVO JR | | CH362 | 11/13/2018 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 714/255-8570 | 04480 | 0000774 | E2202-011 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only        [ ] New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | | | Purpose of Account 1 : | |
|---|---|---|---|---|
| Wells Fargo Business Choice Checking | | | General Operating Account | |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 114 | DDA | ▮▮▮▮▮ | $1,000.00 | INTX |

| New Account Kit: | Checking/Savings Bonus Offer Available: |
|---|---|
| bc-▮▮▮▮▮ | NO |

## Related Customer Information

| Customer 1 Name: | |
|---|---|
| DAVIS TELECOM INC. | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| 283308072206313 | Sole Owner |

| Customer 2 Name: | |
|---|---|
| LIVIA SZUROMI | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| 442850532112210 | Signer |

| Customer 3 Name: | |
|---|---|
| JULIE K BRIDGE | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| 184454112211217 | Signer |

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| DAVIS TELECOM INC. | 109 E 17TH ST STE 5039 | |
| | Address Line 2: | |
| | City: | State: |
| | CHEYENNE | WY |
| | ZIP/Postal Code: | Country: |
| | 82001-4543 | US |



2W02-001133261815-01

BBG2307 (3-17 SVP)

Business Account Application

## Customer 1 Information

| Customer Name: | |
|---|---|
| DAVIS TELECOM INC. | |

| Enterprise Customer Number (ECN): | Street Address: |
|---|---|
| 283308072206313 | 109 E 17TH ST STE 5039 |

| Account Relationship: | Address Line 2: |
|---|---|
| Sole Owner | |

| Taxpayer Identification Number (TIN): | TIN Type: | Address Line 3: |
|---|---|---|
| ▮▮▮▮▮▮▮ | EIN | |

| Business Type: | City: | | State: |
|---|---|---|---|
| Corporation Type C | CHEYENNE | | WY |

| Business Sub-Type/Tax Classification: | Non-Profit: | ZIP/Postal Code: | | Country: |
|---|---|---|---|---|
| Corporation | No | 82001-4543 | | US |

| Date Originally Established: | Current Ownership Since: | Number of Employees: | Business Phone: | Fax: |
|---|---|---|---|---|
| 06/28/2018 | | 2 | 626/375-2974 | |

| Annual Gross Sales: | Year Sales Reported: | Fiscal Year End: | Cellular Phone: | Pager: |
|---|---|---|---|---|
| $5,000,000.00 | 11/13/2018 | | | |

| Primary Financial Institution: | Number of Locations: | e-Mail Address: |
|---|---|---|
| | 1 | |

| Primary State 1: | Primary State 2: | Primary State 3: | Website: |
|---|---|---|---|
| WY | | | |

| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market: |
|---|---|---|---|
| UM | | UM | US AND INTERNATIONAL |

| Industry: | |
|---|---|
| Information/Media | |

| Description of Business: | |
|---|---|
| Wholesale Telecomunication Services | |

| Major Suppliers/Customers: | |
|---|---|
| | |

## Bank Use Only

| Name/Entity Verification: | Address Verification: |
|---|---|
| Articles of Incorporation | NONE |

| BACC Reference Number: | |
|---|---|
| NA | |

| Document Filing Number/Description: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
|---|---|---|---|---|
| 2018-000810046 | US | WY | 06/28/2018 | |

| Country of Registration: | State of Registration: | International Transactions: | Check Reporting: |
|---|---|---|---|
| US | WY | | CALLED-NO RECORD |

Business Account Application

## Owner/Key Individual 1 Information

| Customer Name: | Residence Address: |
|---|---|
| LIVIA SZUROMI | ATTILA ST. 50 |

| Business Relationship: | Address Line 2: |
|---|---|
| Owner with Control of the Entity | BUDAPEST 1183 |

| Position/Title: | Date of Birth: | Percent of Ownership: | Address Line 3: |
|---|---|---|---|
| | ▮▮▮▮ | 50.0 | |

| Enterprise Customer Number (ECN): | City: | State: |
|---|---|---|
| 442850532112210 | | |

| Taxpayer Identification Number (TIN): | TIN Type: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| ▮▮▮ | SSN | | HU |

| Primary ID Type: | Primary ID Description: | Country of Citizenship: | Permanently Resides in US: |
|---|---|---|---|
| PASP | BH4600237 | HU | YES |

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Check Reporting: |
|---|---|---|---|
| HU | 05/11/2016 | 05/11/2021 | NO RECORD |

| Secondary ID Type: | Secondary ID Description: |
|---|---|
| OTHR DC | WELLS FARGO 4138 |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
|---|---|---|
| | | 09/01/2022 |

## Owner/Key Individual 2 Information

| Customer Name: | Residence Address: |
|---|---|
| JULIE K BRIDGE | 1448 N EUCLID AVE |

| Business Relationship: | Address Line 2: |
|---|---|
| Owner with Control of the Entity | |

| Position/Title: | Date of Birth: | Percent of Ownership: | Address Line 3: |
|---|---|---|---|
| | ▮▮▮▮ | 50.0 | |

| Enterprise Customer Number (ECN): | City: | State: |
|---|---|---|
| 184454112211217 | UPLAND | CA |

| Taxpayer Identification Number (TIN): | TIN Type: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| ▮▮▮ | SSN | 91786-2301 | US |

| Primary ID Type: | Primary ID Description: | Country of Citizenship: | Permanently Resides in US: |
|---|---|---|---|
| DLIC | U0106519 | US | |

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Check Reporting: |
|---|---|---|---|
| CA | 09/25/2015 | 11/21/2019 | NO RECORD |

| Secondary ID Type: | Secondary ID Description: |
|---|---|
| OTHR DC | WELLS FARGO ▮▮▮ |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
|---|---|---|
| | | 08/01/2019 |



2W02-001133261815-03

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name
LIVIA SZUROMI

Position/Title:

Owner/Key Individual 1 Signature

☐ Submit manually
☐ Signature not required

Date:
11/13/2018

Owner/Key Individual 2 Name
JULIE K BRIDGE

Position/Title:

Owner/Key Individual 2 Signature

☐ Submit manually
☐ Signature not required

Date:
11/13/2018



Business Account Application

## Authorized Signers - Signature Capture

Authorized Signer 1 Name
LIVIA SZUROMI

Position/Title:

Authorized Signer 1 Signature

LIVIA SZUROMI

☐ Submit manually
☐ Signature not required

Date:
11/13/2018

Authorized Signer 2 Name
JULIE K BRIDGE

Position/Title:

Authorized Signer 2 Signature

JULIE K BRIDGE

☐ Submit manually
☐ Signature not required

Date:
11/13/2018



2W02-001133261815-05

Virtual Telecom, Inc.

# Business Account Application



| Bank Name: | | Branch Name: | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | | UPLAND COLONIES | |

| Banker Name: | Officer/Portfolio Number: | Date: |
|---|---|---|
| ELIZABETH CANALES | C2180 | 05/25/2019 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 909/932-9100 | 05541 | 0063518 | E3506-011 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only      [ ] New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | Purpose of Account 1 : |
|---|---|
| Wells Fargo Business Choice Checking | Operating Expense |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 114 | DDA | ▓▓▓▓▓▓ | $1,000.00 | INTX |

| New Account Kit: | Checking/Savings Bonus Offer Available: |
|---|---|
| bc-004101312 | NO |

## Related Customer Information

Customer 1 Name:
VIRTUAL TELECOM INC

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| 440433312111268 | Sole Owner |

Customer 2 Name:
JULIE K BRIDGE

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| 184454112211217 | Signer |

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| VIRTUAL TELECOM INC | 1621 CENTRAL AVE | |
| | Address Line 2: | |
| | City: | State: |
| | CHEYENNE | WY |
| | ZIP/Postal Code: | Country: |
| | 82001-4531 | US |



2W02-001202212628-01

Business Account Application

## Customer 1 Information

| | |
|---|---|
| **Customer Name:** | |
| VIRTUAL TELECOM INC | |

| | | |
|---|---|---|
| **Enterprise Customer Number (ECN):** | **Street Address:** | |
| 440433312111268 | 1621 CENTRAL AVE | |
| **Account Relationship:** | **Address Line 2:** | |
| Sole Owner | | |
| **Taxpayer Identification Number (TIN):** **TIN Type:** | **Address Line 3:** | |
| ████████ EIN | | |

| | | | |
|---|---|---|---|
| **Business Type:** | **City:** | | **State:** |
| Corporation Type C | CHEYENNE | | WY |
| **Business Sub-Type/Tax Classification:** **Non-Profit:** | **ZIP/Postal Code:** | | **Country:** |
| Corporation　　　　　No | 82001-4531 | | US |
| **Date Originally Established:** **Current Ownership Since:** **Number of Employees:** | **Business Phone:** | **Fax:** | |
| 07/07/2016　　2004　　2 | 949/322-2167 | | |
| **Annual Gross Sales:** **Year Sales Reported:** **Fiscal Year End:** | **Cellular Phone:** | **Pager:** | |
| $202,225,125.00　　07/07/2016 | | | |
| **Primary Financial Institution:** **Number of Locations:** | **e-Mail Address:** | | |
| 　　　　1 | rcox@virtualtelcon.hu | | |
| **Primary State 1:** **Primary State 2:** **Primary State 3:** | **Website:** | | |
| | | | |
| **Primary Country 1:** **Primary Country 2:** **Primary Country 3:** | **Sales Market:** | | |
| | LOCAL | | |

| | |
|---|---|
| **Industry:** | |
| Information/Media | |
| **Description of Business:** | |
| Telecommunications | |
| **Major Suppliers/Customers:** | |
| | |

## Bank Use Only

| | |
|---|---|
| **Name/Entity Verification:** | **Address Verification:** |
| Articles of Incorporation | |

| | |
|---|---|
| **BACC Reference Number:** | |
| NORECORD | |

| | | | | |
|---|---|---|---|---|
| **Document Filing Number/Description:** | **Filing Country:** | **Filing State:** | **Filing Date:** | **Expiration Date:** |
| 2016-000719342 | US | WY | 07/07/2016 | |
| **Country of Registration:** | **State of Registration:** | **International Transactions:** | | **Check Reporting:** |
| US | WY | | | NO RECORD |

Business Account Application

## Owner/Key Individual 1 Information

| Customer Name: | Residence Address: |
|---|---|
| JULIE K BRIDGE | 1448 N EUCLID AVE |

| Business Relationship: | Address Line 2: |
|---|---|
| Key Executive with Control of the Entity | |

| Position/Title: | Date of Birth: | Percent of Ownership: | Address Line 3: |
|---|---|---|---|
| | ███████ | 0.0 | |

| Enterprise Customer Number (ECN): | City: | State: |
|---|---|---|
| 184454112211217 | UPLAND | CA |

| Taxpayer Identification Number (TIN): | TIN Type: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| ███████ | SSN | 91786-2301 | US |

| Primary ID Type: | Primary ID Description: | Country of Citizenship: | Permanently Resides in US: |
|---|---|---|---|
| DLIC | U0106519 | US | |

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Check Reporting: |
|---|---|---|---|
| CA | 09/25/2015 | 11/21/2019 | NO RECORD |

| Secondary ID Type: | Secondary ID Description: |
|---|---|
| OTHR DC | WELLS FARGO ████ |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
|---|---|---|
| | | 08/01/2019 |

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name
JULIE K BRIDGE

Position/Title:

Owner/Key Individual 1 Signature

☐ Submit manually
☐ Signature not required

Date:
05/25/2019

## Authorized Signers - Signature Capture

Authorized Signer 1 Name
JULIE K BRIDGE

Position/Title:

Authorized Signer 1 Signature

☐ Submit manually
☐ Signature not required

Date:
05/25/2019



# Business Account Application



Bank Name:
WELLS FARGO BANK, N.A.

Store Name:
FULLERTON

Banker Name:
JOHN VU

Officer/Portfolio Number:
C1185

Date:
01/31/2017

Banker Phone:
714/870-2100

Store Number:
06908

Banker AU:
0040174

Banker MAC:
E2277-011

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only      [ ] New Deposit Account(s) and Business Credit Card

Account 1 Product Name:
Wells Fargo Business Choice Checking

Purpose of Account 1 :
General Operating Account

COID:
114

Product:
DDA

Account Number:
███████████

Opening Deposit:
$2,000.00

Type of Funds:
CACK

New Account Kit:
ba-004886910

Checking/Savings Bonus Offer Available:
NO

## Related Customer Information

Customer 1 Name:
VIRTUAL TELECOM INC

Enterprise Customer Number (ECN):
440433312111268

Account Relationship:
Sole Owner

Customer 2 Name:
JULIE K BRIDGE

Enterprise Customer Number (ECN):
184454112211217

Account Relationship:
Signer

Customer 3 Name:
ROY M COX

Enterprise Customer Number (ECN):
402125672257110

Account Relationship:
Signer

## Checking/Savings Statement Mailing Information

Name(s) and Information Listed on Statement:
VIRTUAL TELECOM INC

Statement Mailing Address:
1621 CENTRAL AVE

Address Line 2:

City:
CHEYENNE

State:
WY

ZIP/Postal Code:
82001-4531

Country:
US



2W02-000878479528-01

Business Account Application

## Customer 1 Information

| Customer Name: | | |
|---|---|---|
| VIRTUAL TELECOM INC | | |

| Enterprise Customer Number (ECN): | Street Address: |
|---|---|
| 440433312111268 | 1621 CENTRAL AVE |

| Account Relationship: | Address Line 2: |
|---|---|
| Sole Owner | |

| Taxpayer Identification Number (TIN): | TIN Type: | Address Line 3: |
|---|---|---|
| ▮▮▮▮▮▮ | EIN | |

| Business Type: | City: | State: |
|---|---|---|
| Corporation Type C | CHEYENNE | WY |

| Business Sub-Type/Tax Classification: | Non-Profit: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| Corporation | No | 82001-4531 | US |

| Date Originally Established: | Current Ownership Since: | Number of Employees: | Business Phone: | Fax: |
|---|---|---|---|---|
| 07/07/2016 | 2004 | 2 | 949/322-2167 | |

| Annual Gross Sales: | Year Sales Reported: | Fiscal Year End: | Cellular Phone: | Pager: |
|---|---|---|---|---|
| $202,225,125.00 | 07/07/2016 | | | |

| Primary Financial Institution: | Number of Locations: | e-Mail Address: |
|---|---|---|
| | 1 | rcox@virtualtelcon.hu |

| Primary State 1: | Primary State 2: | Primary State 3: | Website: |
|---|---|---|---|
| | | | |

| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market: |
|---|---|---|---|
| | | | LOCAL |

| Industry: |
|---|
| Wholesale Trade |

| Description of Business: |
|---|
| Telecommunications |

| Major Suppliers/Customers: |
|---|
| |

## Bank Use Only

| Name/Entity Verification: | Address Verification: |
|---|---|
| Articles of Incorporation | |

| BACC Reference Number: |
|---|
| 6170310001608 |

| Document Filing Number/Description: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
|---|---|---|---|---|
| 2016-000719342 | US | WY | 07/07/2016 | |

| Country of Registration: | State of Registration: | International Transactions: | Check Reporting: |
|---|---|---|---|
| US | WY | | NO RECORD |

| Customer 1 Name: | Internet Gambling Business?: |
|---|---|
| VIRTUAL TELECOM INC | No |



2W02-000878479528-02

Business Account Application

## Owner/Key Individual 1 Information

| | |
|---|---|
| Customer Name: <br> JULIE K BRIDGE | Residence Address: <br> 1448 N EUCLID AVE |
| Business Relationship: <br> Key Executive with Control of the Entity | Address Line 2: |
| Position/Title:     Date of Birth: ▮▮▮     Percent of Ownership: | Address Line 3: |
| Enterprise Customer Number (ECN): <br> 184454112211217 | City:     UPLAND     State: CA |
| Taxpayer Identification Number (TIN): ▮▮▮     TIN Type: SSN | ZIP/Postal Code: 91786-2301     Country: US |
| Primary ID Type: DLIC     Primary ID Description: U0106519 | Country of Citizenship: US     Permanently Resides in US: |
| Primary ID St/Ctry/Prov: CA     Primary ID Issue Date: 10/08/2014     Primary ID Expiration Date: 11/21/2019 | Check Reporting: NO RECORD |
| Secondary ID Type: OTHR     Secondary ID Description: SS CARD ▮▮▮ | |
| Secondary ID State/Country:     Secondary ID Issue Date:     Secondary ID Expiration Date: | |

## Owner/Key Individual 2 Information

| | |
|---|---|
| Customer Name: <br> ROY M COX | Residence Address: <br> 2321 SUNNINGDALE DR |
| Business Relationship: <br> Key Executive with Control of the Entity | Address Line 2: |
| Position/Title:     Date of Birth: ▮▮▮     Percent of Ownership: | Address Line 3: |
| Enterprise Customer Number (ECN): <br> 402125672257110 | City:     TUSTIN     State: CA |
| Taxpayer Identification Number (TIN): ▮▮▮     TIN Type: SSN | ZIP/Postal Code: 92782-1087     Country: US |
| Primary ID Type: DLIC     Primary ID Description: A4845145 | Country of Citizenship: US     Permanently Resides in US: |
| Primary ID St/Ctry/Prov: CA     Primary ID Issue Date: 11/18/2015     Primary ID Expiration Date: 06/07/2020 | Check Reporting: NO RECORD |
| Secondary ID Type: OTHR     Secondary ID Description: SS CARD ▮▮▮ | |
| Secondary ID State/Country:     Secondary ID Issue Date:     Secondary ID Expiration Date: | |



2W02-000878479528-03

Business Account Application

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

   (1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

   (2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

   (3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

   (4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so by:
   (1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;
   (2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or
   (3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name

JULIE K BRIDGE

Position/Title:

Owner/Key Individual 1 Signature

☐ Submit manually
☐ Signature not required

Date:
01/31/2017

Owner/Key Individual 2 Name

ROY M COX

Position/Title:

Owner/Key Individual 2 Signature

☐ Submit manually
☐ Signature not required

Date:
01/31/2017



Business Account Application

## Authorized Signers - Signature Capture

Authorized Signer 1 Name
JULIE K BRIDGE

Position/Title:

Authorized Signer 1 Signature

☐ Submit manually
☐ Signature not required

Date:
01/31/2017

Authorized Signer 2 Name
ROY M COX

Position/Title:

Authorized Signer 2 Signature

☐ Submit manually
☐ Signature not required

Date:
01/31/2017



2W02-000878479528-05

Technologic USA Inc.

## DECLARATION OF JULIE K. BRIDGE

I, Julie K. Bridge, declare as follows:

1.    I am over the age of 18 and I am the President of Technologic USA Inc.   The facts stated in this Declaration are based upon my personal knowledge. If called upon to testify, I could and would testify competently thereto.

2.    Technologic, Inc. USA is not and has never been related or affiliated with Technologic, Inc.   Technologic, Inc. USA and Technologic, Inc. do not share common ownership, management or beneficial ownership.

3.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.   Executed this _13_ day of December 2019 at _upland_ , California.

_____
JULIE K. BRIDGE

# Business Account Application



| | |
|---|---|
| Bank Name: | Store Name: |
| WELLS FARGO BANK, N.A. | UPLAND TOWN CENTER |

| | | |
|---|---|---|
| Banker Name: | Officer/Portfolio Number: | Date: |
| SAMUEL DJANNIE | CB138 | 05/05/2015 |

| | | | |
|---|---|---|---|
| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
| 909/608-2600 | 03962 | 0074090 | E2570-011 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only        [ ] New Deposit Account(s) and Business Credit Card

| | |
|---|---|
| Account 1 Product Name: | Purpose of Account 1 : |
| Wells Fargo Business Choice Checking | General Operating Account |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 114 | DDA | ██████ | $19,000.00 | CACK |

| | |
|---|---|
| New Account Kit: | Checking/Savings Bonus Offer Available: |
| b20141029-0012109395 | NO |

## Related Customer Information

| | |
|---|---|
| Customer 1 Name: | Account Relationship: |
| TECHNOLOGIC USA INC | Sole Owner |
| Enterprise Customer Number (ECN): | |
| 218028452050713 | |

| | |
|---|---|
| Customer 2 Name: | Account Relationship: |
| JULIE K BRIDGE | Signer |
| Enterprise Customer Number (ECN): | |
| 184454112211217 | |

## Checking/Savings Statement Mailing Information

| | | |
|---|---|---|
| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
| TECHNOLOGIC USA INC | 116 EUCLID PL | |
| | Address Line 2: | |
| | City: | State: |
| | UPLAND | CA |
| | ZIP/Postal Code: | Country: |
| | 91786-6540 | US |



2W02-000736535206-01

Business Account Application

## Customer 1 Information

| Customer Name: | | | Street Address: | |
|---|---|---|---|---|
| TECHNOLOGIC USA INC | | | 1621 CENTRAL AVE | |

| Enterprise Customer Number (ECN): | Address Line 2: |
|---|---|
| 218028452050713 | |

| Account Relationship: | Address Line 3: |
|---|---|
| Sole Owner | |

| Taxpayer Identification Number (TIN): | TIN Type: | City: | State: |
|---|---|---|---|
| 47-3907888 | EIN | CHEYENNE | WY |

| Business Type: | ZIP/Postal Code: | Country: |
|---|---|---|
| Corporation Type S | 82001-4531 | US |

| Business Sub-Type/Tax Classification: | Non-Profit: | Business Phone: | Fax: |
|---|---|---|---|
| Corporation | No | 626/375-2974 | |

| Date Originally Established: | Current Ownership Since: | Number of Employees: | Cellular Phone: | Pager: |
|---|---|---|---|---|
| 04/24/2015 | | 1 | | |

| Annual Gross Sales: | Year Sales Reported: | Fiscal Year End: | e-Mail Address: |
|---|---|---|---|
| $500,000.00 | 05/05/2015 | | Julie@technologic.com.bz |

| Primary Financial Institution: | Number of Locations: | Website: |
|---|---|---|
| | 1 | |

| Primary State 1: | Primary State 2: | Primary State 3: | Sales Market: |
|---|---|---|---|
| CA | NV | CT | NATIONAL |

| Primary Country 1: | Primary Country 2: | Primary Country 3: |
|---|---|---|
| | | |

| Industry: |
|---|
| Information/Media |

| Description of Business: |
|---|
| Wholesale Telecommunication Services |

| Major Suppliers/Customers: |
|---|
| |

## Bank Use Only

| Name/Entity Verification: | Address Verification: | BACC Reference Number: |
|---|---|---|
| Articles of Incorporation | FP/FD | 6151250003166 |

| Document Filing Number/Description: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
|---|---|---|---|---|
| 2015000685940 | US | WY | 04/29/2015 | |

| Country of Registration: | State of Registration: | International Transactions: | Check Reporting: |
|---|---|---|---|
| US | WY | | NO RECORD |

| Customer 1 Name: | Internet Gambling Business?: |
|---|---|
| TECHNOLOGIC USA INC | No |



2W02-000736535206-02

Business Account Application

## Owner/Key Individual 1 Information

| Customer Name: | | | Residence Address: | |
|---|---|---|---|---|
| JULIE K BRIDGE | | | 116 EUCLID PL | |

| Business Relationship: | | | Address Line 2: | |
|---|---|---|---|---|
| Key Executive with Control of the Entity | | | | |

| Position/Title: | Date of Birth: | Enterprise Customer Number (ECN): | Address Line 3: | |
|---|---|---|---|---|
| realtor | | 184454112211217 | | |

| Taxpayer Identification Number (TIN): | | TIN Type: | City: | State: |
|---|---|---|---|---|
| ▓▓▓▓▓▓ | | SSN | UPLAND | CA |

| Primary ID Type: | Primary ID Description: | | ZIP/Postal Code: | Country: |
|---|---|---|---|---|
| DLIC | U0106519 | | 91786-6540 | US |

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Check Reporting: |
|---|---|---|---|
| CA | 10/08/2014 | 11/21/2019 | NO RECORD |

| Secondary ID Type: | Secondary ID Description: |
|---|---|
| OTHR DC | WF VISA |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
|---|---|---|
| | | 06/30/2015 |

| Country of Citizenship: | Permanently Resides in US: |
|---|---|
| US | |



2W02-000736535206-03

BBG2307 (2-15 SVP)

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Bank deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

| Owner/Key Individual 1 Name | Position/Title: |
|---|---|
| JULIE K BRIDGE | realtor |

Owner/Key Individual 1 Signature

| Signature | | |
|---|---|---|
| JULIE K BRIDGE *(signature)* | ☐ Submit manually<br>☐ Signature not required | Date:<br>05/05/2015 |

## Authorized Signers - Signature Capture

| Authorized Signer 1 Name | Position/Title: |
|---|---|
| JULIE K BRIDGE | realtor |

Authorized Signer 1 Signature

| Signature | | |
|---|---|---|
| JULIE K BRIDGE *(signature)* | ☐ Submit manually<br>☐ Signature not required | Date:<br>05/05/2015 |



2W02-000736535206-04

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **STATE OF OHIO, ex rel.** | ) | |
| **ATTORNEY GENERAL** | ) | |
| **DAVE YOST** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action **2:22-cv-02700** |
| | ) | |
| v. | ) | Chief Judge **Algenon L. Marbley** |
| | ) | Magistrate Judge **Kimberly A. Jolson** |
| **AARON MICHAEL JONES, et al.** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF
TIME TO SERVE DOMESTIC DEFENDANTS**

EXHIBIT H
*Defendant Yim's Transfer of Property*





59146128 Search

RecorderWorks

Home Name Document Number Document Type Map Recording Date Options

Back to Search   Add To Shopping Cart   Print Selected Search Result   Print Search Result

Search Keywords:59146128

2 Result(s)

| Document Number | Grantors | Grantees | Grantor/Grantees | Document Type |
|---|---|---|---|---|
| 2020000322490 | LIN HONGXIA<br>YOU YONGNIAN | YIM STACEY | | GRANT DEED |
| 2022000304226 | YIM STACEY<br>YIM STACEY EUNJIN | 66 HAWKING HOLDINGS LLC | | GRANT DEED |

Back To Search Result

## Document Number:

2022000304226

**Number of Pages:** 3 **Recording Date:** 9/12/2022

**Document Types**

GRANT DEED

**Details**

| | |
|---|---|
| Assessors Parcel No: | 59146128 |
| Transfer Tax Amount: | 0.0000 |
| Lot #: | 48 |
| Tract #: | 18029 |

**Grantors**

YIM STACEY EUNJIN
YIM STACEY

**Grantees**

66 HAWKING HOLDINGS LLC

**Grantor/Grantee**

**Shopping Instructions**

- Click "Add Document" to purchase this record.
- Click "Add Current Page" to purchase the current image only.

Frequently Asked Questions ()

Add Document to Shopping Cart

**Images may not be viewed online**

# Parcel Viewer Map



# DOCUMENT DESCRIPTION

Address: 66 HAWKING
Feature: Medium Density Res.
APN: 59146128
Tract/Lot: 18029/48
Planning Area: Orange County Great Park
Zoning: 8.1
Zone Description: Trails and Transit Oriented Development
School District: IRVINE UNIFIED SCHOOL DISTRICT

HOA:
Master HOA: Altair Irvine Master Assn.
Flood Zone: X
Flood Zone Community#: 060222
Flood Zone Map#: 06059C0315J
Flood Zone Map Date:
Fire Ordinance Zone: SR213429.pdf



Printed: January 25, 2023

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only

**WY Secretary of State**
**FILED: Aug 30 2022 5:14PM**
**Original ID: 2022-001154584**

# Limited Liability Company
# Articles of Organization

I. **The name of the limited liability company is:**
66 HAWKING HOLDINGS, LLC

II. **The name and physical address of the registered agent of the limited liability company is:**
Registered Agents Inc
30 N Gould St Ste R
Sheridan, WY 82801

III. **The mailing address of the limited liability company is:**
30 N Gould St Ste R
Sheridan, WY 82801

IV. **The principal office address of the limited liability company is:**
30 N Gould St Ste R
Sheridan, WY 82801

V. **The organizer of the limited liability company is:**
Judy Ward
30 N Gould St Ste R, Sheridan, WY 82801

**Signature:** *Judy Ward*                     Date: **08/30/2022**

Print Name:     **Judy Ward**

Title:          **Autorized Filer**

Email:          **riskmitigationunit@gmail.com**

Daytime Phone #:   **(307) 200-2803**

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

☑ I consent on behalf of the business entity to accept electronic service of process at the email address provided with Article IV, Principal Office Address, under the circumstances specified in W.S. 17-28-104(e).

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**   ☑ An Individual     ☐ An Organization

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

Signature:   *Judy Ward*                                   Date:   **08/30/2022**

Print Name:   **Judy Ward**

Title:   **Autorized Filer**

Email:   **riskmitigationunit@gmail.com**

Daytime Phone #:   **(307) 200-2803**



Secretary of State

## Consent to Appointment by Registered Agent

**Registered Agents Inc**, whose registered office is located at **30 N Gould St Ste R, Sheridan, WY 82801**, voluntarily consented to serve as the registered agent for **66 HAWKING HOLDINGS, LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

| | | |
|---|---|---|
| **Signature:** | *Judy Ward* | Date: **08/30/2022** |

Print Name: **Judy Ward**

Title: **Autorized Filer**

Email: **riskmitigationunit@gmail.com**

Daytime Phone #: **(307) 200-2803**

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

**66 HAWKING HOLDINGS, LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **30th** day of **August**, **2022** at **5:14 PM.**

Remainder intentionally left blank.



Filed Date: 08/30/2022



Secretary of State

Filed Online By:

Judy Ward

on 08/30/2022