## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **STATE OF OHIO, ex rel.** | ) | Civil Action **2:22-cv-02700** |
| **ATTORNEY GENERAL** | ) | |
| **DAVE YOST** | ) | Chief Judge **Algenon L. Marbley** |
| | ) | Magistrate Judge **Kimberly A. Jolson** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **[PROPOSED] ORDER FINDING** |
| | ) | **GOOD CAUSE AND GRANTING** |
| **AARON MICHAEL JONES, et al.** | ) | **PLAINTIFF EXTENSION TO** |
| | ) | **COMPLETE SERVICE ON ALL** |
| | ) | **DOMESTIC DEFENDANTS** |
| Defendant. | ) | |
| | ) | |

This Court has read and considered Plaintiff's Motion for Extension of Time to Serve all Domestic Defendants, and the evidence presented in support of the application, and this Court finds that good cause exists for Plaintiff's failure to serve Defendants Stacey Eunjin Yim, Davis Telecom, Inc., Technologic USA, Inc., and Virtual Telecom Inc. within the time limits imposed by Fed. R. Civ. P. 4(m).

Plaintiff's Motion for an Extension of Time to Serve Defendants is hereby GRANTED. Plaintiff has 60 days from the entry of this Order to complete service on Defendants Stacey Eunjin Yim, Davis Telecom, Inc., Technologic USA, Inc., and Virtual Telecom Inc.

IT IS SO ORDERED.

Date:_____          By: _____
                                        Hon. Kimberly A. Jolson
                                        Magistrate, United States District Court