**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **STATE OF OHIO, ex rel.** | ) | |
| **ATTORNEY GENERAL** | ) | |
| **DAVE YOST** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action **2:22-cv-02700** |
| | ) | |
| v. | ) | Chief Judge **Algenon L. Marbley** |
| | ) | Magistrate Judge **Kimberly A. Jolson** |
| **AARON MICHAEL JONES, et al.** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ORDER**
**AUTHORIZING SERVICE ON DEFENDANT YIM BY PUBLICATION**

EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STATE OF OHIO, ex rel. ATTORNEY GENERAL DAVE YOST | Civil Action **2:22-cv-02700** |
| Plaintiff, | Chief Judge **Algenon L. Marbley** Magistrate Judge **Kimberly A. Jolson** |
| v. AARON MICHAEL JONES, et al. | **DECLARATION OF CHRISTOPHER J. BELMAREZ IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ORDER AUTHORIZING SERVICE ON DEFENDANT YIM BY PUBLICATION** |
| Defendants. | |

### DECLARATION OF CHRISTOPHER J. BELMAREZ

I, Christopher J. Belmarez, have personal knowledge of the facts and matters set forth below. If called as a witness, I could and would testify as follows:

1.   I am over twenty-one years old and a United States citizen. I work as an Assistant Attorney General for the Ohio Attorney General ("Ohio AG") in the Consumer Protection Section. I investigate persons and entities that may be violating state and federal consumer protection laws that the Ohio AG is empowered by law to enforce. My work address is 30 E. Broad St., 14th Floor, Columbus, OH 43215.

2.   As part of my work, I have attempted to serve the defendants in the above-captioned law enforcement action.

### Attempted Service of Defendant Yim

3.   On July 7, 2022, I filed the above captioned case as counsel for Plaintiff, State of Ohio, ex rel. Attorney General Dave Yost.

4.      On July 8, 2022, in accordance with Federal Rule of Civil Procedure 4(d)(1), our office sent a Waiver of Service of Summons by certified mail (Tracking No. 9489 0090 0027 6076 7366 65) as evidenced by **Attachment A**.

5.      Pursuant to Federal Rule of Civil Procedure 4(d)(1)(F), Plaintiff waited a reasonable time of at least 30 days prior to pursuing personal and certified mail service.

6.      On September 8, 2022, Plaintiff contracted with ACE Attorney Service, Inc. to perform personal service on Defendant Yim.

7.      As evidenced by the process server's affidavit, incorporated herein as **Attachment B**, personal service was attempted on September 8, 2022; September 11, 2022; September 15, 2022; and September 18, 2022.

8.      As evidenced by **Attachment B**, on the September 18th attempt, individuals appeared to be at the residence based on cars in the driveway and multiple sets of footwear outside the front door entrance.

9.      I received notice by email that personal service failed on the first four attempts on September 20, 2022.

10.      I caused a certified mail service attempt on August 16, 2022. *See* Certificate of Mailing, ECF No. 9 at PageID 90 (Tracking No. 7018 1830 0000 2705 8174).[1] USPS has not returned the associated "green card" return receipt and upon reviewing the tracking information on the USPS website, the certified mail appears to have been delivered to a parcel locker on September 19, 2022. *See* Tracking History of Certified Mail Service to Defendant Yim Tracking

---

[1] The tracking number for the certified mail to defendant Stacey E. Yim provided in Certificate of Mailing, ECF No. 9 at PageID 90 appears to be incorrect due to a scrivener's error. When tracked with the documented tracking number, the USPS database provides an error message and all other tracking numbers from that date began with "7018" instead of "7008."

Number 70181830000027058174, USPS, https://www.usps.com/ (enter tracking number into "Search or Track Packages" field) incorporated herein as **Attachment C**.

11.     On September 15, 2022, Plaintiff's co-counsel Erin Leahy sent an email, on which I was cc'd, to Defendant Jones's counsel in matter of Aaron Michael Jones et al v. Eric Oakley, et al, (Case No. 30-2019-01075913, California Superior Court, Orange County). Jones' counsel indicated that she was not representing Defendants Jones or Yim in the case before this Court and could not accept service on his or her behalf.

12.     On September 20, 2022, I requested Investigator John Isaacs check to ensure Defendant Yim's address had not changed.

13.     Once certified mail tracking indicated the Summons and Complaint were left in a parcel locker, Plaintiff requested ACE attorney service's process server perform a stakeout to attempt personal service.

14.     As evidenced by **Attachment B**, the process server attempted the stakeout on October 2, 2022 for 4 hours.

15.     I received notification that the stakeout failed on October 3, 2022 by email.

16.     Upon verification that Defendant Yim's address had not appeared to change, I caused an additional certified mail service attempt (Tracking Number 70181830000027058105) on September 22, 2022. *See* Certificate of Mailing, ECF No. 26 at PageID 220.

17.     I reviewed the tracking information available on USPS's website, and found that notice was left on September 26, 2022 and USPS subsequently returned to sender "*unclaimed*" on October 28, 2022. *See* Tracking History of Certified Mail Service to Defendant Yim Tracking Number 70181830000027058105, USPS, https://www.usps.com/ (enter tracking number into "Search or Track Packages" field; then click "See All Tracking History" hyperlink)

incorporated hereinafter as **Attachment D**.  However, the mail was returned to the clerk with a

different endorsement- **"RETURN TO SENDER - NOT DELIVERABLE AS ADDRESSED"**

on November 10, 2022.  *See* Returned Mail, ECF No. 41 at PageID 321-22.


I declare under penalty of perjury that the foregoing is true and correct.


Dated:  1/31/2023
Columbus, OH

Christopher J. Belmarez

**Attachment A**

# USPS Tracking®

FAQs ›

**Remove ✕**

**Tracking Number:**

## 9489009000276076736665

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 3:29 pm on July 11, 2022 in IRVINE, CA 92618.

**Get More Out of USPS Tracking:**

　　USPS Tracking Plus®

Feedback

● **Delivered**
**Delivered, Left with Individual**
IRVINE, CA 92618
July 11, 2022, 3:29 pm

● **In Transit to Next Facility**
July 10, 2022

● **Departed USPS Regional Origin Facility**
COLUMBUS OH DISTRIBUTION CENTER
July 9, 2022, 12:35 am

● **Arrived at USPS Regional Origin Facility**
COLUMBUS OH DISTRIBUTION CENTER
July 8, 2022, 9:10 pm

● **Accepted at USPS Origin Facility**
COLUMBUS, OH 43215
July 8, 2022, 7:55 pm

● **Pre-Shipment Info Sent to USPS, USPS Awaiting Item**

July 8, 2022

**Hide Tracking Hi tory**

---

**Text & Email Updates** ⌄

---

**Return Receipt Electronic** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**UNITED STATES**
**POSTAL SERVICE**

October 18, 2022

Dear Christopher Belmarez:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9489 0090 0027 6076 7366 65**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | July 11, 2022, 3:29 pm |
| **Location:** | IRVINE, CA 92618 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Stacey E Yim |

| Shipment Details | |
|---|---|
| **Weight:** | 1.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 66 HAWKING |
| **City, State ZIP Code:** | IRVINE, CA 92618-1779 |

**Recipient Signature**

Signature of Recipient: *Aaron M:W*

Address of Recipient: *66 Hawking*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**Attachment B**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| State of Ohio, ex rel. Attorney General Dave Yost | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 2:22-CV-2700 |
| Aaron Michael Jones, et al | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Stacey E. Yim
66 Hawking
Irvine, CA 92618-1779

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Erin B. Leahy
Christopher Belmarez
Ohio Attorney General's Office
30 East Broad Street, 14th Floor
Columbus, Ohio 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  08/15/2022          _Valeri Brown_

_Signature of Clerk or Deputy_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-CV-2700

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Stacey E. Yim

was received by me on *(date)*  09/08/2022  .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because   SEE ATTACHED AFFIDAVIT   ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  October 12, 2022                         _____
                                                        *Server's signature*

                              ROSEMARY GARCIA, Registered California Process Server
                                              *Printed name and title*

                                              Ace Attorney Service, Inc.
                              811 Wilshire Boulevard, Suite 900 Los Angeles, CA 90017
                                 Phone No.: (213) 623-3979 / Fax No.: (213) 623-7527
                                 Registration No.: 2018002560 / County: LOS ANGELES
                                              *Server's address*

Additional information regarding attempted service, etc:



*#2102582R*

| Print | Save As... | | Reset |

1.    The State of Ohio contracted ACE Attorney Service to serve by process the complaint, summons, and civil cover sheet upon Defendants Aaron Michael Jones and Stacey E. Yim ("Jones" and "Yim") in the matter of State of Ohio v. Aaron Michael Jones, et al., case number 2:22-cv-02700-ALM-KAJ.

2.    In the course of my duties, between September 8, 2022 and September 13, 2022, I attempted to serve Jones and Yim at the address reported as their home residence at 66 Hawking, Irving, California 92618.  I attempted service at that address on five occasions but received no answer at the front door. The residence is a single-family home that has a video camera enabled doorbell.

3.    On September 8, 2022 at 5:45 p.m., September 11, 2022 at 12:45 p.m. and September 15, 2022 at 7:30 p.m., I attempted to serve Jones and Yim at the same address, receiving no answer at the front door.

4.    On September 18, 2022 at 1:25 p.m., I attempted to serve Jones and Yim at the same address, receiving no answer. At the time of my visit, there were six cars parked in the driveway and multiple sets of footwear immediately outside of the front door entrance.

5.    On October 2, 2022, I engaged in a stakeout at the same address between the hours of 7:30 a.m. and 11:30 a.m. in an attempt to serve the Jones and Yim.  There were two cars parked directly in front of the house, a black Mercedes Benz and a red Porsche.  There were multiple sets of footwear outside by the front entrance and a dog barking inside.  During that four-hour period, neither Jones or Yim came outside.  I rang the doorbell at approximately 11:30am. A dog inside the house barked at the door but no one answered the door.  In my experience as a process server, I believe Jones and Yim, through the use of their camera enabled doorbell, are avoiding service of process.

**Attachment C**

# USPS Tracking®

FAQs **>**

**Remove ✕**

**Tracking Number:**

## 70181830000027058174

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to a parcel locker at 7:36 pm on September 19, 2022 in IRVINE, CA 92618.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

● **Delivered**
**Delivered, Parcel Locker**
IRVINE, CA 92618
September 19, 2022, 7:36 pm

● **Out for Delivery**
IRVINE, CA 92619
September 19, 2022, 7:32 am

● **Arrived at Post Office**
IRVINE, CA 92619
September 19, 2022, 7:21 am

● **Departed USPS Regional Facility**
ANAHEIM CA DISTRIBUTION CENTER
September 19, 2022, 3 39 am

● **Arrived at USPS Regional Facility**
ANAHEIM CA DISTRIBUTION CENTER
September 19, 2022, 3 35 am

● **Arrived at USPS Regional Facility**

SANTA CLARITA CA DISTRIBUTION CENTER
September 18, 2022, 12:53 am

**In Transit to Next Facility**

September 14, 2022

**Departed USPS Facility**

PASADENA, CA 91109
September 10, 2022, 9 36 pm

**Arrived at USPS Facility**

PASADENA, CA 91109
September 10, 2022, 4 32 pm

**Unclaimed/Being Returned to Sender**

IRVINE, CA 92619
September 8, 2022, 5:30 pm

**Reminder to Schedule Redelivery of your item**

August 24, 2022

**Notice Left (No Authorized Recipient Available)**

IRVINE, CA 92618
August 19, 2022, 6:59 pm

**Departed USPS Regional Facility**

COLUMBUS OH DISTRIBUTION CENTER
Augu t 16, 2022, 11 20 pm

**Arrived at USPS Regional Facility**

COLUMBUS OH DISTRIBUTION CENTER
Augu t 16, 2022, 10 51 pm

**Hide Tracking History**

---

**Text & Email Updates**                                        ⌄

---

**USPS Tracking Plus®**                                          ⌄

---

**Product Information**                                          ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**Attachment D**

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

## 70181830000027058105

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item departed our USPS facility in COLUMBUS OH DISTRIBUTION CENTER on November 9, 2022 at 5 55 am  The item i  currently in tran it to the de tination

Get More Out of USPS Tracking:

USPS Tracking Plus®

Feedback

## Moving Through Network
**Departed USPS Regional Facility**

COLUMBUS OH DISTRIBUTION CENTER
November 9, 2022, 5:55 am

**Arrived at USPS Regional Facility**

COLUMBUS OH DISTRIBUTION CENTER
November 8, 2022, 9:52 am

**In Transit to Next Facility**

November 5, 2022

**Arrived at USPS Facility**

PASADENA, CA 91109
November 1, 2022, 1 31 pm

**Unclaimed/Being Returned to Sender**

IRVINE, CA 92619
October 28, 2022, 12 15 pm

**Notice Left (No Authorized Recipient Available)**

IRVINE, CA 92618
September 26, 2022, 3:53 pm

**Departed USPS Regional Facility**

ANAHEIM CA DISTRIBUTION CENTER
September 25, 2022, 4:52 pm

**Arrived at USPS Regional Facility**

ANAHEIM CA DISTRIBUTION CENTER
September 24, 2022, 10:36 am

**Departed USPS Regional Facility**

COLUMBUS OH DISTRIBUTION CENTER
September 22, 2022, 11:10 pm

**Arrived at USPS Regional Facility**

COLUMBUS OH DISTRIBUTION CENTER
September 22, 2022, 10:24 pm

**Hide Tracking History**

---

**Text & Email Updates**                                               ⌄

---

**USPS Tracking Plus®**                                                ⌄

---

**Product Information**                                                ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **STATE OF OHIO, ex rel.** | ) | |
| **ATTORNEY GENERAL** | ) | |
| **DAVE YOST** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action **2:22-cv-02700** |
| | ) | |
| v. | ) | Chief Judge **Algenon L. Marbley** |
| | ) | Magistrate Judge **Kimberly A. Jolson** |
| **AARON MICHAEL JONES, et al.** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ORDER**
**AUTHORIZING SERVICE ON DEFENDANT YIM BY PUBLICATION**

EXHIBIT B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **STATE OF OHIO, ex rel.** | ) | Civil Action **2:22-cv-02700** |
| **ATTORNEY GENERAL** | ) | |
| **DAVE YOST** | ) | Chief Judge **Algenon L. Marbley** |
| | ) | Magistrate Judge **Kimberly A. Jolson** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DECLARATION OF JOHN S. ISAACS** |
| | ) | **IN SUPPORT OF PLAINTIFF'S** |
| **AARON MICHAEL JONES, et al.** | ) | **APPLICATION FOR ORDER** |
| | ) | **AUTHORIZING SERVICE ON** |
| | ) | **DEFENDANT YIM BY PUBLICATION** |
| Defendants. | ) | |
| | ) | |

### DECLARATION OF JOHN S. ISAACS

I, John S. Isaacs, have personal knowledge of the facts and matters set forth below. If called as a witness, I could and would testify as follows:

1. I am over twenty-one years old and a United States citizen. I work as an investigator for the Ohio Attorney General ("Ohio AG") in the Consumer Protection Section. I investigate persons and entities that may be violating state and federal consumer protection laws that the Ohio AG is empowered by law to enforce. My work address is 30 E. Broad St., 14th Floor, Columbus, OH 43215.

2. As part of my work, I have investigated the defendants in the above-captioned law enforcement action.

### Investigation of Defendant Yim

3. As part of my initial background research into Defendant Stacey Yim, on November 25, 2019, I saved a copy of the Nevada corporate records for Posting Express Inc. These records listed Stacey Yim as the President, Secretary, Treasurer, and Director of Posting

Express Inc., and the address listed for her was 66 Hawking, Irvine, CA, 92618. A true and accurate copy of the corporate records for Posting Express Inc. is attached as **Attachment A**.

4.      As part of my investigation, I found the corporate records for another Nevada company called Asia Group Support Services Inc., which also listed Stacey Yim as the President, Secretary, Treasurer, and Director of the company. The address listed for her in these records was also 66 Hawking, Irvine, CA, 92618. The formation date for this company was May 21, 2020. A true and accurate copy of the corporate records for Asia Group Support Services Inc. is attached as **Attachment B**.

5.      Documents I reviewed through the course of the investigation listed Stacey Yim as the individual account holder for at least one Bank of America account for Posting Express Inc., a Bank of America account for Asia Group Support Services Inc., and a crypto currency exchange account with Morrex Inc. for Asia Group Support Services Inc. A Bank of America document I reviewed, titled "Account Holder Profile" for the Posting Express Inc. account, listed the account holder as Stacey Yim, and the address listed for her was 66 Hawking, Irvine, CA, 92618. A true and accurate copy of the account holder profile is attached as **Attachment C**, personal identifiable information has been redacted.

6.      The Bank of America signature card I reviewed for the Asia Group Support Services Inc. account listed the account owner as Stacey Yim, and the mailing address for the account statements of this account was 66 Hawking, Irvine, CA, 92618.

7.      Morrex Inc. provided copies of know your customer documentation for Asia Group Support Services Inc, which I reviewed. A page included in this documentation listed Stacey Eujin Yim as the 100% owner of Asia Group Support Services Inc., and the address listed for her was 66 Hawking, Irvine, CA, 92618. A true and accurate Copy of the know your

customer document is attached as **Attachment D**, personal identifiable information has been redacted.

8.    Throughout the course of the investigation, I periodically conducted a check for potential changes in residence for Stacey Yim through the Lexis Nexis public records search. Each time I ran a Lexis Nexis public records search for Stacey Yim the report showed that her most recent residence was 66 Hawking, Irvine, CA, 92618.

9.    On September 20, 2022 AAG Christopher Belmarez informed me that the service attempt by certified mail to Stacey Yim at 66 Hawking was delivered to a parcel locker. He asked that I check to see if Yim had a new address. The public records search I performed through Lexis Nexis showed the most recent address for Stacey Yim was 66 Hawking, Irvine, CA, 92618. A true and accurate copy of my search history on September 20, 2022 in Lexis Nexis is attached as **Attachment E**.

10.   On November 21, 2021, I reviewed information provided in an email from Ohio Attorney General Investigator John Hathaway. In this email, Investigator Hathaway informed me and AAG Erin Leahy that he conducted a public records property search for 66 Hawking, Irvine, CA, 92618. He stated that he found a deed transfer record that showed on August 30, 2022, the seller of 66 Hawking, Irvine, CA, 92618 was Stacey Yim, and the new owner listed was a holding company called 66 Hawking Holdings LLC that was registered in Wyoming on August 30, 2022.

11.   On January 10, 2023, I conducted a grantor/grantee records search for 66 Hawking, Irvine, CA, 92618 on the California Orange County Clerk-Recorder's Office. Records I found showed that on July 8, 2020, one day after the filing of the Complaint in this case, Stacey Yim was the grantee for a grant deed for parcel number 59145128. Then on September 12,

2022, a grant deed was recorded that listed Stacey Eujin Yim as the grantor of the deed for parcel number 59145128, and the grantee listed was 66 Hawking Holdings, LLC. A search I conduced on the webpage for the city of Irvine California shows the address for parcel number 59145128 is 66 Hawking. A true and accurate copy of the property records for 66 Hawking, Irvine, CA, 92618 are attached as **Attachment F**. A true and accurate copy of the Wyoming Secretary of State filing for 66 Hawking Holdings, LLC is attached as **Attachment G**.

12.     On January 31, 2023, the date of this declaration, I performed a Lexis Nexis public records search and there was no indication her address had changed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  1/31/2023
Columbus, OH                                                       John S. Isaacs

# ATTACHMENT A

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

POSTING EXPRESS INC

**Entity Number:**

E0206272019-4

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Active

**Formation Date:**

05/03/2019

**NV Business ID:**

NV20191337389

**Termination Date:**

Perpetual

**Annual Report Due Date:**

5/31/2020

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

UNITED STATES CORPORATION AGENTS, INC

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20181453530

**Office or Position:**

**Jurisdiction:**

NEVADA

**Street Address:**

500 N. Rainbow Blvd. Ste. 300 A, Las Vegas, NV, 89107, USA

**Email Address:**

ramanagement@legalzoom.com

**Mailing Address:**

**Individual with Authority to Act:**

Cheyenne Moseley

**Contact Phone Number:**

**Fictitious Website or Domain Name:**

---

## PRINCIPAL OFFICE ADDRESS

**Address:**

**Mailing Address:**

---

## OFFICER INFORMATION

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| President | STACEY YIM | 66 HAWKING, IRVINE, CA, 92618, USA | 05/03/2019 | Active |
| Secretary | STACEY YIM | 66 HAWKING, IRVINE, CA, 92618, USA | 05/03/2019 | Active |
| Treasurer | STACEY YIM | 66 HAWKING, IRVINE, CA, 92618, USA | 05/03/2019 | Active |
| Director | STACEY YIM | 66 HAWKING, IRVINE, CA, 92618, USA | 05/03/2019 | Active |

**Page 1 of 1, records 1 to 4 of 4**

## CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|--------------|------|--------------|-------|
| | Authorized | 10,000 | 0.001000000000 |

**Page 1 of 1, records 1 to 1 of 1**

Number of No Par Value Share

**0**

Total Authorized Capital:

**10**

Filing History     Name History     Mergers/Conversions

Return to Search     Return to Re ult

ATTACHMENT B

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

ASIA GROUP SUPPORT SERVICES INC.

**Entity Number:**

E6755512020-5

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Default

**Formation Date:**

05/21/2020

**NV Business ID:**

NV20201785980

**Termination Date:**

Perpetual

**Annual Report Due Date:**

5/31/2022

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

UNITED STATES CORPORATION AGENTS, INC.

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20181453530

**Office or Position:**

**Jurisdiction:**

NEVADA

**Street Address:**

500 N. Rainbow Blvd. Ste. 300 A, Las Vegas, NV, 89107, USA

**Mailing Address:**

**Individual with Authority to Act:**

Cheyenne Moseley

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☑ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | Stacey Yim | 66 Hawking, Irvine, CA, 92618, USA | 05/21/2020 | Active |
| Secretary | Stacey Yim | 66 Hawking, Irvine, CA, 92618, USA | 05/21/2020 | Active |
| Treasurer | Stacey Yim | 66 Hawking, Irvine, CA, 92618, USA | 05/21/2020 | Active |
| Director | Stacey Yim | 66 Hawking, Irvine, CA, 92618, USA | 05/21/2020 | Active |

Page 1 of 1, records 1 to 4 of 4

## CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Authorized | 10,000 | 0.001 |

Page 1 of 1, records 1 to 1 of 1

Number of No Par Value Shares:

**0**

Total Authorized Capital:

Filing History      Name History      Mergers/Conversions

Return to Search      Return to Results

ATTACHMENT C

<u>Account Holder Profile</u>:

Name: STACEY YIM

██████████████

DOB: 09/04/1984

Address: 66 HAWKING IRVINE CA 92618-1779

Phone #: 818-319-6946

Email: stacey9484@gmail.com

Identification: CA Driver License # ████████

Employer: OATT COLLECTION

# ATTACHMENT D



- Address: 66 HAWKING, IRVINE, CA 92618
- Email : stacey.yim79@yahoo.com
- Gender: **Female**
- (818) 319-6946
- SSN : ████████

# ATTACHMENT E

285. SmartLinx<sup>®</sup> Comprehensive Person Report: Stacey Yim

Terms:
Stacey Yim

Originated In
Lexis®

Type
Public Records document view

Client
jisaacs

Date & time
Sep 20, 2022  05:50:10 p.m. EDT

286. SmartLinx<sup>®</sup> Comprehensive Person Report: Stacey Yim

Search Type:
publicrecord

Originated In
Lexis®

Type
Public Records Search

Client
jisaacs

Date & time
Sep 20, 2022  05:49:50 p.m. EDT

ATTACHMENT F





59146128 Search

RecorderWorks

Home | Name | Document Number | Document Type | Map | Recording Date | Options

Back to Search | Add To Shopping Cart | Print Selected Search Result | Print Search Result

Search Keywords:59146128

2 Result(s)

| Document Number | Grantors | Grantees | Grantor/Grantees | Document Type |
|---|---|---|---|---|
| 2020000322490 | LIN HONGXIA<br>YOU YONGNIAN | YIM STACEY | | GRANT DEED |
| 2022000304226 | YIM STACEY<br>YIM STACEY EUNJIN | 66 HAWKING HOLDINGS LLC | | GRANT DEED |

Back To Search Result

## Document Number:

2022000304226

**Number of Pages:** 3 **Recording Date:** 9/12/2022

**Document Types**

GRANT DEED

**Details**

| | |
|---|---|
| Assessors Parcel No: | 59146128 |
| Transfer Tax Amount: | 0.0000 |
| Lot #: | 48 |
| Tract #: | 18029 |

**Grantors**

YIM STACEY EUNJIN
YIM STACEY

**Grantees**

66 HAWKING HOLDINGS LLC

**Grantor/Grantee**

**Shopping Instructions**

- Click "Add Document" to purchase this record.
- Click "Add Current Page" to purchase the current image only.

Frequently Asked Questions ()

Add Document to Shopping Cart

**Images may not be viewed online**

59146128

**Search**

Home  Name  Document Number  Document Type  Map  Recording Date  Options

Back to Search  Add To Shopping Cart  Print Selected Search Result  Print Search Result

Search Keywords: 59146128

2 Result(s)

| Document Number | Grantors | Grantees | Grantor/Grantees | Document Type |
|---|---|---|---|---|
| 2020000322490 | LIN HONGXIA YOU YONGNIAN | YIM STACEY | | GRANT DEED |

Back To Search Result

**Document Number:**

2020000322490

Number of Pages: 2  Recording Date: 7/8/2020

**Document Types**

GRANT DEED

**Details**

Assessors Parcel No: 59146128
Transfer Tax Amount: 1743.5000
Lot #: 48
Tract #: 18029

**Grantors**

YOU YONGNIAN
LIN HONGXIA

**Grantees**

YIM STACEY

**Grantor/Grantee**

**Shopping Instructions**

- Click "Add Document" to purchase this record.
- Click "Add Current Page" to purchase the current image only.

Frequently Asked Questions ()

Add Document to Shopping Cart

**Images may not be viewed online**

| 2022000304226 | YIM STACEY YIM STACEY EUNJIN | 66 HAWKING HOLDINGS LLC | | GRANT DEED |

# Parcel Viewer Map



# DOCUMENT DESCRIPTION

Address: 66 HAWKING
Feature: Medium Density Res.
APN: 59146128
Tract/Lot: 18029/48
Planning Area: Orange County Great Park
Zoning: 8.1
Zone Description: Trails and Transit Oriented Development
School District: IRVINE UNIFIED SCHOOL DISTRICT

HOA:
Master HOA: Altair Irvine Master Assn.
Flood Zone: X
Flood Zone Community#: 060222
Flood Zone Map#: 06059C0315J
Flood Zone Map Date:
Fire Ordinance Zone: SR213429.pdf



Printed: January 25, 2023

ATTACHMENT G

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only

**WY Secretary of State**
**FILED: Aug 30 2022  5:14PM**
**Original ID: 2022-001154584**

# Limited Liability Company
# Articles of Organization

**I.** **The name of the limited liability company is:**

66 HAWKING HOLDINGS, LLC

**II.** **The name and physical address of the registered agent of the limited liability company is:**

Registered Agents Inc
30 N Gould St Ste R
Sheridan, WY 82801

**III.** **The mailing address of the limited liability company is:**

30 N Gould St Ste R
Sheridan, WY 82801

**IV.** **The principal office address of the limited liability company is:**

30 N Gould St Ste R
Sheridan, WY 82801

**V.** **The organizer of the limited liability company is:**

Judy Ward
30 N Gould St Ste R, Sheridan, WY 82801

**Signature:** *Judy Ward*                    Date: **08/30/2022**

Print Name: **Judy Ward**

Title: **Autorized Filer**

Email: **riskmitigationunit@gmail.com**

Daytime Phone #: **(307) 200-2803**

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

---

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

☑ I consent on behalf of the business entity to accept electronic service of process at the email address provided with Article IV, Principal Office Address, under the circumstances specified in W.S. 17-28-104(e).

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**  ☑ An Individual   ☐ An Organization

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

Signature: *Judy Ward*                                   Date: **08/30/2022**

Print Name: **Judy Ward**

Title: **Autorized Filer**

Email: **riskmitigationunit@gmail.com**

Daytime Phone #: **(307) 200-2803**



**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

**Secretary of State**

---

## Consent to Appointment by Registered Agent

      **Registered Agents Inc**, whose registered office is located at **30 N Gould St Ste R, Sheridan, WY 82801**, voluntarily consented to serve as the registered agent for **66 HAWKING HOLDINGS, LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

      I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

| | | |
|---|---|---|
| Signature: | *Judy Ward* | Date: **08/30/2022** |
| Print Name: | **Judy Ward** | |
| Title: | **Autorized Filer** | |
| Email: | **riskmitigationunit@gmail.com** | |
| Daytime Phone #: | **(307) 200-2803** | |

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

**66 HAWKING HOLDINGS, LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **30th** day of **August**, **2022** at **5:14 PM.**

Remainder intentionally left blank.



Filed Date: 08/30/2022

Secretary of State

Filed Online By:

Judy  Ward

on 08/30/2022