# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **STATE OF OHIO, ex rel.** ) | Civil Action **2:22-cv-02700** |
| **ATTORNEY GENERAL** ) | |
| **DAVE YOST** ) | Chief Judge **Algenon L. Marbley** |
| ) | Magistrate Judge **Kimberly A. Jolson** |
| Plaintiff, ) | |
| ) | |
| v. ) | **[PROPOSED] ORDER FOR** |
| ) | **PUBLICATION OF SUMMONS** |
| **AARON MICHAEL JONES, et al.** ) | |
| ) | |
| Defendant. ) | |
| ) | |

This Court has considered Plaintiff's Application for Order Authorizing Service on Defendant Yim by Publication and the evidence presented in support of the application. It appears to the satisfaction of the Court that Defendant Stacey Yim cannot be served with reasonable diligence in any other manner set forth in the California Code of Civil Procedure, and a cause of action exists against Defendant Yim.

THEREFORE, IT IS ORDERED that:

Service of the Summons in this action on Defendant Yim shall be accomplished by publication in the Orange County Register, a newspaper published in the State of California, and designated as the newspaper most likely to give actual notice to Defendant Yim.

The publication shall be made once a week for four weeks. Plaintiff has six weeks to complete service by publication, from the date of this Order.

If Defendant Yim's address is ascertained prior to the expiration of the time prescribed for publication of the summons, a copy of the summons and complaint and of the order for publication shall immediately be mailed to Defendant Yim.

This order does not preclude service upon Defendant Yim in any other manner specified in the California Code of Civil Procedure sections 415.10 through 415.30, which service supersedes the service by publication.

IT IS SO ORDERED.

Date:_____  By: _____
                                    Hon. Kimberly A. Jolson
                                    Magistrate, United States District Court