UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STATE OF OHIO, ex rel. ATTORNEY GENERAL DAVE YOST | Civil Action **2:22-cv-02700** |
| | Chief Judge **Algenon L. Marbley** |
| | Magistrate Judge **Kimberly A. Jolson** |
| Plaintiff, | |
| v. | **JOINT MOTION FOR ENTRY OF STIPULATION AND ORDER REGARDING DOCUMENT PRODUCTION** |
| AARON MICHAEL JONES, et al. | |
| Defendant. | |

Plaintiff State of Ohio, ex rel Attorney General Yost and Defendants Roy Cox Jr. and Julie Bridge ("Parties") file this Joint Motion for Entry of Stipulation and Order Regarding Document Production ("Stipulation and Order"), and in support thereof, respectfully show the Court as follows:

The Stipulation and Order, attached hereto as Exhibit A, addresses the concerns shared by the Parties as to electronically stored information and other materials that may be exchanged through discovery in this litigation. The Parties have agreed to the attached Stipulation and Order for entry by the Court. Pro se Defendant, June Batista was provided a copy of the draft Stipulation and Order and stated that she has no objection to the entry of the Order.

WHEREFORE, the moving Parties respectfully request that the Stipulation and Order attached hereto as Exhibit A be entered.

Respectfully Submitted,

**FOR THE STATE OF OHIO:**

DAVE YOST
Attorney General for the State of Ohio

*s/* Erin B. Leahy
**ERIN B. LEAHY, Trial Attorney**
Ohio Bar No. 69509
Erin.Leahy@ohioago.gov
**CHRISTOPHER J. BELMAREZ, Trial Attorney**
Ohio Bar No. 101433
Christopher.Belmarez@ohioago.gov
Assistant Attorneys General
Ohio Attorney General's Office
Consumer Protection Section
30 E. Broad Street, 14th Floor
Columbus, Ohio 43215
(614) 752-4730 (Leahy)
(614) 466-4455 (Belmarez)


**FOR THE DEFENDANTS:**
**Roy Melvin Cox, Jr.**
**Julie Ann Bridge**


s/ Justin Whittaker by s/ *Erin B. Leahy per email authorization*
**JUSTIN WHITTAKER**, Esq., Trial Attorney
OH Bar No. 93212
Whittaker Law, LLC
513.259.3758 (m) | 513.436.0689 (f) justin@whittakerlawfirm.com
1431 Walnut Street,
Cincinnati Ohio 45202

s/ M. Candice Crosby by s/ *Erin B. Leahy per email authorization*
**M. CANDICE CROSBY**, Esq.
CA 192462, Pro Hac Vice
BRYNER CROSBY, APC
24361 El Toro Road, Suite 220
Laguna Hills, California 92637
Tel: (949) 371-9056
Fax: (949) 656-7380
Candice@BrynerLaw.com

**Certificate of Service**

      Pursuant to Federal Rule of Civil Procedure 5, I hereby certify that on February 2, 2023, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel of record and via electronic mail the following:

JUNE ANN BATISTA
junesells@yahoo.com
*Defendant, Pro Se*

VINCENT A. STAFFORD
Stafford Law
VAS@Stafford-Stafford.com
*Courtesy copy on behalf of Pro Se Defendant June Batista*

                                             */s/* Erin B. Leahy
                                             ERIN B. LEAHY
                                             ASSISTANT ATTORNEY GENERAL