# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **STATE OF OHIO, ex rel.** ) | Civil Action **2:22-cv-02700** |
| **ATTORNEY GENERAL** ) | |
| **DAVE YOST** ) | Chief Judge **Algenon L. Marbley** |
| ) | Magistrate Judge **Kimberly A. Jolson** |
| Plaintiff, ) | |
| v. ) | **ORDER FINDING GOOD CAUSE AND GRANTING PLAINTIFF EXTENSION TO COMPLETE SERVICE ON ALL DOMESTIC DEFENDANTS** |
| **AARON MICHAEL JONES, et al.** ) | |
| Defendant. ) | |

This Court has read and considered Plaintiff's Motion for Extension of Time to Serve all Domestic Defendants, and the evidence presented in support of the application, and this Court finds that good cause exists for Plaintiff's failure to serve Defendants Stacey Eunjin Yim, Davis Telecom, Inc., Technologic USA, Inc., and Virtual Telecom Inc. within the time limits imposed by Fed. R. Civ. P. 4(m).

Plaintiff's Motion for an Extension of Time to Serve Defendants is hereby **GRANTED.** Plaintiff has 60 days from the entry of this Order to complete service on Defendants Stacey Eunjin Yim, Davis Telecom, Inc., Technologic USA, Inc., and Virtual Telecom Inc.

IT IS SO ORDERED.

Date: February 6, 2023

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE