**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

**State of Ohio, ex rel. Attorney General**

        Plaintiff(s),

vs.                              Case No. 2:22-cv-2700
                                     Chief Judge Marbley

**Aaron Michael Jones, et al.**          Magistrate Judge Jolson

        Defendant(s).

## CERTIFICATE OF MAILING BY CLERK

        The Clerk of the United States District Court, Southern District of Ohio, mailed a copy of the Summons and Complaint via certified mail on February 17, 2023 to the following Defendant(s):

DAVIS TELECOM, INC.
C/O JULIE KATHRYN BRIDGE
1448 N. EUCLID AVENUE
UPLAND, CA  91786-2301
70181830000027057719
TECHNOLOGIC USA, INC
C/O JULIE KATHRYN BRIDGE
1448 N. EUCLID AVENUE
UPLAND, CA  91786-2301
7018830000027057702

VIRTUAL TELECOM, INC
C/O JULIE KATHRYN BRIDGE
1448 N. EUCLID AVENUE
UPLAND, CA  91786-2301
70181830000027057733

                        **Richard W. Nagel, Clerk**

                By:    s/Jodi L. Keener       
                   Jodi L. Keener, Deputy Clerk