AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

State of Ohio, ex rel. Attorney General Dave Yost

*Plaintiff(s)*

v.

Aaron Michael Jones, et al

*Defendant(s)*

Civil Action No. 2:22-CV-2700

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Stacey E. Yim
66 Hawking
Irvine, CA 92618-1779

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Erin B. Leahy
Christopher Belmarez
Ohio Attorney General's Office
30 East Broad Street, 14th Floor
Columbus, Ohio 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Valerie Brown

*Signature of Clerk or Deputy Clerk*

Date: 08/15/2022

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-CV-2700

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Stacey E. Yim

was received by me on *(date)* 8/15/2022 .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

X❒ Other *(specify)*: Pursuant to this Court's issued Order for Publication of Summons (see Order, ECF No. 50 at PageID 608-09), and in accordance with Fed. R. Civ. P. 4(e)(1) and Cal. Code Civ. P. § 415.50, I caused publication of the Summons for Defendant Yim in the Orange County Register. See Publication Affidavit and Publications. Service of Defendant Yim by Publication was completed on 3/19/2023, 28 days after the first date of publication, pursuant to Cal. Code Civ. P. § 415.50 and Cal.Gov't Code 6064.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/5/2023

[signature]
*Server's signature*

Assistant Attorney General, Christopher J. Belmarez
*Printed name and title*

30 E. Broad St., 14th Floor, Columbus, OH 43215
*Server's address*

Additional information regarding attempted service, etc:

See attached Affidavit and Publications.

Print | Save As... | Reset

**The Orange County Register**
1920 Main St., Suite 225
Irvine, Ca 92614
714-796-7000

5285898

CHRISTOPHER J. BELMAREZ
OHIO ATTORNEY GENERAL'S OFFICE
30 EAST BROAD STREET, 14TH FLOOR
COLUMBUS, OH 43215

## PROOF OF PUBLICATION

Legal No. **0011588797**

**FILE NO. Civil Action No. 2:22-CV-2700**

## AFFIDAVIT OF PUBLICATION

STATE OF CALIFORNIA,
County of Orange } **SS.**

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of The Orange County Register, a newspaper of general circulation, published in the city of Santa Ana, County of Orange, and which newspaper has been adjudged to be a newspaper of general circulation by the Superior Court of the County of Orange, State of California, under the date of November 19, 1905, Case No. A-21046, that the notice, of which the annexed is a true printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**02/19/2023, 02/26/2023, 03/05/2023, 03/12/2023**

I certify (or declare) under the penalty of perjury under the laws of the State of California that the foregoing is true and correct:

Executed at Anaheim, Orange County, California, on Date: March 12, 2023.

Signature

## Employment

### Employment Opportunities

Inventory Acquisition Specialist for auto restoration business in Costa Mesa, CA. Requires BA in Business and relevant experience. Send resume to Carparc USA LLC 1701 Pomona Avenue, Unit B Costa Mesa, CA 92627 or email to henk.baars@carparcusa.com

LICENSED PHARMACY TECHNICIAN sought in Westminster, CA. 2 yrs. experience on job offered and license from California or any state. In lieu of 2 yrs. experience, applicants with any suitable combination of training, education and experience are acceptable, including completion of 2 yrs. professional coursework towards a Doctor of Pharmacy degree. $47,965.00 annually. Respond by mailing resume only to: N.B. Vu (A/D-#10), Unicare Pharma Inc., 14971 Brookhurst St Ste #A, Westminster, CA 92683

Market Research Analyst: Restaurant operating company in Costa Mesa, CA. High school diploma/GED and 2 yrs. of exp. as Market Research Analyst or any managerial exp. req'd. Salary $44,803/yr. Mail resume to Tenkatori USA, Inc. 1405 Marcelina Ave. #102, Torrance, CA 90501 Attn: Nakada

Mechanical Engineer (Irvine, CA) Responsible for mechanical dsgn, dvlpmt & qualification of LRUs from the standpoints of Thermal, Structural Rigidity, Acoustics, EMI, ESD, DFM, DFT to meet customer's reqmts. Masters deg in Mechanical Engg or a rltd discipline & 3 yrs of rltd exp OR IN THE ALTERNATIVE THE EMPLOYER WILL ACCEPT Bachelor's deg in Mechanical Engg or a rltd discipline followed by 5 yrs of progressive exp in the specialty field. Salary range is $116,160 to $145,000. Mail resumes to: Panasonic Avionics Corporation ATTN: E. Moore (AP) 3347 Michelson Drive Irvine, CA 92612

Middle Eastern Specialty Cook (Irvine, CA) Ensure freshness of food & ingredients. Season & cook Middle Eastern dishes according to recipes. Ensure food is stored & cooked at the correct temperature. Consult w/ supervisory staff. Clean work areas, eqpmt, utensils, & dishes. Assist other cooks during emergencies & rush periods. Order supplies, keep records & accounts, price items on the menu, & plan the menu. 40 hrs/wk. Send resume to Rashad Moumneh, General Manager, Falasophy Spectrum LLC, at rashad@falasophy.com

NURSING AIDES
Westways Staffing Services, Inc., Orange, CA. Salary $31,990/year. Will report to Orange County Global Medical Center, Santa Ana. Require 1) high school graduate, 2) completed 2-mos post HS NA training or education or equivalent (applicants who have 3 mos OT J training as NA, caregiver or nurse from med facility may apply), 3) 3 mos experience as healthcare worker at healthcare facility, clinic, or hospital -volunteer experience ok, and 4) completed BLS CPR course. Certification preferred but not required. Submit resume via email to edgar@westwaysstaffing.com. Must ref JOB# NA020723.No calls.

Ops. Mgr. Req'd: 48 mos. exp. In admin cust svcs, or as admin asst in any field. Ops Mgr at busy rsdnt'l or fclty - oversee ops planning, safety, orgnizng of svcs and custmr srvc. Job/Intrvw: Anaheim, CA. Ref: Job 2A. Ad/resume: Cruz, R., Crn Cr Hspce, 2301 W Lincln Ste 249B Anhm CA 92801

**Restaurant Manager:** Oversee customer services, food production; 1 yr. of post-secondary education; Marhi Restaurant 6436 Irvine Blvd. Irvine, CA 92620

**Senior DRE, Electrical Distribution System** sought by Karma Automotive, LLC in Irvine, CA. Bachelor's or equiv plus 5 yrs of rel exp. Telecommuting Permissible. $155k/yr. Apply: Sharon Gonzalez, Sr HR Generalist, Karma Automotive, LLC, 9950 Jeronimo Road, Irvine, CA 92618 or email careers@karmaautomotive.com.

SOFTWARE ENGINEER
Bendix Commercial Vehicle Systems LLC seeks Software Engineer 4 in Irvine, CA. Embedded software development, design, and implementation. Bach. in Electrical or Comp. Eng. or related. 8 years of exp. Domestic and int'l travel up to 4 weeks per year. May work remote 2-3 days per week. $147,500 to $151,000 per year. For full job description & apply: http://www.bendix.com/careers

**Software Engineer** Dsgn, dvlp, implmnt web app sols. **Reqs:** Bachelor's deg. in Comp Sci, Comp Eng, or rltd fld & 3 yrs exp in job offrd or rltd postn. Skills/knwldge in .NET Techn, Visual Studio, Object-Oriented Prgrmmng, TFS, JavaScript, HTML, & SQL Srvr. 40 hrs/wk. **Salary:** $102,544.00-$110,000.00/yr. **Job Site:** Irvine, CA. **Email Resume to:** Mindfire Internet Solutions at Careers@MindFireInc.com

SOFTWARE
Oracle America, Inc. has openings for Software Developer positions in Irvine, California. Job duties include: Design, develop, troubleshoot and/or test/QA software. May telecommute.

**Range and benefit information provided in this posting are specific to the stated location(s).** California Pay Range: from $130,000 to $170,000 per annum; eligible for bonus and equity.

Oracle maintains broad salary ranges to account for variations in knowledge, skills, experience, market conditions, and to reflect Oracle's differing products, industries & lines of business. Candidates typically placed into range based on preceding factors and internal peer equity. Oracle's offered benefits: 1. Medical, dental, vision insurance, including expert medical opinion; 2. Short term disability & long term disability; 3. Life insurance and AD&D; 4. Supplemental life insurance (Employee/Spouse/Child); 5. Health care and dependent care Flexible Spending Accounts; 6. Pre-tax commuter and parking; 7. 401(k) Savings & Investment Plan with company match; 8. Flexible paid time off (unlimited or accrued vacation and sick leave); 9. Paid parental leave; 10. Employee Stock Purchase Plan; 11. Adoption assistance; 12. Financial planning & group legal; 13. Voluntary benefits including auto, homeowner and pet insurance.

Apply by e-mailing resume to ankit.an.goyal@oracle.com, referencing 385.26435. Oracle supports workforce diversity.

(Sophlogic Global, LLC has multiple openings in Irvine, CA)
**Data Engineer:** Dev., implement & tune ETL processes. $116,085.00 per yr.
**Oracle EPM Software Consultant:** Design, implement & supp. of the Oracle EPM Technical functions. $116,085.00 per yr. incl exp in Oracle EPM, Essbase & Smart View. $123,198.00 per yr.
**BOTH POSITIONS:** Will work in unanticipated locations. Reqs: BS in Comp. Sci., Engr., or related & 5 yrs of prog. exp. Send resume & refer to job title to Sophlogic Global, LLC 9170 Irvine Center Drive, Suite 100, Irvine, CA 92618 or email at immigration@sophlogic.com.

Store Supv: Ops support. Supv sales & CSAs. Salary: $55952/yr. Work/Resume to: R&B Mall Svcs LLC. 2121 W Imperial Hwy, Ste E, La Habra, CA 90631.

Sun Mar Rehabilitation Services, LLC seeks Occupational Therapist (Director of Rehab) in Santa Ana, CA to provide a full range of occupational therapy services, including assessment, treatment planning and therapeutic interventions in an interdisciplinary environment consistent with the positions' qualifications, professional practices, and ethical standards. Reqs: Master's degree program, or foreign equivalent in Occupational Therapy, or a directly rel. field. Reqs. a current state of CA Occupational Therapist License, or eligible for a licensure in CA. Mail resume: Meraki Rehab Partners c/o R. Gamboa, 3050 Saturn Street, Suite 201, Brea, CA 92821.

Systems Analysis Consultant: Req. BS + 5 yrs. Interpret external or internal business opportunities & recommend process, product, or service improvements. Salary $155,000 - $211,000. WFH option available. Pacific Life Insurance Co - Newport Beach, CA. CV to Employment@Pacificlife.com. Must include job title & req #R7171 to be considered. F/T. No calls/agents. No visa sponsorship.

IF YOU'RE BUYING OR SELLING A CAR IN ORANGE COUNTY, CLICK HERE
OCREGISTER.COM/ CARS
All the Local Dealer Specials
Latest Consumer Reports Reviews
OCREGISTER.COM/CARS
OC's Foremost Automotive Expert

BEST DELIVERY IN THE GAME!
Complete Angels + Dodgers team coverage in Sports

BEST DELIVERY IN THE GAME!
Turn to the Sports section for outstanding coverage of the Dodgers, Angels and ALL local baseball action.
To subscribe, call 1.877.450.5772

STAY CONNECTED WITH OUR EMAIL NEWSLETTERS!
scng.com/newsletters
No cost or obligation, unsubscribe at any time.
SOUTHERN CALIFORNIA NEWS GROUP

## Legal Notice

### FICTITIOUS BUSINESS NAME STATEMENT
**20236656155**

The following person(s) is (are) doing business as:
**RELIANT TRANSACTION COORDINATION**
**22327 VISTA VERDE DR**
**LAKE FOREST, CA, 92630**
Full Name of Registrant(s)
1) MICHAEL CHIH-JUNG CHEN
22327 VISTA VERDE DR
LAKE FOREST, CA 92630
This business is conducted by
An Individual
The registrant commenced to transact business under the fictitious business name or names listed above on: 02/15/2023
/s/ MICHAEL CHEN
This statement was filed with the County Clerk of Orange County on February 16th, 2023.
**The Orange County Register**
**Published: 2/19, 2/26, 3/5, 3/12/23**

### FICTITIOUS BUSINESS NAME STATEMENT
**20236656182**

The following person(s) is (are) doing business as:
**WILLIAMS LANDSCAPE CONSTRUCTION**
**1407 N. BATAVIA STREET #107**
**ORANGE, CA 92867-9268**
Full Name of Registrant(s)
1) JULIA D. WILLIAMS
141 N. CITRUS STREET
ORANGE, CA 92868
This business is conducted by
An Individual
The registrant commenced to transact business under the fictitious business name or names listed above on: N/A ,
/s/ JULIA WILLIAMS
This statement was filed with the County Clerk of Orange County on February 17th, 2023.
**The Orange County Register**
**Published: 2/19, 2/26, 3/5, 3/12/23**

### FICTITIOUS BUSINESS NAME STATEMENT
**20236655542**

The following person(s) is (are) doing business as:
**I-MAGINETHAT**
**9861 SILVRETTA DRIVE**
**CYPRESS, CA 90630**
Full Name of Registrant(s)
1) OWEN SMITH
9861 SILVRETTA DRIVE
CYPRESS, CA 90630
2) ROBERT SMITH
9861 SILVRETTA DRIVE
CYPRESS, CA 90630
This business is conducted by
Copartners
The registrant commenced to transact business under the fictitious business name or names listed above on: February 1st, 2023
/s/ OWEN SMITH / ROBERT SMITH
OWEN SMITH - MANAGER
This statement was filed with the County Clerk of Orange County on February 9th, 2023.
**The Orange County Register**
**Published: 2/19, 2/26, 3/5, 3/12/23**

### FICTITIOUS BUSINESS NAME STATEMENT
**20236656145**

The following person(s) is (are) doing business as:
**A.) ADVANCE BUSINESS GROUPS INC**
**B.) ADVANCE WHOLESALE OUTLET**
**2321 W WHITTIER BLVD**
**LA HABRA CA 90631-9063**
Full Name of Registrant(s)
ADVANCE BUSINESS GROUPS INC
2321 W WHITTIER BLVD
LA HABRA CA 90631-9063
This business is conducted by
A CA Corporation
The registrant commenced to transact business under the fictitious business name or names listed above on: N/A ,
Advance Business Groups Inc
/s/ SHAKUR AZIZI
PRESIDENT
This statement was filed with the County Clerk of Orange County on February 16, 2023.
**The Orange County Register**
**Published: 2/19, 2/26, 3/5, 3/12/23**

### UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

State of Ohio, ex rel. Attorney General Dave Yost )
Plaintiff(s) )
v. ) Civil Action No. 2:22-CV-2700
Aaron Michael Jones, et al )
Defendant(s) )

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address) **Stacey E. Yim**
**66 Hawking**
**Irvine, CA 92618-1779**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: **Erin B. Leahy**
**Christopher Belmarez**
**Ohio Attorney General's Office**
**30 East Broad Street, 14th Floor**
**Columbus, Ohio 43215**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/15/2022 — Valerie Brown
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO

### SUMMONS
### (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDO):**
SUSAN OLSON, an individual; AND DOES 1 TO 10, INCLUSIVE

**YOU ARE BEING SUED BY:**
**(LO ESTA DEMANDANDO EL DEMANDANTE):**
VAOC NEWPORT PLAZA, LP dba ATRIA NEWPORT PLAZA dba ATRIA SENIOR LIVING GROUP, INC

You have **30 CALENDAR DAYS** after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The Court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case. **AVISO!** Lo han demandado. Si no responde dentro de 30 dias, la corte puede decidir en su contra sin escuchar su version. Lea la informacion a continuacion.
Tiene **30 DIAS DE CALENDARIO** despues de que le entreguen esta citacion y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefonica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y mas informacion en el Centro de Ayuda de las Cortes de California **(www.sucorte.ca.gov)**, en la biblioteca de leyes de su condado o en la corte que le quede mas cerca. Si no pueda pagar la cuota de presentacion, pida al secretario de la corte que le de un formulario de exencion de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podra quitar su sueldo, dinero y bienes sin mas advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remision a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, **(www.lawhelpcalifornia.org)**, en el Centro de Ayuda de las Cortes del California, **(www.sucorte.cagov)** o poniendose en contacto con la corte o el colegio de abogados locales. **AVISO:** Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperacion de $10,000 o mas de valor recibida mediante un acuerdo o una concesion de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
(El nombre y direccion de la corte es):
**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
**CENTRAL JUSTICE CENTER - CIVIL DIVISION**
**700 CIVIC CENTER DRIVE WEST**
**SANTA ANA, CA 92702-4045**
SHORT NAME OF CASE (from Complaint)
(Nobre de Caso):
NEWPORT PLAZA, LP v OLSON, SUSAN
**CASE NUMBER: (Numero del Caso):**
**30-2021-01238311-CL-CL-CJC**
The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: (El nombre, la direccion y el numero de telefono del abogado del demandante, o del demandante que no tiene abogado, es):
**RON CHOW #241946, GARDENER, RIECHMANN & CHOW**
**438 E. KATELLA AVE., #202, ORANGE, California 92867 (714) 972-8989**
DATE: (Fecha) 12/28/2021
David H. Yamasaki, Clerk of the Court Clerk, by (Secretario) Briana Jurado, Deputy (Adjunto)
**The Orange County Register**
**Published: 2/12, 2/19, 2/26, 3/5/23**

### SUMMONS
### (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDO):**
JAMIL MADI; AMAL BENHAIMOUD ; and DOES 1 through 20, Inclusive
**YOU ARE BEING SUED BY:**
SAN RITA RIDGE ASSOCIATION, a California nonprofit mutual benefit corporation
**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.
You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The Court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case. **AVISO!** Lo han demandado. Si no responde dentro de 30 dias, la corte puede decidir en su contra sin escuchar su version. Lea la informacion a continuacion.
Tiene 30 DIAS DE CALENDARIO despues de que le entreguen esta citacion y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefonica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y mas informacion en el Centro de Ayuda de las Cortes de California **(www.sucorte.ca.gov)**, en la biblioteca de leyes de su condado o en la corte que le quede mas cerca. Si no pueda pagar la cuota de presentacion, pida al secretario de la corte que le de un formulario de exencion de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podra quitar su sueldo, dinero y bienes sin mas advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remision a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, **(www.lawhelpcalifornia.org)**, en el Centro de Ayuda de las Cortes del California, **(www.sucorte.cagov)** o poniendose en contacto con la corte o el colegio de abogados locales. **AVISO:** Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperacion de $10,000 o mas de valor recibida mediante un acuerdo o una concesion de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.
The name and address of the court is:
(El nombre y direccion de la corte es):
Orange County Superior Court

700 West Civic Center Drive

Santa Ana, CA 92701
CASE NUMBER: (Numero del Caso):
30-2022-01243612-CL-OR-CJC
The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: (El nombre, la direccion y el numero de telefono del abogado del demandante, o del demandante que no tiene abogado, es):
Erin A. Maloney (949)379-2229

Fiore, Racobs & Powers

6440 Oak Canyon, Suite 250, Irvine, CA 92618
DATE: (Fecha) Feb 02 2022
DAVID H. YAMASAKI, Clerk of the Court By (Secretario) Katie Trent, Deputy (Adjunto)

**The Orange County Register**
**Published: 2/19, 2/26, 3/5, 3/12/23**

BEST DELIVERY IN THE GAME!
To subscribe, call 1.877.450.5772

### NOTICE CALLING FOR BIDS

**DISTRICT: Laguna Beach Unified School District**

**PROJECT: Transportation Services Bid No. 2023_1**

**BID DEADLINE: Two o'clock (2:00 p.m.) on the 30th day of March, 2023**

**PLACE OF BID RECIEPT: Laguna Beach Unified School District, Business Services Office, 550 Blumont Street, Laguna Beach, CA 92651**

**CONTACT: Facilities Department- Ryan Zajda, rzajda@lbusd.org (949) 497-7700 Ext. 5213**

NOTICE IS HEREBY GIVEN that the Laguna Beach Unified School District of Orange County, California, acting by and through its Governing Board, hereinafter referred to as "DISTRICT," will receive up to, but not later than, the above-stated bid deadline, sealed bids at the place identified above for the award of a contract for the above Services.

It is each bidder's sole responsibility to ensure its bid is timely delivered and received at the location designated as specified above. Any bid received at the designated location after the scheduled closing time for receipt of bids shall be returned to the bidder unopened.

NOTE: ALL BIDS MUST BE HAND DELIVERED ON THE DATE OF THE BID OPENING. NO BIDS MAY BE DELIVERED TO THE BID LOCATION PRIOR TO 7:30 A.M. ON THE BID OPENING DATE.

If any bidder is in doubt as to the true meaning of any part of the Bid Documents, finds discrepancies in or omissions from the Bid Documents, or requests a clarification, they must submit a request via email to the above listed contact **on or before March 17th, 2023 by 5:00 p.m.** No requests shall be considered after this time.

OBTAINING BID SETS / DOCUMENTS: Bidders may obtain bid documents beginning on February 13, 2023 at 8:00 a.m., from **Crisp Imaging**, 3180 Pullman Street, Costa Mesa, CA 92626. Contact: Planwell Manager at **planwell@crispimg.com** or **(866) 522-8475**. Bid documents will be available Monday through Friday, 7:00 a.m. to 7:00 p.m.

**Option 1:** View from Crisp Imaging's Planwell site by following these directions: Access the site by going to Internet Explorer to connect to https://order.planwell.com/PWELL_Main.asp?mem=1027. Click on Public Plan room,
then search in the Find Field by "LAGBUSD," then select "Transportation Services Bid No. 2023_1" project.

**Option 2:** Purchase CD (Compact Disc) or paper bid documents by either emailing or calling Crisp Imaging with above listed info and referencing LAGBUSD "Transportation Services Bid No. 2023_1" project.

In accordance with the provisions of Business and Professions Code Section 7028.15 and Public Contract Code Section 3300, the DISTRICT requires that the bidders, their employees, and agents shall secure and maintain valid permits and licenses that are required by all local, county, state, and federal laws for the execution of this contract. Bidders shall meet all requirements of the U.S. Department of Transportation, California Department of Transportation, the California Department of Education, the California Public Utilities Commission, California Department of Motor Vehicles, California Highway Patrol, including but not limited to Driver Training Procedures, Driver Records, Vehicle Maintenance Procedures, vehicle maintenance records, accident reports, and any other law, rule, regulation, or procedure pertaining to the transportation of children/students.

Multiple service contracts are included within the Bid Documents. Bidders are to utilize the Bid Form that corresponds with the Bid Package in which a bid is submitted for and bidders are to list the Bid Package number on the outside of their sealed bid envelop. Bid Packages for services included within this bid are as follows:

Bid Package #1 / School Transportation Services

Bid Package #2 / Individualized Transportation Services

**Time is of the essence.** Each bid shall be accompanied by a bid security in the form of cash, a certified or cashier's check or bid bond in an amount not-less-than ten percent (10%) of the total bid price, payable to the DISTRICT.

The DISTRICT reserves the right to reject any or all bids or to waive any irregularities or informalities in any bids or in the bidding process.

No bidder may withdraw any bid for a period of sixty (60) calendar days after the date set for the opening of bids. Laguna Beach Unified School District Governing Board

By: Ryan Zajda, Director of Facilities

Advertise:
February 12, 2023
February 19, 2023
**The Orange County Register**
**Published: 2/12, 2/19/23**

BEST DELIVERY IN THE GAME!
To subscribe, call
1.877.450.5772

# Employment

## Employment Opportunities

Quantitative Research Analyst (Pacific Investment Management Company LLC (PIMCO) – Newport Beach, CA); Mult. pos. avail. Offer'd salary range of $100,000 - $120,000. Design, code, & improve the suite of client analytics models & applicat'ns, cover'g risk factor based portfolio analysis & hedg'g tool, the advanced retirement engine, & the long term visualizat'n & simulat'n tool. Research state of arts methods & perform quantitative analysis for multi assets' pricing, portfolio optimizat'n, & trading signals. F/T. Apply w/ resume to lupe.rubalcaba@pimco.com. Ref. JobID: 6870268.

Scientist
Fast Ion Physicist sought by TAE Technologies, Inc. In Foothill Ranch, CA. Ph.D. or equiv + 2 yrs of rel exp. $107,900/yr. Apply: Susan Larrañaga, Sr. HR Manager, TAE Technologies, Inc., 19631 Pauling, Foothill Ranch, CA, 92610 or e-mail Slarranaga@tae.com

**Software Engineer** Dsgn, dvlp, implmnt web app sols. **Reqs:** Bachelor's deg. in Comp Sci, Comp Eng, or rltd fld & 3 yrs exp in job offrd or rltd postn. Skills/knwldge in .NET Techn, Visual Studio, Object-Oriented Prgrmmng, TFS, JavaScript, HTML, & SQL Srvr. 40 hrs/wk. **Salary:** $102,544.00-$110,000.00/yr. **Job Site:** Irvine, CA. **Email Resume to:** Mindfire Internet Solutions at Careers@MindFireInc.com

SOFTWARE
Oracle America, Inc. has openings for Software Developer positions in Irvine, California. Job duties include: Design, develop, troubleshoot and/or test/QA software. May telecommute.

**Range and benefit information provided in this posting are specific to the stated location(s).** California Pay Range: from $130,000 to $170,000 per annum; eligible for bonus and equity.

Oracle maintains broad salary ranges to account for variations in knowledge, skills, experience, market conditions, and to reflect Oracle's differing products, industries & lines of business. Candidates typically placed into range based on preceding factors and internal peer equity. Oracle's offered benefits: 1. Medical, dental, vision insurance, including expert medical opinion; 2. Short term disability & long term disability; 3. Life insurance and AD&D; 4. Supplemental life insurance (Employee/Spouse/Child); 5. Health care and dependent care Flexible Spending Accounts; 6. Pre-tax commuter and parking; 7. 401(k) Savings & Investment Plan with company match; 8. Flexible paid time off (unlimited or accrued vacation and sick leave); 9. Paid parental leave; 10. Employee Stock Purchase Plan; 11. Adoption assistance; 12. Financial planning & and group legal; 13. Voluntary benefits including auto, homeowner and pet insurance.

Apply by e-mailing resume to ankit.an.goyal@oracle.com, referencing 385.26435. Oracle supports workforce diversity.

Speech-Language Pathologist;
Master's in Speech Therapy, CA License. Resume to HR, interface rehab, inc., 774 S. Placentia Ave., #200, Placentia, CA 92870

**Sr. Interconnection Planning Engineer**
Complete interconnection applications & supporting doc for company projects in various RTOs & vertically integrated markets; routinely perform power flow studies to assess electric interconnection viability, etc.
MS in Electrical Engineering; must have 5 + yrs of exp. as Generation Interconnection Engineer or Transmission Planning Engineer; must have taken "Power Energy Operations/Planning" & "Renewable Electric Energy System" courses.
**Apply to:** Hanwha Q CELLS USA Corp. Attn: Vivian Nguyen, 300 Spectrum Center Dr. #1250, Irvine, CA 92618

Store Supv: Ops support. Supv sales & CSAs. Salary: $55952/yr. Work/Resume to: R&B Mail Svcs LLC, 2121 W Imperial Hwy, Ste E, La Habra, CA 90631.

## Legal Notice

**FICTITIOUS BUSINESS NAME STATEMENT**
**20236654290**
The following person(s) is (are) doing business as:
**JISLAS THERAPY**
**1151 DOVE ST., #140**
**NEWPORT BEACH, CA 92660**
Full Name of Registrant(s)
1) JACQUELINE ISLAS
513 SANTA MARIA
IRVINE, CA 92606
This business is conducted by
An Individual
The registrant commenced to transact business under the fictitious business name or names listed above on: February 18th, 2018
/s/ JACQUELINE ISLAS
This statement was filed with the County Clerk of Orange County on January 26th, 2023.
**The Orange County Register**
**Published: 2/5, 2/12, 2/19, 2/26/23**

Our Celebrations.

Did you know that Orange County's special events and celebrations attract millions of visitors each year? From parades and street fairs to international art festivals, the OC is a metropolitan mecca of festivities and fun and nobody covers it like we do. In print, online and mobile, we bring out the best in our community and we've always got something to celebrate!

THE ORANGE COUNTY REGISTER

Nobody Beats Our Coverage.

ocregister.com/subscribe

## Legal Notice

**UNITED STATES DISTRICT COURT**
for the
Southern District of Ohio

State of Ohio, ex rel. Attorney General Dave Yost )
Plaintiff(s) )
V. ) Civil Action No. 2:22-CV-2700
Aaron Michael Jones, et al )
Defendant(s) )

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address) **Stacey E. Yim**
**66 Hawking**
**Irvine, CA 92618-1779**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: **Erin B. Leahy**
**Christopher Belmarez**
**Ohio Attorney General's Office**
**30 East Broad Street, 14th Floor**
**Columbus, Ohio 43215**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/15/2022

Signature of Clerk or Deputy Clerk

**NOTICE CALLING FOR BIDS**

**DISTRICT: IRVINE UNIFIED SCHOOL DISTRICT**

**PROJECT: MEASURE E SERIES 3 – EXPANSION PROJECTS AT GREENTREE ES & SANTIAGO HILLS ES (Project #100E028-21-022)**

NOTICE IS HEREBY GIVEN that the Irvine Unified School District of Orange County, California, acting by and through its Governing Board, hereinafter referred to as "DISTRICT," has determined that all bidders for the Measure E Series 3– Expansion Project at Greentree ES & Santiago Hills ES ("Project") must be prequalified in accordance with Public Contract Code section 20111.6 prior to submitting a bid on the Project. Any contractor that has not prequalified* on a DISTRICT project in accordance with Public Contract Code section 20111.6 within the past twelve (12) months and is interested in bidding on the project, must submit a Prequalification Questionnaire Package online to PQBids at https://pqbids.com/irvine-usd/ by the date and time indicated herein.

PREQUALIFICATION QUESTIONNAIRE PACKAGE DEADLINE: **5:00 p.m. of the 29th day of March 2023***

*Any contractor that has prequalified with the District in accordance with Public Contract Code section 20111.6 within the past twelve (12) months may satisfy the prequalification requirements for this project if its earlier Prequalification Questionnaire package was approved for the same or appropriate license requirement, and the contractor's total base bid and alternates amount for this Project does not exceed their prequalified bid amount which is equal to fifty percent (50%) of the contractors bonding capacity. Otherwise, the contractor must submit a fully completed and sealed Prequalification Questionnaire Package to the DISTRICT to be eligible for prequalification for this project. Bidders are solely responsible to verify with the DISTRICT whether they are properly prequalified to submit a bid for this Project.

Since this Project includes work that will be performed by mechanical, electrical, or plumbing ("MEP") contractors (contractors that require C-4, C-7, C-10, C-16, C-20, C-34, C-36, C-38, C-42, C-43 or C-46 licenses), such MEP subcontractors must also be prequalified. A list of prequalified MEP subcontractors will be made available by the DISTRICT to all bidders at least five business days prior to the bid opening date.

**A Contractor's bid for the Measure E Series 3 – Expansion Projects at Greentree ES & Santiago Hills ES Project WILL NOT be accepted unless the Contractor is properly prequalified.**

**BID DEADLINE: 2:00 p.m. of the 13th day of April 2023**

**NOTE: ALL BIDS MUST BE HAND DELIVERED ON THE DATE OF THE BID OPENING. NO BIDS WILL BE DELIVERED TO THE BID LOCATION PRIOR TO 7:00 A.M. ON THE BID OPENING DATE.**

PLACE OF BID RECEIPT: Irvine Unified School District
Creekside Education Center – Room 2
3387 Barranca Parkway
Irvine, CA 92606

CONTACT: Construction Manager
Balfour Beatty, LLC.
1501 Quail Street, Suite 130
Newport Beach, CA 92660
Trevor Perry
(714) 334-6231
TPerry@BalfourBeattyUS.com

**The DISTRICT will conduct one (1) non-mandatory informational job walk and conference on March 8, 2023 for both sites. Meet at the flagpole at GREENTREE ELEMENTARY SCHOOL, 4200 Manzanita Street, Irvine, CA 92604 at 1:30 PM. Meet at the flagpole at SANTIAGO HILLS ELEMENTARY SCHOOL, 29 Christamon W, Irvine, CA 29620 at 2:45 PM.**

**If any bidder is in doubt as to the true meaning of any part of the Project Documents, finds discrepancies in or omissions from the Project Documents, or requests a substitution for materials and equipment as outlined in the specifications, they must submit a written request for an interpretation or correction to Balfour Beatty, LLC. on or before MARCH 30, 2023 by 5:00 PM. No requests shall be considered after this time.**

BID AND CONTRACT DOCUMENTS: The full notice inviting Bids, Bid documents and contract documents may be viewed and ordered through Crisp Imaging Planwell Service online by clicking on 'PUBLIC PLANROOM' at www.crispimg.com . Bid documents will be available at Crisp Imaging for viewing after: **2:00 PM on Tuesday, March 07, 2023.**

To view the project online by following these directions: Access the site by using your web browser to connect to www.crispimg.com . Click on Planwell, then on the next page click on Public Plan room, then search in the Find Field by **Project #100E028-21-022** or **IUSD Measure E Series 3 - Expansion Projects at Greentree ES & Santiago Hills ES.**

In accordance with the provisions of Business and Professions Code Section 7028.15 and Public Contract Code Section 3300, the DISTRICT requires that the bidder possess the following minimum classification(s) of contractor's license(s) at the time the bid is submitted and any bidder not so licensed at the time of the bid opening will be rejected as nonresponsive:

| Bid Pkg # | CSI # | General Description | Required License(s) |
|---|---|---|---|
| 01 | 02.40 | Demolition & Grading | C-21 & C-22 |
| 02 | 03.30 | Concrete & Asphalt | A, B or C-8, C-12, C-50 |
| 03 | 05.00 | Structural & Misc. Steel | C-51 |
| 04 | 06.10 | Rough Carpentry | B or C-5 |
| 05 | 07.50 | Roofing & Sheet Metal | C-39 or C-43 |
| 06 | 08.10 | Doors, Frames & Hardware | C-28 or C-61/D-28 |
| 07 | 08.40 | Glass & Glazing | C-17 |
| 08 | 09.29 | Drywall, Metal Stud Framing & Plaster | B or C-9 & C-35 |
| 09 | 09.30 | Flooring & Tile | C-15 &/or C-54 |
| 10 | 09.90 | Painting | C-33 |
| 11 | 10.00 | Miscellaneous Specialties | B |
| 12 | 22.00 | Plumbing & Site Utilities | C-36 & C-16 |
| 13 | 23.00 | HVAC | C-20 |
| 14 | 26.00 | Electrical, Communications, Electronic Safety & Security | C-10 |
| 15 | 32.80 | Landscape & Irrigation | C-27 |

**Time is of the essence.** Each bid shall be accompanied by a bid security in the form of cash, a certified or cashier's check or bid bond in an amount not-less-than ten percent (10%) of the total bid price, payable to the DISTRICT.

The DISTRICT reserves the right to reject any or all bids or to waive any irregularities or informalities in any bids or in the bidding process.

ALL CONTRACTORS and subcontractors must be registered with the DIR to submit a bid proposal for a public works project pursuant to Labor Code section 1725.5.

As required by Section 1773 of the California Labor Code, the California Department of Industrial Relations has determined the general prevailing rates of per diem wages for the locality in which the work is to be performed for the Project. Copies of these wage rate determinations, entitled Prevailing Wage Scale, are available at the following website: www.dir.ca.gov. It shall be mandatory upon the successful bidder to whom the contract is awarded, and upon any subcontractor listed, to pay not less than the specified rates to all workers employed by them for the Project.

The successful bidder and any listed subcontractor(s) of this Project are subject to the oversight, monitoring and enforcement of prevailing wage requirements by the Department of Industrial Relations, Division of Labor Standards Enforcement, and will be required to submit certified payroll records to the Labor Commissioner.

No bidder may withdraw any bid for a period of sixty (60) calendar days after the date set for the opening of bids.

Pursuant to Public Contract Code Section 22300, the Agreement will contain provisions permitting the successful bidder to substitute securities for any monies withheld by the DISTRICT to ensure performance under the Agreement or permitting payment of retentions earned directly into escrow.

Bidders must meet the specified requirements regarding Disabled Veteran Business Enterprise ("DVBE") Programs. DVBE forms and requirements are included in the bid documents.

Irvine Unified School District
Governing Board

By: Joe Chapin
Director of Construction

**The Orange County Register**
**Published: 2/26, 3/5/23**

Nobody Beats Our Coverage.

THE ORANGE COUNTY REGISTER

## Legal Notice

**Order To Show Cause For Change of Name**
**Case No. 30-2023-01307754**
To All Interested Persons: **Daniel James McKay**, filed a petition with this court for a decree changing names as follows:
**PRESENT NAME**
Daniel James McKay
**PROPOSED NAME**
Daniel James Rios
The Court Orders that all persons interested in this matter shall appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.
**Notice of Hearing**
**Date:** 04/18/2023 **Time:** 8:30am **Dept.** D100. **Remote Hearing.** (Go to the Courts website at www.occourts.org for remote hearing instructions.)
The address of the court is **Central Justice Center 700 Civic Center Drive West Santa Ana, CA 92701.**
A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county:
Date: Feb. 17, 2023
Judge WALTER P. SCHWARM, Judge of the Superior Court

BSC 222920

Notice of Sale of Real Property at Private Sale

**Case# 30-2022-01269238-PR-LA-CJC**

In the Superior Court of California, for the County of Orange

In the matter of the Estate of Kiana Marie Nguyen, aka Kiana M. Nguyen, aka Kiana Nguyen, deceased.

Notice is hereby given that the undersigned will sell at Private sale to the highest and best bidder, subject to confirmation of said Superior Court, on or after the 8TH day of March, 2023 at the office of Max Alavi, Attorney at Law, APC, 2424 S.E. Bristol Street, Suite 300, Newport Beach, California 92660 all the right, title and interest of said deceased at the time of death and all the right, title and interest the estate has acquired in addition to that of said in and to all the certain real property situated in the city of Costa Mesa County of Orange, State of California, particularly described as follows: THE LAND REFERRED TO HEREIN IS SITUATED IN THE COUNTY OF ORANGE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS: A CONDOMINIUM COMPRISED OF: PARCEL 1: AN UNDIVIDED ONE-TENTH (1/10TH) INTEREST IN AND TO LOT 1 OF TRACT NO. 11295, IN THE CITY OF COSTA MESA, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 484, PAGE(S} 7 AND 8 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. EXCEPT UNITS 1 THROUGH 10 INCLUSIVE AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN RECORDED SEPTEMBER 1, 1981 IN BOOK 14204, PAGE 1170 OF OFFICIAL RECORDS OF SAID COUNTY. EXCEPT THEREFROM THE MINERALS, OIL, GAS, AND OTHER HYDROCARBON SUBSTANCES LYING BELOW THE SURFACE OF SAID LAND. PARCEL 2: UNIT 7 AS SHOWN AND DEFINED ON SAID ABOVE MENTIONED CONDOMINIUM PLAN.

**APN# 939-17-007**

More commonly known as: 1955 Anaheim Avenue, #C1, Costa Mesa, CA 92627

Terms of the sale are cash in lawful money of the United States on confirmation of sale, or part cash and balance upon such terms and conditions as are acceptable to the personal representative. 5% of amount bid to be deposited with bid. Bids or offers to be in writing and will be received at the aforesaid office at any time after the first publication hereof and before date of sale.

Dated: February 21, 2023

Chau M. Nguyen, Personal Representative of the Estate

Attorney(s) at Law: Max M. Alavi, Esq.; Justin M. Kincheloe, Esq., Max Alavi, Attorney at Law, APC, 2424 S.E. Bristol Street, Suite 300, Newport Beach, California 92660 Telephone: 949-706-1919 Facsimile: 949-734-6320

Published OC Register feb. 26, March 4, 5, 2023
11587968

**SUMMONS**
**(CITACION JUDICIAL)**
**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDO):**
COLIN SMITH and 1 to 20, inclusive.
**YOU ARE BEING SUED BY:**
GYEONG YOOL LEE and MEE YOUNG LEE
**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below. You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The Court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case. **AVISO!** Lo han demandado. Si no responde dentro de 30 dias, la corte puede decidir en su contra sin escuchar su version. Lea la informacion a continuacion.
Tiene 30 DIAS DE CALENDARIO despues de que le entreguen esta citacion y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefonica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y mas informacion en el Centro de Ayuda de las Cortes de California **(www.sucorte.ca.gov)**, en la biblioteca de leyes de su condado o en la corte que le quede mas cerca. Si no pueda pagar la cuota de presentacion, pida al secretario de la corte que le de un formulario de exencion de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podra quitar su sueldo, dinero y bienes sin mas advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remision a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, **(www.lawhelpcalifornia.org)**, en el Centro de Ayuda de las Cortes del California, **(www.sucorte.cagov)** o poniendose en contacto con la corte o el colegio de abogados locales. **AVISO:** Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperacion de $10,000 o mas de valor recibida mediante un acuerdo o una concesion de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.
The name and address of the court is:
(El nombre y direccion de la corte es):
700 Civic Center Drive West
Santa Ana, CA 92701
CASE NUMBER: (Numero del Caso):
30-2022-01266765-CU-PA-CJC
The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: (El nombre, la direccion y el numero de telefono del abogado del demandante, o del demandante que no tiene abogado, es):
Duncan D. Lee No. 119959
Duncan David Lee, P.C.
3660 Wilshire Blvd., Suite 724, Los Angeles, California 90010
213-480-4804.
DATE: (Fecha) Jun 24 2022
DAVID H. YAMASAKI, Clerk of the Court By (Secretario) K. Trent, Deputy (Adjunto)

**The Orange County Register**
**Published: 2/19, 2/26, 3/5, 3/12/23**

**UNITED STATES DISTRICT COURT**
for the
Southern District of Ohio

State of Ohio, ex rel. Attorney General Dave Yost )
Plaintiff(s) )
V. ) Civil Action No. 2:22-CV-2700
Aaron Michael Jones, et al )
Defendant(s) )

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address) **Stacey E. Yim**
**66 Hawking**
**Irvine, CA 92618-1779**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: **Erin B. Leahy**
**Christopher Belmarez**
**Ohio Attorney General's Office**
**30 East Broad Street, 14th Floor**
**Columbus, Ohio 43215**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Valeri Brown
*Signature of Clerk or Deputy*

Date: 08/15/2022

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO

**NOTICE CALLING FOR BIDS**

**DISTRICT: IRVINE UNIFIED SCHOOL DISTRICT**

**PROJECT: MEASURE E SERIES 3 – EXPANSION PROJECTS AT GREENTREE ES & SANTIAGO HILLS ES (Project #100E028-21-022)**

NOTICE IS HEREBY GIVEN that the Irvine Unified School District of Orange County, California, acting by and through its Governing Board, hereinafter referred to as "DISTRICT," has determined that all bidders for the Measure E Series 3– Expansion Project at Greentree ES & Santiago Hills ES ("Project") must be prequalified in accordance with Public Contract Code section 20111.6 prior to submitting a bid on the Project. Any contractor that has not prequalified* on a DISTRICT project in accordance with Public Contract Code section 20111.6 within the past twelve (12) months and is interested in bidding on the project, must submit a Prequalification Questionnaire Package online to PQBids at https://pqbids.com/irvine-usd/ by the date and time indicated herein.

PREQUALIFICATION QUESTIONNAIRE PACKAGE DEADLINE: **5:00 p.m. of the 29th day of March 2023***

*Any contractor that has prequalified with the District in accordance with Public Contract Code section 20111.6 within the past twelve (12) months may satisfy the prequalification requirements for this project if its earlier Prequalification Questionnaire package was approved for the same or appropriate license requirement, and the contractor's total base bid and alternates amount for this Project does not exceed their prequalified bid amount which is equal to fifty percent (50%) of the contractors bonding capacity. Otherwise, the contractor must submit a fully completed and sealed Prequalification Questionnaire Package to the DISTRICT to be eligible for prequalification for this project. Bidders are solely responsible to verify with the DISTRICT whether they are properly prequalified to submit a bid for this Project.

Since this Project includes work that will be performed by mechanical, electrical, or plumbing ("MEP") contractors (contractors that require C-4, C-7, C-10, C-16, C-20, C-34, C-36, C-38, C-42, C-43 or C-46 licenses), such MEP subcontractors must also be prequalified. A list of prequalified MEP subcontractors will be made available by the DISTRICT to all bidders at least five business days prior to the bid opening date.

**A Contractor's bid for the Measure E Series 3 – Expansion Projects at Greentree ES & Santiago Hills ES Project WILL NOT be accepted unless the Contractor is properly prequalified.**

**BID DEADLINE: 2:00 p.m. of the 13th day of April 2023**

**NOTE: ALL BIDS MUST BE HAND DELIVERED ON THE DATE OF THE BID OPENING. NO BIDS WILL BE DELIVERED TO THE BID LOCATION PRIOR TO 7:00 A.M. ON THE BID OPENING DATE.**

PLACE OF BID RECEIPT: Irvine Unified School District
Creekside Education Center – Room 2
3387 Barranca Parkway
Irvine, CA 92606

CONTACT: Construction Manager
Balfour Beatty, LLC.
1501 Quail Street, Suite 130
Newport Beach, CA 92660
Trevor Perry
(714) 334-6231
TPerry@BalfourBeattyUS.com

**The DISTRICT will conduct one (1) non-mandatory informational job walk and conference on March 8, 2023 for both sites. Meet at the flagpole at GREENTREE ELEMENTARY SCHOOL, 4200 Manzanita Street, Irvine, CA 92604 at 1:30 PM. Meet at the flagpole at SANTIAGO HILLS ELEMENTARY SCHOOL, 29 Christamon W, Irvine, CA 29620 at 2:45 PM.**

**If any bidder is in doubt as to the true meaning of any part of the Project Documents, finds discrepancies in or omissions from the Project Documents, or requests a substitution for materials and equipment as outlined in the specifications, they must submit a written request for an interpretation or correction to Balfour Beatty, LLC. on or before MARCH 30, 2023 by 5:00 PM. No requests shall be considered after this time.**

BID AND CONTRACT DOCUMENTS: The full notice inviting Bids, Bid documents and contract documents may be viewed and ordered through Crisp Imaging Planwell Service online by clicking on 'PUBLIC PLANROOM' at www.crispimg.com . Bid documents will be available at Crisp Imaging for viewing after: **2:00 PM on Tuesday, March 07, 2023.**

To view the project online by following these directions: Access the site by using your web browser to connect to www.crispimg.com . Click on Planwell, then on the next page click on Public Plan room, then search in the Find Field by **Project #100E028-21-022** or **IUSD Measure E Series 3 - Expansion Projects at Greentree ES & Santiago Hills ES.**

In accordance with the provisions of Business and Professions Code Section 7028.15 and Public Contract Code Section 3300, the DISTRICT requires that the bidder possess the following minimum classification(s) of contractor's license(s) at the time the bid is submitted and any bidder not so licensed at the time of the bid opening will be rejected as nonresponsive:

| Bid Pkg # | CSI # | General Description | Required License(s) |
|---|---|---|---|
| 01 | 02.40 | Demolition & Grading | C-21 & C-22 |
| 02 | 03.30 | Concrete & Asphalt | A, B or C-8, C-12, C-50 |
| 03 | 05.00 | Structural & Misc. Steel | C-51 |
| 04 | 06.10 | Rough Carpentry | B or C-5 |
| 05 | 07.50 | Roofing & Sheet Metal | C-39 or C-43 |
| 06 | 08.10 | Doors, Frames & Hardware | C-28 or C-61/D-28 |
| 07 | 08.40 | Glass & Glazing | C-17 |
| 08 | 09.29 | Drywall, Metal Stud Framing & Plaster | B or C-9 & C-35 |
| 09 | 09.30 | Flooring & Tile | C-15 &/or C-54 |
| 10 | 09.90 | Painting | C-33 |
| 11 | 10.00 | Miscellaneous Specialties | B |
| 12 | 22.00 | Plumbing & Site Utilities | C-36 & C-16 |
| 13 | 23.00 | HVAC | C-20 |
| 14 | 26.00 | Electrical, Communications, Electronic Safety & Security | C-10 |
| 15 | 32.80 | Landscape & Irrigation | C-27 |

**Time is of the essence.** Each bid shall be accompanied by a bid security in the form of cash, a certified or cashier's check or bid bond in an amount not-less-than ten percent (10%) of the total bid price, payable to the DISTRICT.

The DISTRICT reserves the right to reject any or all bids or to waive any irregularities or informalities in any bids or in the bidding process.

All CONTRACTORS and subcontractors must be registered with the DIR to submit a bid proposal for a public works project pursuant to Labor Code section 1725.5.

As required by Section 1773 of the California Labor Code, the California Department of Industrial Relations has determined the general prevailing rates of per diem wages for the locality in which the work is to be performed for the Project. Copies of these wage rate determinations, entitled Prevailing Wage Scale, are available at the following website: www.dir.ca.gov. It shall be mandatory upon the successful bidder to whom the contract is awarded, and upon any subcontractor listed, to pay not less than the specified rates to all workers employed by them for the Project.

The successful bidder and any listed subcontractor(s) of this Project are subject to the oversight, monitoring and enforcement of prevailing wage requirements by the Department of Industrial Relations, Division of Labor Standards Enforcement, and will be required to submit certified payroll records to the Labor Commissioner.

No bidder may withdraw any bid for a period of sixty (60) calendar days after the date set for the opening of bids.

Pursuant to Public Contract Code Section 22300, the Agreement will contain provisions permitting the successful bidder to substitute securities for any monies withheld by the DISTRICT to ensure performance under the Agreement or permitting payment of retentions earned directly into escrow.

Bidders must meet the specified requirements regarding Disabled Veteran Business Enterprise ("DVBE") Programs. DVBE forms and requirements are included in the bid documents.

Irvine Unified School District
Governing Board

By: Joe Chapin
Director of Construction

**The Orange County Register**
**Published: 2/26, 3/5/23**

Nobody Beats Our Coverage. THE ORANGE COUNTY REGISTER

**FICTITIOUS BUSINESS NAME STATEMENT**
**20236655542**

The following person(s) is (are) doing business as:
**I-MAGINETHAT**
**9861 SILVRETTA DRIVE**
**CYPRESS, CA 90630**
Full Name of Registrant(s)
1) OWEN SMITH
9861 SILVRETTA DRIVE
CYPRESS, CA 90630
2) ROBERT SMITH
9861 SILVRETTA DRIVE
CYPRESS, CA 90630
This business is conducted by Copartners
The registrant commenced to transact business under the fictitious business name or names listed above on: February 1st, 2023
/s/ OWEN SMITH / ROBERT SMITH
OWEN SMITH - MANAGER
This statement was filed with the County Clerk of Orange County on February 9th, 2023.
**The Orange County Register**
**Published: 2/19, 2/26, 3/5, 3/12/23**

**FICTITIOUS BUSINESS NAME STATEMENT**
**20236656145**

The following person(s) is (are) doing business as:
**A.) ADVANCE BUSINESS GROUPS INC**
**B.) ADVANCE WHOLESALE OUTLET**
**2321 W WHITTIER BLVD**
**LA HABRA CA 90631-9063**
Full Name of Registrant(s)
ADVANCE BUSINESS GROUPS INC
2321 W WHITTIER BLVD
LA HABRA CA 90631-9063
This business is conducted by A CA Corporation
The registrant commenced to transact business under the fictitious business name or names listed above on: N/A ,
Advance Business Groups Inc
/s/ SHAKUR AZIZI
PRESIDENT
This statement was filed with the County Clerk of Orange County on February 16, 2023.
**The Orange County Register**
**Published: 2/19, 2/26, 3/5, 3/12/23**

IF YOU'RE BUYING OR SELLING A CAR IN ORANGE COUNTY, CLICK HERE
OCREGISTER.COM/ CARS
All the Local Dealer Specials
Local Car News and Reviews
Latest Consumer Reports Reviews
OC's Best Interactive Tools to Buy and Sell
OCREGISTER.COM/CARS
OC's Foremost Automotive Expert

**SUMMONS**
**(CITACION JUDICIAL)**

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDO):**
SUSAN OLSON, an individual; AND DOES 1 TO 10, INCLUSIVE

**YOU ARE BEING SUED BY:**
**(LO ESTA DEMANDANDO EL DEMANDANTE):**
VAOC NEWPORT PLAZA, LP dba ATRIA NEWPORT PLAZA dba ATRIA SENIOR LIVING GROUP, INC

You have **30 CALENDAR DAYS** after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The Court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case. **AVISO!** Lo han demandado. Si no responde dentro de 30 dias, la corte puede decidir en su contra sin escuchar su version. Lea la informacion a continuacion.
Tiene **30 DIAS DE CALENDARIO** despues de que le entreguen esta citacion y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefonica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y mas informacion en el Centro de Ayuda de las Cortes de California **(www.sucorte.ca.gov)**, en la biblioteca de leyes de su condado o en la corte que le quede mas cerca. Si no pueda pagar la cuota de presentacion, pida al secretario de la corte que le de un formulario de exencion de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podra quitar su sueldo, dinero y bienes sin mas advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remision a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, **(www.lawhelpcalifornia.org)**, en el Centro de Ayuda de las Cortes del California, **(www.sucorte.cagov)** o poniendose en contacto con la corte o el colegio de abogados locales. **AVISO:** Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperacion de $10,000 o mas de valor recibida mediante un acuerdo o una concesion de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
(El nombre y direccion de la corte es):
**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
**CENTRAL JUSTICE CENTER - CIVIL DIVISION**
**700 CIVIC CENTER DRIVE WEST**
**SANTA ANA, CA 92702-4045**
SHORT NAME OF CASE (from Complaint)
(Nobre de Caso):
NEWPORT PLAZA, LP v OLSON, SUSAN
**CASE NUMBER: (Numero del Caso):**
**30-2021-01238311-CL-CL-CJC**
The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: (El nombre, la direccion y el numero de telefono del abogado del demandante, o del demandante que no tiene abogado, es):
**RON CHOW #241946, GARDENER, RIECHMANN & CHOW**
**438 E. KATELLA AVE., #202, ORANGE, California 92867 (714) 972-8989**
DATE: (Fecha) 12/28/2021
David H. Yamasaki, Clerk of the Court Clerk, by (Secretario) Briana Jurado, Deputy (Adjunto)
**The Orange County Register**
**Published: 2/12, 2/19, 2/26, 3/5/23**

**NOTICE CALLING FOR BIDS**

**DISTRICT: LAGUNA BEACH UNIFIED SCHOOL DISTRICT**

**PROJECT: Grounds Maintenance Services**

**BID DEADLINE: Two o'clock (2:00 p.m.) on the 30th day of March 2023**

**PLACE OF BID RECEIPT: Laguna Beach Unified School District, Business Services Office, 550 Blumont Street, Laguna Beach, CA 92651**

**CONTACT: LBUSD Facilities Department, Ryan Zajda, Director of Facilities,** rzajda@lbusd.org**, (949) 497-7700 ext. 5213**

NOTICE IS HEREBY GIVEN that the Laguna Beach Unified School District of Orange County, California, acting by and through its Governing Board, hereinafter referred to as "DISTRICT," will receive up to, but not later than, the above-stated bid deadline, sealed bids at the place identified above for the award of a contract for the above Project.

This project DOES NOT require contractors to prequalify in order to submit a bid per California Public Contract Code 20111.6, as the projected expenditure is less than one million dollars.

NOTE: ALL BIDS MUST BE HAND DELIVERED ON THE DATE OF THE BID OPENING. NO BIDS MAY BE DELIVERED TO THE BID LOCATION PRIOR TO 7:30 A.M. ON THE BID OPENING DATE.

If any bidder is in doubt as to the true meaning of any part of the Project Documents, finds discrepancies in or omissions from the Project Documents, or requests a substitution for materials and equipment as outlined in the specifications, they must submit a written request for an interpretation or correction to the above-listed contact **on or before March 21, 2023, by 5:00 p.m.** No requests shall be considered after this time.

OBTAINING BID SETS/DOCUMENTS: Bidders may obtain bid documents beginning on March 6, 2023 at 8:00 a.m., from Crisp Imaging, 3180 Pullman Street, Costa Mesa, CA 92626. Contact: Planwell Manager at planwell@crispimg.com or **(866) 522-8475**. Bid documents will be available Monday through Friday, 7:00 a.m. to 7:00 p.m.
**Option 1:** View from Crisp Imaging's Planwell site by following these directions: Access the site by going to Internet Explorer to connect to https://order.planwell.com/PWELL_Main.asp?mem=1027. Click on Public Plan room, then search in the Find Field by "LAGBUSD," then select "Grounds Maintenance Services Bid No. 2023_2" project.
**Option 2:** Purchase CD (Compact Disc) or paper bid documents by either emailing or calling Crisp Imaging with above-listed info and referencing LAGBUSD "Grounds Maintenance Services Bid No. 2023_2" project.

In accordance with the provisions of Business and Professions Code Section 7028.15 and Public Contract Code Section 3300, the DISTRICT requires that the bidder possess the following minimum classification(s) of contractor's license(s) at the time the bid is submitted and any bidder not so licensed at the time of the bid opening will be rejected as nonresponsive:

Bid Package No. 1 Grounds Maintenance License Requirement C-27

**Time is of the essence.** Each bid shall be accompanied by a bid security in the form of cash, a certified or cashier's check or bid bond in an amount not-less-than ten percent (10%) of the total bid price, payable to the DISTRICT.

The DISTRICT reserves the right to reject any or all bids or to waive any irregularities or informalities in any bids or in the bidding process.

All contractors and subcontractors must be registered with the DIR to submit a bid proposal for a public works project pursuant to Labor Code section 1725.5.

As required by Section 1773 of the California Labor Code, the California Department of Industrial Relations has determined the general prevailing rates of per diem wages for the locality in which the work is to be performed for the Project. Copies of these wage rate determinations, entitled Prevailing Wage Scale, are available at the following website: www.dir.ca.gov. It shall be mandatory upon the successful bidder to whom the contract is awarded, and upon any subcontractor listed, to pay not less than the specified rates to all workers employed by them for the Project.

The successful bidder and any listed subcontractor(s) of this Project are subject to the oversight, monitoring and enforcement of prevailing wage requirements by the Department of Industrial Relations, Division of Labor Standards Enforcement, and will be required to submit certified payroll records to the Labor Commissioner.

No bidder may withdraw any bid for a period of sixty (60) calendar days after the date set for the opening of bids.

Pursuant to Public Contract Code Section 22300, the Agreement will contain provisions permitting the successful bidder to substitute securities for any monies withheld by the DISTRICT to ensure performance under the Agreement or permitting payment of retentions earned directly into escrow.

Bidders must meet the specified requirements regarding Disabled Veteran Business Enterprise ("DVBE") Programs. DVBE forms and requirements are included in the bid documents.

Laguna Beach Unified School District
Governing Board

By: Ryan Zajda
Director of Facilities

**The Orange County Register**
**Published: 3/5, 3/12/23**

Legal Notice

**FICTITIOUS BUSINESS NAME STATEMENT**
**20236657303**

The following person(s) is (are) doing business as:
**ORIMORI JAPANESE KITCHEN**
**2509 S BROADWAY, K126**
**SANTA ANA, CA 92707**
Full Name of Registrant(s)
1) ED PREMIUM FOODS LLC
8211 SAN ANGELO DR, APT H6
HUNTINGTON BEACH, CA 92647
This business is conducted by
A CA Limited Liability Company
The registrant commenced to transact business under the fictitious business name or names listed above on: 02/18/2023
ED PREMIUM FOODS LLC
/s/ NONAMEGIVEN ELVIN
MEMBER
This statement was filed with the County Clerk of Orange County on March 2nd, 03/02/2023.
**The Orange County Register**
**Published: 3/5, 3/12, 3/19, 3/26/23**

**FICTITIOUS BUSINESS NAME STATEMENT**
**20236656155**

The following person(s) is (are) doing business as:
**RELIANT TRANSACTION COORDINATION**
**22327 VISTA VERDE DR**
**LAKE FOREST, CA, 92630**
Full Name of Registrant(s)
1) MICHAEL CHIH-JUNG CHEN
22327 VISTA VERDE DR
LAKE FOREST, CA 92630
This business is conducted by
An Individual
The registrant commenced to transact business under the fictitious business name or names listed above on: 02/15/2023
/s/ MICHAEL CHEN
This statement was filed with the County Clerk of Orange County on February 16th, 2023.
**The Orange County Register**
**Published: 2/19, 2/26, 3/5, 3/12/23**

**FICTITIOUS BUSINESS NAME STATEMENT**
**20236655717**

The following person(s) is (are) doing business as:
**GREENDROP**
**20 CITY BLVD WEST**
**ORANGE CA 92868**
Full Name of Registrant(s)

1.) TVI, INC.
11400 SE 6TH STREET SUITE 125
BELLEVUE, WA 98004
This business is conducted by
A WA Corporation
The registrant commenced to transact business under the fictitious business name or names listed above on: N/A ,
TVI, Inc.
/s/ RICHARD MEDWAY
SECRETARY
This statement was filed with the County Clerk of Orange County on February 14th, 2023.
**The Orange County Register**
**Published: 2/26, 3/5, 3/12, 3/19/23**

**FICTITIOUS BUSINESS NAME STATEMENT**
**20236655542**

The following person(s) is (are) doing business as:
**I-MAGINETHAT**
**9861 SILVRETTA DRIVE**
**CYPRESS, CA 90630**
Full Name of Registrant(s)
1) OWEN SMITH
9861 SILVRETTA DRIVE
CYPRESS, CA 90630
2) ROBERT SMITH
9861 SILVRETTA DRIVE
CYPRESS, CA 90630
This business is conducted by
Copartners
The registrant commenced to transact business under the fictitious business name or names listed above on: February 1st, 2023
/s/ OWEN SMITH / ROBERT SMITH
OWEN SMITH - MANAGER
This statement was filed with the County Clerk of Orange County on February 9th, 2023.
**The Orange County Register**
**Published: 2/19, 2/26, 3/5, 3/12/23**

**FICTITIOUS BUSINESS NAME STATEMENT**
**20236656217**

The following person(s) is (are) doing business as:
**DAVID SHERWIN CONCRETE PUMPING**
**16002 HOPE STREET**
**SILVERADO, CA 92676**
Full Name of Registrant(s)
1) DAVID JOHN SHERWIN
16002 HOPE STREET
SILVERADO, CA 92676
2) DARLIA MEREDITH SHERWIN
16002 HOPE STREET
SILVERADO, CA 92676
This business is conducted by
A Married Couple
The registrant commenced to transact business under the fictitious business name or names listed above on: November 14th, 1996
/s/ DAVID SHERWIN
This statement was filed with the County Clerk of Orange County on February 17th, 2023.
**The Orange County Register**
**Published: 2/26, 3/5, 3/12, 3/19/23**

Nobody Beats Our Coverage. THE ORANGE COUNTY REGISTER

Legal Notice

**Order To Show Cause For Change of Name**
**Case No. 30-2023-01307754**

To All Interested Persons: **Daniel James McKay**, filed a petition with this court for a decree changing names as follows:
**PRESENT NAME**
Daniel James McKay
**PROPOSED NAME**
Daniel James Rios
The Court Orders that all persons interested in this matter shall appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.
**Notice of Hearing**
**Date:** 04/18/2023 **Time:** 8:30am **Dept.** D100. **Remote Hearing.** (Go to the Courts website at www.occourts.org for remote hearing instructions.)
The address of the court is **Central Justice Center 700 Civic Center Drive West Santa Ana, CA 92701.**
A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county:
Date: Feb. 17, 2023
Judge WALTER P. SCHWARM, Judge of the Superior Court

**SUMMONS**
**(CITACION JUDICIAL)**
**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDO):**
JAMAL MADI; AMAL BENHAIMOUD ; and DOES 1 through 20, Inclusive
**YOU ARE BEING SUED BY:**
SAN RITA RIDGE ASSOCIATION, a California nonprofit mutual benefit corporation
**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.
You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The Court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case. **AVISO!** Lo han demandado. Si no responde dentro de 30 dias, la corte puede decidir en su contra sin escuchar su version. Lea la informacion a continuacion.
Tiene 30 DIAS DE CALENDARIO despues de que le entreguen esta citacion y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefonica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y mas informacion en el Centro de Ayuda de las Cortes de California **(www.sucorte.ca.gov)**, en la biblioteca de leyes de su condado o en la corte que le quede mas cerca. Si no pueda pagar la cuota de presentacion, pida al secretario de la corte que le de un formulario de exencion de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podra quitar su sueldo, dinero y bienes sin mas advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remision a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, **(www.lawhelpcalifornia.org)**, en el Centro de Ayuda de las Cortes del California, **(www.sucorte.cagov)** o poniendose en contacto con la corte o el colegio de abogados locales. **AVISO:** Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperacion de $10,000 o mas de valor recibida mediante un acuerdo o una concesion de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.
The name and address of the court is:
(El nombre y direccion de la corte es):
Orange County Superior Court

700 West Civic Center Drive

Santa Ana, CA 92701
CASE NUMBER: (Numero del Caso):
30-2022-01243612-CL-OR-CJC
The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: (El nombre, la direccion y el numero de telefono del abogado del demandante, o del demandante que no tiene abogado, es):
Community Legal Advisors (760) 529-5211
Mark T. Guithues, Esq.

Community Legal Advisors
509 N. Coast Highway
Oceanside, CA 92054
DATE: (Fecha) Feb 02 2022
DAVID H. YAMASAKI, Clerk of the Court By (Secretario) Katie Trent, Deputy (Adjunto)

**The Orange County Register**
**Published: 2/19, 2/26, 3/5, 3/12/23**

**FICTITIOUS BUSINESS NAME STATEMENT**
**20236654997**

The following person(s) is (are) doing business as:
**VALLEY WINDOW FASHION**
**175 N. BURGAN AVE.**
**CLOVIS, CA 93611-9361**
Full Name of Registrant(s)
1) SHANDA L LACKEY
11311 SARAH CT.
FONTANA, CA 92337
This business is conducted by
An Individual
The registrant commenced to transact business under the fictitious business name or names listed above on: May 11th, 2022
/s/ SHANDA LACKEY
This statement was filed with the County Clerk of Orange County on February 2nd, 2023.
**The Orange County Register**
**Published: 3/5, 3/12, 3/19, 3/26/23**

**FICTITIOUS BUSINESS NAME STATEMENT**
**20236656145**

The following person(s) is (are) doing business as:
**A.) ADVANCE BUSINESS GROUPS INC**
**B.) ADVANCE WHOLESALE OUTLET**
**2321 W WHITTIER BLVD**
**LA HABRA CA 90631-9063**
Full Name of Registrant(s)
ADVANCE BUSINESS GROUPS INC
2321 W WHITTIER BLVD
LA HABRA CA 90631-9063
This business is conducted by
A CA Corporation
The registrant commenced to transact business under the fictitious business name or names listed above on: N/A ,
Advance Business Groups Inc
/s/ SHAKUR AZIZI
PRESIDENT
This statement was filed with the County Clerk of Orange County on February 16, 2023.
**The Orange County Register**
**Published: 2/19, 2/26, 3/5, 3/12/23**

**ORDER TO SHOW CAUSE FOR CHANGE OF NAME**
**CASE NUMBER:**
**30-2023-01305837-CU-PT-CJC**

TO ALL INTERESTED PERSONS:
Petitioner: CALVIN DWAYNE BRYANT JR. filed a petition with this court for a decree changing names as follows:
**Present name:**
CALVIN DWAYNE BRYANT JR.
**Proposed name:**
ISA GOULADE ABDULAHI FARRAH
**THE COURT ORDERS** that all persons interested in this matter shall appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If not written objection is timely filed, the court may grant the petition without a hearing.
**NOTICE OF HEARING Date:**
Date: Apr 05 2023
Time: 8:30 AM
Dept: D100
Remote Hearing
The address of the court is:
700 CIVIC CENTER DRIVE WEST
SANTA ANA, CALIFORNIA 92701
A copy of this **Order to Show Cause** shall be published at least once in each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county: Orange
Date: **Feb 7 2023**
JUDGE LAYNE H. MELZER
JUDGE OF THE SUPERIOR COURT
**The Orange County Register**
**Published: 2/26, 3/5, 3/12, 3/19/23**

Legal Notice

**SUMMONS**
**(CITACION JUDICIAL)**
**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDO):**
COLIN SMITH and 1 to 20, inclusive.
**YOU ARE BEING SUED BY:**
GYEONG YOOL LEE and MEE YOUNG LEE
**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.
You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The Court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case. **AVISO!** Lo han demandado. Si no responde dentro de 30 dias, la corte puede decidir en su contra sin escuchar su version. Lea la informacion a continuacion.
Tiene 30 DIAS DE CALENDARIO despues de que le entreguen esta citacion y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefonica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y mas informacion en el Centro de Ayuda de las Cortes de California **(www.sucorte.ca.gov)**, en la biblioteca de leyes de su condado o en la corte que le quede mas cerca. Si no pueda pagar la cuota de presentacion, pida al secretario de la corte que le de un formulario de exencion de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podra quitar su sueldo, dinero y bienes sin mas advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remision a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, **(www.lawhelpcalifornia.org)**, en el Centro de Ayuda de las Cortes del California, **(www.sucorte.cagov)** o poniendose en contacto con la corte o el colegio de abogados locales. **AVISO:** Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperacion de $10,000 o mas de valor recibida mediante un acuerdo o una concesion de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.
The name and address of the court is:
(El nombre y direccion de la corte es):
700 Civic Center Drive West
Santa Ana, CA 92701
CASE NUMBER: (Numero del Caso):
30-2022-01266765-CU-PA-CJC
The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: (El nombre, la direccion y el numero de telefono del abogado del demandante, o del demandante que no tiene abogado, es):
Duncan D. Lee No. 119959
Duncan David Lee, P.C.
3660 Wilshire Blvd., Suite 724, Los Angeles, California 90010
213-480-4804.
DATE: (Fecha) Jun 24 2022
DAVID H. YAMASAKI, Clerk of the Court By (Secretario) K. Trent, Deputy (Adjunto)

**The Orange County Register**
**Published: 2/19, 2/26, 3/5, 3/12/23**

Nobody Beats Our Coverage. THE ORANGE COUNTY REGISTER

**NOTICE CALLING FOR BIDS**

**DISTRICT: LAGUNA BEACH UNIFIED SCHOOL DISTRICT**

**PROJECT: Grounds Maintenance Services**

**BID DEADLINE: Two o'clock (2:00 p.m.) on the 30th day of March 2023**

**PLACE OF BID RECEIPT: Laguna Beach Unified School District, Business Services Office, 550 Blumont Street, Laguna Beach, CA 92651**

**CONTACT: LBUSD Facilities Department, Ryan Zajda, Director of Facilities,** rzajda@lbusd.org, **(949) 497-7700 ext. 5213**

NOTICE IS HEREBY GIVEN that the Laguna Beach Unified School District of Orange County, California, acting by and through its Governing Board, hereinafter referred to as "DISTRICT," will receive up to, but not later than, the above-stated bid deadline, sealed bids at the place identified above for the award of a contract for the above Project.

This project DOES NOT require contractors to prequalify in order to submit a bid per California Public Contract Code 20111.6, as the projected expenditure is less than one million dollars.

NOTE: ALL BIDS MUST BE HAND DELIVERED ON THE DATE OF THE BID OPENING. NO BIDS MAY BE DELIVERED TO THE BID LOCATION PRIOR TO 7:30 A.M. ON THE BID OPENING DATE.

If any bidder is in doubt as to the true meaning of any part of the Project Documents, finds discrepancies in or omissions from the Project Documents, or requests a substitution for materials and equipment as outlined in the specifications, they must submit a written request for an interpretation or correction to the above-listed contact **on or before March 21, 2023, by 5:00 p.m.** No requests shall be considered after this time.

OBTAINING BID SETS/DOCUMENTS: Bidders may obtain bid documents beginning on March 6, 2023 at 8:00 a.m., from Crisp Imaging, 3180 Pullman Street, Costa Mesa, CA 92626. Contact: Planwell Manager at planwell@crispimg.com or **(866) 522-8475**. Bid documents will be available Monday through Friday, 7:00 a.m. to 7:00 p.m.
**Option 1:** View from Crisp Imaging's Planwell site by following these directions: Access the site by going to Internet Explorer to connect to https://order.planwell.com/PWELL_Main.asp?mem=1027. Click on Public Plan room, then search in the Find Field by "LAGBUSD," then select "Grounds Maintenance Services Bid No. 2023_2" project.
**Option 2:** Purchase CD (Compact Disc) or paper bid documents by either emailing or calling Crisp Imaging with above-listed info and referencing LAGBUSD "Grounds Maintenance Services Bid No. 2023_2" project.

In accordance with the provisions of Business and Professions Code Section 7028.15 and Public Contract Code Section 3300, the DISTRICT requires that the bidder possess the following minimum classification(s) of contractor's license(s) at the time the bid is submitted and any bidder not so licensed at the time of the bid opening will be rejected as nonresponsive:

Bid Package No. 1 Grounds Maintenance License Requirement C-27

**Time is of the essence.** Each bid shall be accompanied by a bid security in the form of cash, a certified or cashier's check or bid bond in an amount not-less-than ten percent (10%) of the total bid price, payable to the DISTRICT.

The DISTRICT reserves the right to reject any or all bids or to waive any irregularities or informalities in any bids or in the bidding process.

All contractors and subcontractors must be registered with the DIR to submit a bid proposal for a public works project pursuant to Labor Code section 1725.5.

As required by Section 1773 of the California Labor Code, the California Department of Industrial Relations has determined the general prevailing rates of per diem wages for the locality in which the work is to be performed for the Project. Copies of these wage rate determinations, entitled Prevailing Wage Scale are available at the following website: www.dir.ca.gov. It shall be mandatory upon the successful bidder to whom the contract is awarded, and upon any subcontractor listed, to pay not less than the specified rates to all workers employed by them for the Project.

The successful bidder and any listed subcontractor(s) of this Project are subject to the oversight, monitoring and enforcement of prevailing wage requirements by the Department of Industrial Relations, Division of Labor Standards Enforcement, and will be required to submit certified payroll records to the Labor Commissioner.

No bidder may withdraw any bid for a period of sixty (60) calendar days after the date set for the opening of bids.

Pursuant to Public Contract Code Section 22300, the Agreement will contain provisions permitting the successful bidder to substitute securities for any monies withheld by the DISTRICT to ensure performance under the Agreement or permitting payment of retentions earned directly into escrow.

Bidders must meet the specified requirements regarding Disabled Veteran Business Enterprise ("DVBE") Programs. DVBE forms and requirements are included in the bid documents.

Laguna Beach Unified School District
Governing Board

By: Ryan Zajda
Director of Facilities

**The Orange County Register**
**Published: 3/5, 3/12/23**

**UNITED STATES DISTRICT COURT**
for the
Southern District of Ohio

| | |
|---|---|
| State of Ohio, ex rel. Attorney General Dave Yost<br>Plaintiff(s)<br>V.<br>Aaron Michael Jones, et al<br>Defendant(s) | Civil Action No. 2:22-CV-2700 |

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address) **Stacey E. Yim**
**66 Hawking**
**Irvine, CA 92618-1779**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: **Erin B. Leahy**
**Christopher Belmarez**
**Ohio Attorney General's Office**
**30 East Broad Street, 14th Floor**
**Columbus, Ohio 43215**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Valeri Brown
Signature of Clerk or Deputy Clerk
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO

Date: 08/15/2022

ANGELS • DODGERS
Complete team coverage in Sports