UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **STATE OF OHIO, ex rel.** ) <br> **ATTORNEY GENERAL** ) <br> **DAVE YOST** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **AARON MICHAEL JONES, et al.** ) <br> ) <br> Defendant. ) <br> ) | Civil Action **2:22-cv-02700** <br><br> Chief Judge **Algenon L. Marbley** <br> Magistrate Judge **Kimberly A. Jolson** <br><br><br><br> **NOTICE OF FILING** <br> **CORRECTED EXHIBITS** |

Plaintiff, State of Ohio, by and through Ohio Attorney General Dave Yost, respectfully notifies the Court that the proposed Letters Rogatory attached to Plaintiff's Motion Requesting Issuance of Letters Rogatory (ECF No. 45 at PageID386) were incomplete versions of the Letters Rogatory. Attached are completed versions which contain the missing information.

Respectfully submitted,

**DAVE YOST**
**Ohio Attorney General**

 s/ Erin B. Leahy
ERIN B. LEAHY Trial Attorney
OH Bar No. 0069509
CHRISTOPHER J. BELMAREZ, Trial Attorney
OH Bar No. 0101433
Assistant Attorneys General
Ohio Attorney General's Office
Consumer Protection Section
30 E. Broad Street, 14th Floor
Columbus, Ohio 43215
(614) 752-4730 (Leahy)
(614) 466-4455 (Belmarez)
Erin.Leahy@OhioAGO.gov
Christopher.Belmarez@OhioAGO.gov

*Counsel for Plaintiff*
*STATE OF OHIO*

**Certificate of Service**

       Pursuant to Fed. R. of Civ P. 5, I hereby certify that on May 30, 2023, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel of record and via electronic mail to the following:

JUNE ANN BATISTA
junesells@yahoo.com
***Defendant, Pro Se***

VINCENT A. STAFFORD
Stafford Law
VAS@Stafford-Stafford.com
***Courtesy copy on behalf of Pro Se Defendant June Batista***

                              *s/* Erin B. Leahy
                              Erin B. Leahy
                              Assistant Attorney General