**REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM A

LETTER ROGATORY [1]

| 1 REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY<br><br>Name<br><br>Address Line 1:<br>Address Line 2:<br>Address Line 3:<br>Address Line 4: | 2 PLAINTIFF:<br>\v.<br>DEFENDANT:<br><br>DOCKET No: |
|---|---|
| 3 CENTRAL AUTHORITY OF THE STATE OF ORIGIN<br><br>Name:<br><br>Address Line 1:<br>Address Line 2:<br>Address Line 3:<br>Address Line 4: | 4 CENTRAL AUTHORITY OF THE STATE OF DESTINATION<br><br>Name:<br><br>Address Line 1:<br>Address Line 2:<br>Address Line 3:<br>Address Line 4: |
| 5 REQUESTING PARTY<br><br>Name:<br><br>Address Line 1:<br>Address Line 2:<br>Address Line 3:<br>Address Line 4: | 6 COUNSEL TO THE REQUESTING PARTY<br><br>Name:<br><br>Address Line 1:<br>Address Line 2:<br>Address Line 3:<br>Address Line 4: |

| PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY | |
|---|---|
| Name:<br><br><br><br>Address Line 1:<br>Address Line 2:<br>Address Line 3:<br>Address Line 4: | Is this person responsible for costs and expenses?<br>Yes ☐       No ☐<br>If not, check in the amount of $_____<br>is attached.<br>(Or proof of payment is attached.) |

[1] Complete the original and two copies of this form; if A (1) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.

The Central Authority signing the letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the protocol to the Inter-American Convention on Letters Rogatory:

* A. Requests their prompt service on:

  _____
  _____
  _____

The undersigned authority requests the service be carried out in the following manner:

* (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention; or

  _____N/A_____
  _____
  _____
  _____

* (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

* (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

* B. Requests the delivery of the documents listed below to the following judicial or administrative authority:

  Authority: _____N/A_____
  _____
  _____

* C. Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the documents listed below and attached to this letter rogatory, and an executed Certificate of the attached Form C.

  Done at __Columbus, OH__ this_____date of_____, 20___
  
  _____        _____
  Signature and stamp of the              Signature and stamp of the
  judicial or other adjudicatory          Central Authority of the
  authority of the State of origin         State of origin

Title or other identification of each document to be delivered:
  __Summons in a Civil Action; Complaint for Permanent Injunction, Damages__
  __and Other Equitable Relief_____
(Attach additional pages, if necessary)
*Delete if inapplicable

2

**ANNEX TO THE ADITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION OF LETTERS RAGOTORY**

FORM B
ESSENTIAL INFORMATION FOR THE ADDRESSEE [1]

To (Name and address of the person being served) Sumco Panama SA
El Cangrejo Calle 49 Edif, Roslyn, Panama

You are hereby informed that (Brief statement of nature of service) a lawsuit has been filed against you by the State of Ohio in the United States District Court for the Southern District of Ohio

A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document. This copy also contains essential information for you. Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

ADDITIONAL INFORMATION
I*
FOR SERVICE

A. The document being served on you (original or copy) concerns the following: violations of federal laws 47 USC 227(g), 15 USC 6103(a), 16 CFR 310 and Ohio laws RC 1345.07 and RC 4719.12

B. The remedies sought or the amount in dispute is as follows: permanent injunction, damages, and other relief

C. By this service, you are requested: to file an answer to the Complaint within 21 days after service of the Complaint

D. * In case of service on you as a defendant you an answer the complaint before the judicial or other adjudicatory authority specified in Form A, Box 1 (State place, date and hour): U.S. District Court for the Southern District of Ohio 85 Marconi Blvd., Columbus OH 43215 USA within 21 days after service of the Complaint
* You are being summoned to appear as: a defendant

[1] Complete the original and two copies of this form in the language of the State of origin and two copies in the language of the State of destination.
* Delete if applicable.

    \*   If some other action is being requested of the person served, please describe: <u>     N/A     </u>

    E.   If you fail to comply, the consequences might be: <u>the State of Ohio may request, and the United States District Court may enter, a default judgment against you, pursuant to Rule 55 of the Federal Rules of Civil Procedure</u>

    F.   You are hereby informed that a defense counsel appointed by the Court or the Following legal aid societies are available to you at the place where the proceeding is pending.

        Name: <u>N/A - counsel could only be appointed upon motion at the discretion of the Court</u>

        Address: _____

The documents listed in Part III are being furnished to you so that you may better understand and defend your interests.

II *

FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE AUTHORITY

To: <u>   N/A   </u>

(Name and address of the judicial or administrative authority)

You are respectfully requested to furnish the undersigned authority with the following information.

<u>  N/A  </u>

The documents listed in Part III are being furnished to you to facilitate your reply.

   \*Delete if inapplicable.

## III
## LIST OF ATTACHED DOCUMENTS

The following are provided in English and Spanish pursuant to Article 3(a) of the Additional Protocol to the Convention: (1) Summons in a Civil Action, and (2) Complaint for Permanent Injunction, Damages and Other Relief Letters Rogatory

(Attach additional pages if necessary)

Done at  Columbus, Ohio, USA  this _____ day of

_____, 20 _____



_____          _____
Signature and stamp of the                               Signature and stamp of
judicial or other adjudicatory                            the Central Authority
authority of the State of origin                         of the State of Origin

**ANNEX TO THE ADDITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM C

CERTIFICATE OF EXECUTION [1]

To: <u>United States District Court for the Southern District of Ohio</u>
    <u>85 Marconi Blvd.</u>
    <u>Columbus, Ohio 43215, USA</u>
(Name and address of judicial or other adjudicatory authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

* A. That one copy of the documents attached to this Certificate has been served or delivered as follows:

Date: _____

At (Address) _____

By one of the following methods authorized by the Convention.

* (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention, or
_____
_____

* (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

* (3) If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination; (Specify method used)
_____
_____
_____

---

[1] Complete the original and one copy in the language of the State of destination.
*Delete if inapplicable

\*    B.    That the documents referred to in the letter rogatory have been delivered to:

Identity of person _____
_____
_____

Relationship to the addressee _____
(Family, business or other)
_____
_____

\*    C.    That the documents attached to the Certificate have not been served or delivered for the following reason(s):

_____
_____
_____

\*    D    In conformity with the Protocol, the party requesting execution of the letter rogatory is requested to pay the outstanding balance of costs in the amount indicated in the attached statement.

Done at _____the _____day of _____20\_\_\_

_____
(Signature and stamp of Central Authority of the State of destination)

Where appropriate, attach originals or copies
of any additional documents proving service
or delivery, and identify them

\*Delete if inapplicable