**REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL
DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM A

LETTER ROGATORY [1]

1

| REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY |
| --- |
| Name |
| Address Line 1:<br>Address Line 2:<br>Address Line 3:<br>Address Line 4: |

2

| PLAINTIFF:<br>\v.<br>DEFENDANT:<br>DOCKET No: |
| --- |

3

| CENTRAL AUTHORITY OF THE STATE OF ORIGIN |
| --- |
| Name : |
| Address Line 1:<br>Address Line 2:<br>Address Line 3:<br>Address Line 4: |

4

| CENTRAL AUTHORITY OF THE STATE OF DESTINATION |
| --- |
| Name : |
| Address Line 1:<br>Address Line 2:<br>Address Line 3:<br>Address Line 4: |

5

| REQUESTING PARTY |
| --- |
| Name : |
| Address Line 1:<br>Address Line 2:<br>Address Line 3:<br>Address Line 4: |

6

| COUNSEL TO THE REQUESTING PARTY |
| --- |
| Name : |
| Address Line 1:<br>Address Line 2:<br>Address Line 3:<br>Address Line 4: |

PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY

Name:

Address Line 1:
Address Line 2:
Address Line 3:
Address Line 4:

Is this person responsible for costs and expenses?
Yes ☐          No ☐
If not, check in the amount of $_____ is attached.
(Or proof of payment is attached.)

[1] Complete the original and two copies of this form; if A (1) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.

The Central Authority signing the letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the protocol to the Inter-American Convention on Letters Rogatory:

\* A.    Requests their prompt service on:

_____
_____
_____

The undersigned authority requests the service be carried out in the following manner:

\*  (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention; or

_____N/A_____
_____
_____
_____

\*  (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

\*  (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

\* B.    Requests the delivery of the documents listed below to the following judicial or administrative authority:

Authority: _____N/A_____
_____
_____

\* C.    Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the documents listed below and attached to this letter rogatory, and an executed Certificate of the attached Form C.

Done at __Columbus, OH__ this_____date of_____, 20___

_____        _____
Signature and stamp of the                          Signature and stamp of the
judicial or other adjudicatory                        Central Authority of the
authority of the State of origin                       State of origin

Title or other identification of each document to be delivered:
__Summons in a Civil Action; Complaint for Permanent Injunction, Damages__
__and Other Equitable Relief__ ; Letters Rogatory_____
(Attach additional pages, if necessary)
\*Delete if inapplicable

**ANNEX TO THE ADITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION OF LETTERS RAGOTORY**

FORM B

ESSENTIAL INFORMATION FOR THE ADDRESSEE [1]

To (Name and address of the person being served) Jovita Migdaris Cedeno Luna
PH Palma de Mallorca, Piso 17, Apto. 17D, Panama

You are hereby informed that (Brief statement of nature of service) _____
 a lawsuit has been filed against you by the State of Ohio in the United
 States District Court for the Southern District of Ohio

   A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document. This copy also contains essential information for you.  Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

ADDITIONAL INFORMATION
I*
FOR SERVICE

A.  The document being served on you (original or copy) concerns the following:
 violations of federal laws 47 USC 227(g), 15 USC 6103(a), 16 CFR 310
 and Ohio laws RC 1345.07 and RC 4719.12

B.  The remedies sought or the amount in dispute is as follows:
 permanent injunction, damages, and other relief

C.  By this service, you are requested:
    to file an answer to the Complaint within 21 days after service of
    the Complaint

D.  *  In case of service on you as a defendant you an answer the complaint before the judicial or other adjudicatory authority specified in Form A, Box 1 (State place, date and hour): U.S. District Court for the Southern District of Ohio
 85 Marconi Blvd., Columbus OH 43215 USA within 21 days after
 service of the Complaint
 * You are being summoned to appear as: a defendant

    [1] Complete the original and two copies of this form in the language of the State of origin and two copies in the language of the State of destination.
    * Delete if applicable.

3

\*    If some other action is being requested of the person served, please describe:_____
      N/A _____
      _____
      _____

E.    If you fail to comply, the consequences might be:   the State of Ohio may
    request, and the United States District Court may enter, a default
    judgment against you, pursuant to Rule 55 of the Federal Rules
    of Civil Procedure

F.    You are hereby informed that a defense counsel appointed by the Court or the
     Following legal aid societies are available to you at the place where the
     proceeding is pending.

     Name:   N/A - counsel could only be appointed upon motion at the
                discretion of the Court
     Address: _____
     _____

     The documents listed in Part III are being furnished to you so that you may better
     understand and defend your interests.

II \*

FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE
AUTHORITY

To:    N/A _____
      _____
      _____
         (Name and address of the judicial or administrative authority)

     You are respectfully requested to furnish the undersigned authority with the
     following information.
      N/A _____
      _____
      _____

   The documents listed in Part III are being furnished to you to facilitate your reply.

     \*Delete if inapplicable.

**III**
**LIST OF ATTACHED DOCUMENTS**

The following are provided in English and Spanish pursuant to Article 3(a) of the Additional Protocol to the Convention: (1) Summons in a Civil Action, and (2) Complaint for Permanent Injunction, Damages and Other Relief

Letters Rogatory

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Attach additional pages if necessary)

Done at  Columbus, Ohio, USA _____ this _____ day of

_____, 20 _____

_____         _____
Signature and stamp of the                                        Signature and stamp of
judicial or other adjudicatory                                    the Central Authority
authority of the State of origin                                  of the State of Origin

5

**ANNEX TO THE ADDITIONAL PROTOCOL**
**TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM C

CERTIFICATE OF EXECUTION [1]

To: United States District Court for the Southern District of Ohio
_____
85 Marconi Blvd.
_____
Columbus, Ohio 43215, USA
(Name and address of judicial or other adjudicatory authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

* A. That one copy of the documents attached to this Certificate has been served or delivered as follows:

Date: _____

At (Address) _____

By one of the following methods authorized by the Convention.

* (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention, or

_____
_____
_____

* (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

* (3) If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination; (Specify method used)

_____
_____
_____
_____

[1] Complete the original and one copy in the language of the State of destination.
*Delete if inapplicable

\*    B.   That the documents referred to in the letter rogatory have been delivered to:

Identity of person  _____

_____

_____

Relationship to the addressee  _____

(Family,business or other)

_____

_____

\*    C.   That the documents attached to the Certificate have not been served or
delivered for the following reason(s):

_____

_____

_____

\*    D   In conformity with the Protocol, the party requesting execution of the letter
rogatory is requested to pay the outstanding balance of costs in the amount
indicated in the attached statement.

Done at  _____the  _____day of  _____20____

_____

(Signature and stamp of Central Authority of the State of destination)

Where appropriate, attach originals or copies
of any additional documents proving service
or delivery, and identify them

\*Delete if inapplicable

7