# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**STATE OF OHIO, ex rel OHIO ATTORNEY**
**GENERAL DAVE YOST,**

    **Plaintiff,**

  v.                                            **Civil Action 2:22-cv-2700**
                                                  **Judge Algenon L. Marbley**
**AARON MICHAEL JONES, et al.,**          **Magistrate Judge Kimberly A. Jolson**

    **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Motion for Issuance of Letters Rogatory. (Doc. 45).  Plaintiff subsequently amended its filing on May 30, 2023.  (Doc. 55).  Pursuant to the Inter-American Service Convention and Additional Protocol, this Motion is **GRANTED**.  The Clerk of Court is **DIRECTED** to sign and stamp on Documents 55-1, 55-2, 55-3, 55-4, 55-5, and 55-6 where it reads "Signature and stamp of the judicial or other adjudicatory authority of the state of origin."  The Clerk is further **DIRECTED** to make the signed and stamped letters of rogatory available at the Clerk's Office on or before June 20, 2023, where Plaintiff can then retrieve them.

    IT IS SO ORDERED.


Date:  June 13, 2023                      /s/ Kimberly A. Jolson
                                                    KIMBERLY A. JOLSON
                                                    UNITED STATES MAGISTRATE JUDGE