**REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL
DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM A

LETTER ROGATORY [1]

| 1 | 2 |
|---|---|
| REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY<br><br>Name U.S. District Court, Southern District of Ohio<br><br>Address Line 1: Joseph P. Kinneary United States Courthouse<br>Address Line 2: 85 Marconi Blvd<br>Address Line 3: Columbus, OH 43215<br>Address Line 4: United States of America | PLAINTIFF: State of Ohio, ex rel Attorney General Dave Yost<br>\v.<br>DEFENDANT: Aaron Jones, et al.<br>DOCKET No: |
| **3** | **4** |
| CENTRAL AUTHORITY OF THE STATE OF ORIGIN<br><br>Name: United States Department of Justice<br><br>Address Line 1: c/o ABC Legal Services, Inc.<br>Address Line 2: 633 Yesler Way<br>Address Line 3: Seattle, WA 98104, USA<br>Address Line 4: | CENTRAL AUTHORITY OF THE STATE OF DESTINATION<br><br>Name: Ministry of Foreign Affairs<br><br>Address Line 1: Directorate of International Legal Affairs and Treaties<br>Address Line 2: San Felipe, 3rd Street, Lalacio Bolivar<br>Address Line 3: Panama City, Panama<br>Address Line 4: |
| **5** | **6** |
| REQUESTING PARTY<br><br>Name: State of Ohio<br><br>Address Line 1: 30 East Broad Street, 14th Floor<br>Address Line 2: Columbus, Ohio 43215, USA<br>Address Line 3:<br>Address Line 4: | COUNSEL TO THE REQUESTING PARTY<br><br>Name: Erin B. Leahy<br><br>Address Line 1: 30 East Broad Street, 14th Floor<br>Address Line 2: Columbus, OH 43215, USA<br>Address Line 3:<br>Address Line 4: |

---

PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY

Name:

**ABC Legal Services**

Address Line 1: 633 Yesler Way
Address Line 2: Seattle, WA 98104
Address Line 3:
Address Line 4:

Is this person responsible for costs and expenses?
Yes ☑        No ☐
If not, check in the amount of $_____
is attached.
(Or proof of payment is attached.)

---

[1] Complete the original and two copies of this form; if A (1) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.

The Central Authority signing the letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the protocol to the Inter-American Convention on Letters Rogatory:

\* A.  Requests their prompt service on:

Davis Telecom Inc.

Ave. Samuel Lewis y Calle 58

Panama, Zona 1/3, Panama City, Panama

The undersigned authority requests the service be carried out in the following manner:

\* (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention; or

N/A

\* (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

\* (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

\* B.  Requests the delivery of the documents listed below to the following judicial or administrative authority:

Authority: _____ N/A _____

\* C.  Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the documents listed below and attached to this letter rogatory, and an executed Certificate of the attached Form C.

Done at Columbus, OH this 13th date of June , 20 23

Signature and stamp of the judicial or other ad... authority of the State

_Ulerthm Clymh_

Signature and stamp of the
Central Authority of the
State of origin

Title or other identification of each document to be delivered:

Summons in a Civil Action; Complaint for Permanent Injunction, Damages and Other Equitable Relief   Letters Rogatory

(Attach additional pages, if necessary)

\*Delete if inapplicable

## ANNEX TO THE ADITIONAL PROTOCOL
## TO THE INTER-AMERICAN CONVENTION OF LETTERS RAGOTORY

FORM B

ESSENTIAL INFORMATION FOR THE ADDRESSEE [1]

To (Name and address of the person being served) Davis Telecom Inc.
Ave. Samuel Lewis y Calle 58, Panama, Zona 1/3, Panama City, Panama

You are hereby informed that (Brief statement of nature of service)
a lawsuit has been filed against you by the State of Ohio in the United
States District Court for the Southern District of Ohio

    A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document. This copy also contains essential information for you. Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

### ADDITIONAL INFORMATION
I*
### FOR SERVICE

A.  The document being served on you (original or copy) concerns the following:
violations of federal laws 47 USC 227(g), 15 USC 6103(a), 16 CFR 310
and Ohio laws RC 1345.07 and RC 4719.12

B.  The remedies sought or the amount in dispute is as follows:
permanent injunction, damages, and other relief

C.  By this service, you are requested:
to file an answer to the Complaint within 21 days after service of
the Complaint

D.  * In case of service on you as a defendant you an answer the complaint before the judicial or other adjudicatory authority specified in Form A, Box 1 (State place, date and hour): U.S. District Court for the Southern District of Ohio
85 Marconi Blvd., Columbus OH 43215 USA within 21 days after
service of the Complaint
* You are being summoned to appear as: a defendant

---

[1] Complete the original and two copies of this form in the language of the State of origin and two copies in the language of the State of destination.
   * Delete if applicable.

\*    If some other action is being requested of the person served, please describe:_____

     N/A

E.   If you fail to comply, the consequences might be: the State of Ohio may request, and the United States District Court may enter, a default judgment against you, pursuant to Rule 55 of the Federal Rules of Civil Procedure

F.   You are hereby informed that a defense counsel appointed by the Court or the Following legal aid societies are available to you at the place where the proceeding is pending.

    Name:   N/A - counsel could only be appointed upon motion at the discretion of the Court

    Address: _____

The documents listed in Part III are being furnished to you so that you may better understand and defend your interests.

II *

FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE
AUTHORITY

To:     N/A

(Name and address of the judicial or administrative authority)

You are respectfully requested to furnish the undersigned authority with the following information.

N/A

The documents listed in Part III are being furnished to you to facilitate your reply.

*Delete if inapplicable.

**III**
**LIST OF ATTACHED DOCUMENTS**

The following are provided in English and Spanish pursuant to Article 3(a) of the Additional Protocol to the Convention: (1) Summons in a Civil Action, and (2) Complaint for Permanent Injunction, Damages and Other Relief
Letters Rogatory

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

Done at _Columbus, Ohio, USA_____ this ____13th_____ day of

____$June$_____, 20 23_____

Signature and stamp of the
judicial or other adjudicatory
authority of the State of origin

Signature and stamp of
the Central Authority
of the State of Origin

5

**ANNEX TO THE ADDITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM C

CERTIFICATE OF EXECUTION [1]

To: United States District Court for the Southern District of Ohio
85 Marconi Blvd.
Columbus, Ohio 43215, USA

(Name and address of judicial or other adjudicatory authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

\*    A.   That one copy of the documents attached to this Certificate has been served or delivered as follows:

Date: _____

At (Address) _____

By one of the following methods authorized by the Convention.

\* (1)  In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention, or

_____
_____
_____

\* (2)  By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

\* (3)  If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination; (Specify method used)

_____
_____
_____
_____

[1] Complete the original and one copy in the language of the State of destination.
\*Delete if inapplicable

6

\*    B.   That the documents referred to in the letter rogatory have been delivered to:

Identity of person _____

_____

_____

Relationship to the addressee _____

(Family, business or other)

_____

_____

\*    C.   That the documents attached to the Certificate have not been served or delivered for the following reason(s):

_____

_____

_____

\*    D   In conformity with the Protocol, the party requesting execution of the letter rogatory is requested to pay the outstanding balance of costs in the amount indicated in the attached statement.

Done at _____ the _____ day of _____ 20____

_____

(Signature and stamp of Central Authority of the State of destination)

Where appropriate, attach originals or copies
of any additional documents proving service
or delivery, and identify them

\*Delete if inapplicable

**REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM A

**LETTER ROGATORY** [1]

| 1 | 2 |
|---|---|
| REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY<br><br>Name U.S. District Court, Southern District of Ohio<br><br>Address Line 1: Joseph P. Kinneary United States Courthouse<br>Address Line 2: 85 Marconi Blvd<br>Address Line 3: Columbus, OH 43215<br>Address Line 4: United States of America | PLAINTIFF: State of Ohio, ex rel Attorney General Dave Yost<br>\v.<br>DEFENDANT: Aaron Jones, et al.<br><br>DOCKET No: |

| 3 | 4 |
|---|---|
| CENTRAL AUTHORITY OF THE STATE OF ORIGIN<br><br>Name : United States Department of Justice<br><br>Address Line 1: c/o ABC Legal Services, Inc.<br>Address Line 2: 633 Yesler Way<br>Address Line 3: Seattle, WA 98104, USA<br>Address Line 4: | CENTRAL AUTHORITY OF THE STATE OF DESTINATION<br><br>Name : Ministry of Foreign Affairs<br><br>Address Line 1: Directorate of International Legal Affairs and Treaties<br>Address Line 2: San Felipe, 3rd Street, Lalacio Bolivar<br>Address Line 3: Panama City, Panama<br>Address Line 4: |

| 5 | 6 |
|---|---|
| REQUESTING PARTY<br><br>Name : State of Ohio<br><br>Address Line 1: 30 East Broad Street, 14th Floor<br>Address Line 2: Columbus, Ohio 43215, USA<br>Address Line 3:<br>Address Line 4: | COUNSEL TO THE REQUESTING PARTY<br><br>Name : Erin B. Leahy<br><br>Address Line 1: 30 East Broad Street, 14th Floor<br>Address Line 2: Columbus, OH 43215, USA<br>Address Line 3:<br>Address Line 4: |

---

PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY

Name:

**ABC Legal Services**

Address Line 1: 633 Yesler Way
Address Line 2: Seattle, WA 98104
Address Line 3:
Address Line 4:

Is this person responsible for costs and expenses?
Yes ☑         No ☐
If not, check in the amount of $ _____
is attached.
(Or proof of payment is attached.)

---

[1] Complete the original and two copies of this form; if A (1) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.

1

The Central Authority signing the letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the protocol to the Inter-American Convention on Letters Rogatory:

\* A.   Requests their prompt service on:

Technologic, Inc.

Avenue Samuel Lewis y Calle 58, Panama 3, Panama

The undersigned authority requests the service be carried out in the following manner:

\* (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention; or

N/A

\* (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

\* (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

\* B.   Requests the delivery of the documents listed below to the following judicial or administrative authority:

Authority: _____ N/A _____

\* C.   Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the documents listed below and attached to this letter rogatory, and an executed Certificate of the attached Form C.

Done at Columbus, OH this 13th date of June , 20 23

| Signature and stamp of the judicial or other adjudicating authority of the State of origin | *[signature]* | Signature and stamp of the Central Authority of the State of origin |

Title or other identification of each document to be delivered:

Summons in a Civil Action; Complaint for Permanent Injuction, Damages and Other Equitable Relief; Letters Rogatory

(Attach additional pages, if necessary)

\*Delete if inapplicable

2

## ANNEX TO THE ADITIONAL PROTOCOL
## TO THE INTER-AMERICAN CONVENTION OF LETTERS RAGOTORY

FORM B

### ESSENTIAL INFORMATION FOR THE ADDRESSEE [1]

To (Name and address of the person being served) Technologic, Inc.
Avenue Samuel Lewis y Calle 58, Panama 3, Panama

You are hereby informed that (Brief statement of nature of service)
a lawsuit has been filed against you by the State of Ohio in the United
States District Court for the Southern District of Ohio

A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document. This copy also contains essential information for you. Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

### ADDITIONAL INFORMATION
### I*
### FOR SERVICE

A. The document being served on you (original or copy) concerns the following:
violations of federal laws 47 USC 227(g), 15 USC 6103(a), 16 CFR 310
and Ohio laws RC 1345.07 and RC 4719.12

B. The remedies sought or the amount in dispute is as follows:
permanent injunction, damages, and other relief
_____

C. By this service, you are requested:
to file an answer to the Complaint within 21 days after service of
the Complaint

D. * In case of service on you as a defendant you an answer the complaint before the judicial or other adjudicatory authority specified in Form A, Box 1 (State place, date and hour): U.S. District Court for the Southern District of Ohio
85 Marconi Blvd., Columbus OH 43215 USA within 21 days after
service of the Complaint
* You are being summoned to appear as: a defendant
_____

[1] Complete the original and two copies of this form in the language of the State of origin and two copies in the language of the State of destination.

* Delete if applicable.

3

\*    If some other action is being requested of the person served, please describe: _____

       N/A _____

_____

_____

E.   If you fail to comply, the consequences might be:   the State of Ohio may
    request, and the United States District Court may enter, a default
    judgment against you, pursuant to Rule 55 of the Federal Rules
    of Civil Procedure _____

F.   You are hereby informed that a defense counsel appointed by the Court or the
Following legal aid societies are available to you at the place where the
proceeding is pending.

     Name:   N/A - counsel could only be appointed upon motion at the
                discretion of the Court

     Address: _____

_____

The documents listed in Part III are being furnished to you so that you may better
understand and defend your interests.

II *

FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE
AUTHORITY

To:     N/A _____

_____

_____

(Name and address of the judicial or administrative authority)

You are respectfully requested to furnish the undersigned authority with the
following information.

    N/A _____

_____

_____

The documents listed in Part III are being furnished to you to facilitate your reply.

    *Delete if inapplicable.

4

**III**
**LIST OF ATTACHED DOCUMENTS**

The following are provided in English and Spanish pursuant to Article 3(a) of the Additional Protocol to the Convention: (1) Summons in a Civil Action, and (2) Complaint for Permanent Injunction, Damages and Other Relief Letters Rogatory

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Attach additional pages if necessary)

Done at _Columbus, Ohio, USA_____ this _____ 13th _____ day of

_____ June _____, 20 23_____

_____          _____
Signature and stamp of the                 Signature and stamp of
judicial or other adjudicatory             the Central Authority
authority of the State of origin           of the State of Origin

5

**ANNEX TO THE ADDITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM C

CERTIFICATE OF EXECUTION [1]

To: United States District Court for the Southern District of Ohio
85 Marconi Blvd.
Columbus, Ohio 43215, USA

(Name and address of judicial or other adjudicatory authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

\*     A.   That one copy of the documents attached to this Certificate has been served or delivered as follows:

Date: _____

At (Address) _____

By one of the following methods authorized by the Convention.

\* (1)   In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention, or

_____
_____

\* (2)   By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

\* (3)   If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination; (Specify method used)

_____
_____
_____

[1] Complete the original and one copy in the language of the State of destination.
\*Delete if inapplicable

6

\*   B.   That the documents referred to in the letter rogatory have been delivered to:

Identity of person _____

_____

_____

Relationship to the addressee _____

(Family, business or other)

_____

_____

\*   C.   That the documents attached to the Certificate have not been served or
         delivered for the following reason(s):

_____

_____

_____

\*   D   In conformity with the Protocol, the party requesting execution of the letter
        rogatory is requested to pay the outstanding balance of costs in the amount
        indicated in the attached statement.

Done at _____ the _____ day of _____ 20____

_____

(Signature and stamp of Central Authority of the State of destination)

Where appropriate, attach originals or copies
of any additional documents proving service
or delivery, and identify them

\*Delete if inapplicable

7

**REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL
DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM A

LETTER ROGATORY [1]

1

REQUESTING JUDICIAL OR OTHER
ADJUDICATORY AUTHORITY

Name 1: U.S. District Court, Southern District of Ohio

Address Line 1: Joseph P. Kinneary United States Courthouse
Address Line 2: 85 Marconi Blvd
Address Line 3: Columbus, OH 43215
Address Line 4: United States of America

2

PLAINTIFF: State of Ohio, ex rel Attorney General Dave Yost
\v.
DEFENDANT: Aaron Jones, et al.

DOCKET No:

3

CENTRAL AUTHORITY OF THE
STATE OF ORIGIN

Name: United States Department of Justice

Address Line 1: c/o ABC Legal Services, Inc.
Address Line 2: 633 Yesler Way
Address Line 3: Seattle, WA 98104, USA
Address Line 4:

4

CENTRAL AUTHORITY OF THE
STATE OF DESTINATION

Name: Ministry of Foreign Affairs

Address Line 1: Directorate of International Legal Affairs and Treaties
Address Line 2: San Felipe, 3rd Street, Lalacio Bolivar
Address Line 3: Panama City, Panama
Address Line 4:

5

REQUESTING PARTY

Name: State of Ohio

Address Line 1: 30 East Broad Street, 14th Floor
Address Line 2: Columbus, Ohio 43215, USA
Address Line 3:
Address Line 4:

6

COUNSEL TO THE REQUESTING
PARTY

Name: Erin B. Leahy

Address Line 1: 30 East Broad Street, 14th Floor
Address Line 2: Columbus, OH 43215, USA
Address Line 3:
Address Line 4:

PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY

Name:
**ABC Legal Services**

Address Line 1: 633 Yesler Way
Address Line 2: Seattle, WA 98104
Address Line 3:
Address Line 4:

Is this person responsible for costs and
expenses?
Yes ☑       No ☐
If not, check in the amount of $_____
is attached.
(Or proof of payment is attached.)

[1] Complete the original and two copies of this form; if A (1) is applicable, attach the original and two copies
of the translation of this item in the language of the State of destination.

The Central Authority signing the letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the protocol to the Inter-American Convention on Letters Rogatory:

* A.  Requests their prompt service on:
  Sumco Panama SA
  El Cangrejo Calle 49 Edif, Roslyn, Panama

The undersigned authority requests the service be carried out in the following manner:

* (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention; or
  N/A

* (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

* (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

* B.  Requests the delivery of the documents listed below to the following judicial or administrative authority:

  Authority: _____ N/A _____

* C.  Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the documents listed below and attached to this letter rogatory, and an executed Certificate of the attached Form C.

Done at Columbus, OH this 13th date of June , 2023

Signature and stamp of the
judicial or other adjudicative
authority of the State of origin

Signature and stamp of the
Central Authority of the
State of origin

Title or other identification of each document to be delivered:
Summons in a Civil Action; Complaint for Permanent Injunction, Damages and Other Equitable Relief

(Attach additional pages, if necessary)
*Delete if inapplicable

2

**ANNEX TO THE ADITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION OF LETTERS RAGOTORY**

FORM B

ESSENTIAL INFORMATION FOR THE ADDRESSEE [1]

To (Name and address of the person being served) Sumco Panama SA
El Cangrejo Calle 49 Edif, Roslyn, Panama

You are hereby informed that (Brief statement of nature of service)
a lawsuit has been filed against you by the State of Ohio in the United
States District Court for the Southern District of Ohio

A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document. This copy also contains essential information for you. Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

ADDITIONAL INFORMATION
I*
FOR SERVICE

A.  The document being served on you (original or copy) concerns the following:
violations of federal laws 47 USC 227(g), 15 USC 6103(a), 16 CFR 310
and Ohio laws RC 1345.07 and RC 4719.12

B.  The remedies sought or the amount in dispute is as follows:
permanent injunction, damages, and other relief

C.  By this service, you are requested:
to file an answer to the Complaint within 21 days after service of
the Complaint

D.  *  In case of service on you as a defendant you an answer the complaint before
the judicial or other adjudicatory authority specified in Form A, Box 1 (State
place, date and hour): U.S. District Court for the Southern District of Ohio
85 Marconi Blvd., Columbus OH 43215 USA within 21 days after
service of the Complaint
*  You are being summoned to appear as:  a defendant

---

[1] Complete the original and two copies of this form in the language of the State of origin and two copies in the language of the State of destination.
 * Delete if applicable.

\* If some other action is being requested of the person served, please describe:_____
    N/A

E. If you fail to comply, the consequences might be: the State of Ohio may request, and the United States District Court may enter, a default judgment against you, pursuant to Rule 55 of the Federal Rules of Civil Procedure

F. You are hereby informed that a defense counsel appointed by the Court or the Following legal aid societies are available to you at the place where the proceeding is pending.

    Name: N/A - counsel could only be appointed upon motion at the discretion of the Court

    Address: _____

The documents listed in Part III are being furnished to you so that you may better understand and defend your interests.

II \*
## FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE AUTHORITY

To:    N/A

(Name and address of the judicial or administrative authority)

You are respectfully requested to furnish the undersigned authority with the following information.

N/A

The documents listed in Part III are being furnished to you to facilitate your reply.

\*Delete if inapplicable.

4

**III**
**LIST OF ATTACHED DOCUMENTS**

The following are provided in English and Spanish pursuant to Article 3(a) of the Additional Protocol to the Convention: (1) Summons in a Civil Action, and (2) Complaint for Permanent Injunction, Damages and Other Relief Letters Rogatory

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Attach additional pages if necessary)

Done at _Columbus, Ohio, USA_ this _13th_ day of

_June_ , 20 _23_

_____          _____
Signature and stamp of the              Signature and stamp of
judicial or other adjudicatory          the Central Authority
authority of the State of origin        of the State of Origin

5

**ANNEX TO THE ADDITIONAL PROTOCOL**
**TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM C

CERTIFICATE OF EXECUTION [1]

To: United States District Court for the Southern District of Ohio
85 Marconi Blvd.
Columbus, Ohio 43215, USA

(Name and address of judicial or other adjudicatory authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

\*      A.  That one copy of the documents attached to this Certificate has been served or delivered as follows:

Date: _____

At (Address) _____

By one of the following methods authorized by the Convention.

\* (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention, or

_____
_____

\* (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

\* (3) If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination; (Specify method used)

_____
_____
_____

[1] Complete the original and one copy in the language of the State of destination.
\*Delete if inapplicable

6

\*     B.    That the documents referred to in the letter rogatory have been delivered to:

Identity of person  _____

_____

_____

Relationship to the addressee  _____

                                                                                 (Family,business or other)

_____

_____

\*     C.    That the documents attached to the Certificate have not been served or delivered for the following reason(s):

_____

_____

_____

\*     D    In conformity with the Protocol, the party requesting execution of the letter rogatory is requested to pay the outstanding balance of costs in the amount indicated in the attached statement.

Done at _____ the _____ day of _____ 20\_\_\_\_

_____

(Signature and stamp of Central Authority of the State of destination)

Where appropriate, attach originals or copies
of any additional documents proving service
or delivery, and identify them

\*Delete if inapplicable

**REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL
DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM A

LETTER ROGATORY [1]

| 1 | 2 |
|---|---|
| REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY<br><br>Name U.S. District Court, Southern District of Ohio<br><br>Address Line 1: Joseph P. Kinneary United States Courthouse<br>Address Line 2: 85 Marconi Blvd<br>Address Line 3: Columbus, OH 43215<br>Address Line 4: United States of America | PLAINTIFF: State of Ohio, ex rel Attorney General Dave Yost<br>\v.<br>DEFENDANT: Aaron Jones, et al.<br><br>DOCKET No: |
| **3** | **4** |
| CENTRAL AUTHORITY OF THE STATE OF ORIGIN<br><br>Name : United States Department of Justice<br><br>Address Line 1 : c/o ABC Legal Services, Inc.<br>Address Line 2: 633 Yesler Way<br>Address Line 3: Seattle, WA 98104, USA<br>Address Line 4: | CENTRAL AUTHORITY OF THE STATE OF DESTINATION<br><br>Name: Ministry of Foreign Affairs<br><br>Address Line 1 : Directorate of International Legal Affairs and Treaties<br>Address Line 2: San Felipe, 3rd Street, Lalacio Bolivar<br>Address Line 3: Panama City, Panama<br>Address Line 4: |
| **5** | **6** |
| REQUESTING PARTY<br><br>Name : State of Ohio<br><br>Address Line 1 : 30 East Broad Street, 14th Floor<br>Address Line 2: Columbus, Ohio 43215, USA<br>Address Line 3:<br>Address Line 4: | COUNSEL TO THE REQUESTING PARTY<br><br>Name : Erin B. Leahy<br><br>Address Line 1 : 30 East Broad Street, 14th Floor<br>Address Line 2: Columbus, OH 43215, USA<br>Address Line 3:<br>Address Line 4: |

| PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY | |
|---|---|
| Name:<br>**ABC Legal Services**<br><br><br>Address Line 1: 633 Yesler Way<br>Address Line 2: Seattle, WA 98104<br>Address Line 3:<br>Address Line 4: | Is this person responsible for costs and expenses?<br>Yes ☑      No ☐<br>If not, check in the amount of $_____<br>is attached.<br>(Or proof of payment is attached.) |

[1] Complete the original and two copies of this form; if A (1) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.

The Central Authority signing the letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the protocol to the Inter-American Convention on Letters Rogatory:

\* A. Requests their prompt service on:

Livia Szuromi

Punta Colon, Trump Ocean Club, Apartment 5505, Ciudad de Panama, Panama

The undersigned authority requests the service be carried out in the following manner:

\* (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention; or

N/A

\* (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

\* (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

\* B. Requests the delivery of the documents listed below to the following judicial or administrative authority:

Authority: N/A

\* C. Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the documents listed below and attached to this letter rogatory, and an executed Certificate of the attached Form C.

Done at Columbus, OH this 13th date of June , 20 23

Signature and stamp of the judicial or other additional authority of the State of origin

Signature and stamp of the Central Authority of the State of origin

Title or other identification of each document to be delivered:

Summons in a Civil Action; Complaint for Permanent Injuction, Damages and Other Equitable Relief ; Letters Rogatory

(Attach additional pages, if necessary)

\*Delete if inapplicable

2

## ANNEX TO THE ADITIONAL PROTOCOL
## TO THE INTER-AMERICAN CONVENTION OF LETTERS RAGOTORY

FORM B

ESSENTIAL INFORMATION FOR THE ADDRESSEE [1]

To (Name and address of the person being served) Livia Szuromi
Punta Colon, Trump Ocean Club, Apartment 5505, Ciudad de Panama, Panama

You are hereby informed that (Brief statement of nature of service)
a lawsuit has been filed against you by the State of Ohio in the United
States District Court for the Southern District of Ohio

A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document. This copy also contains essential information for you. Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

### ADDITIONAL INFORMATION
I*
### FOR SERVICE

A. The document being served on you (original or copy) concerns the following:
violations of federal laws 47 USC 227(g), 15 USC 6103(a), 16 CFR 310
and Ohio laws RC 1345.07 and RC 4719.12

B. The remedies sought or the amount in dispute is as follows:
permanent injunction, damages, and other relief

C. By this service, you are requested:
to file an answer to the Complaint within 21 days after service of
the Complaint

D. * In case of service on you as a defendant you an answer the complaint before the judicial or other adjudicatory authority specified in Form A, Box 1 (State place, date and hour): U.S. District Court for the Southern District of Ohio
85 Marconi Blvd., Columbus OH 43215 USA within 21 days after
service of the Complaint
* You are being summoned to appear as: a defendant

[1] Complete the original and two copies of this form in the language of the State of origin and two copies in the language of the State of destination.
* Delete if applicable.

\*    If some other action is being requested of the person served, please describe:\_\_\_\_\_

     N/A

E.    If you fail to comply, the consequences might be: the State of Ohio may request, and the United States District Court may enter, a default judgment against you, pursuant to Rule 55 of the Federal Rules of Civil Procedure

F.    You are hereby informed that a defense counsel appointed by the Court or the Following legal aid societies are available to you at the place where the proceeding is pending.

     Name: N/A - counsel could only be appointed upon motion at the discretion of the Court

     Address: _____

The documents listed in Part III are being furnished to you so that you may better understand and defend your interests.

II \*
FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE
AUTHORITY

To:    N/A

(Name and address of the judicial or administrative authority)

You are respectfully requested to furnish the undersigned authority with the following information.

N/A

The documents listed in Part III are being furnished to you to facilitate your reply.

\*Delete if inapplicable.

4

### III
### LIST OF ATTACHED DOCUMENTS

The following are provided in English and Spanish pursuant to Article 3(a)
of the Additional Protocol to the Convention: (1) Summons in a Civil Action,
and (2) Complaint for Permanent Injunction, Damages and Other Relief

Letters Rogatory

_____

_____

_____

_____

_____

_____

_____

_____

(Attach additional pages if necessary)

Done at _Columbus, Ohio, USA_____ this ____13ᵗʰ_____ day of

_____June_____, 20 23____

Signature and stamp of the
judicial or other adjudicatory
authority of the State of origin

Signature and stamp of
the Central Authority
of the State of Origin

5

**ANNEX TO THE ADDITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM C

CERTIFICATE OF EXECUTION [1]

To: United States District Court for the Southern District of Ohio
85 Marconi Blvd.
Columbus, Ohio 43215, USA

(Name and address of judicial or other adjudicatory authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

\*      A.   That one copy of the documents attached to this Certificate has been served or delivered as follows:

Date: _____

At (Address) _____

By one of the following methods authorized by the Convention.

\* (1)   In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention, or

_____
_____
_____

\* (2)   By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

\* (3)   If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination; (Specify method used)

_____
_____
_____
_____

[1] Complete the original and one copy in the language of the State of destination.
\*Delete if inapplicable

6

\*    B.   That the documents referred to in the letter rogatory have been delivered to:

Identity of person _____

_____

_____

Relationship to the addressee _____

(Family,business or other)

_____

_____

\*    C.   That the documents attached to the Certificate have not been served or
delivered for the following reason(s):

_____

_____

_____

\*    D   In conformity with the Protocol, the party requesting execution of the letter
rogatory is requested to pay the outstanding balance of costs in the amount
indicated in the attached statement.

Done at _____the _____day of _____20\_\_\_

_____

(Signature and stamp of Central Authority of the State of destination)

Where appropriate, attach originals or copies
of any additional documents proving service
or delivery, and identify them

\*Delete if inapplicable

7

**REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM A

LETTER ROGATORY [1]

| 1 | 2 |
|---|---|
| REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY<br><br>Name U.S. District Court, Southern District of Ohio<br><br>Address Line 1: Joseph P. Kinneary United States Courthouse<br>Address Line 2: 85 Marconi Blvd<br>Address Line 3: Columbus, OH 43215<br>Address Line 4: United States of America | PLAINTIFF: State of Ohio, ex rel Attorney General Dave Yost<br>\v.<br>DEFENDANT: Aaron Jones, et al.<br>DOCKET No: |
| 3 | 4 |
| CENTRAL AUTHORITY OF THE STATE OF ORIGIN<br><br>Name : United States Department of Justice<br><br>Address Line 1: c/o ABC Legal Services, Inc.<br>Address Line 2: 633 Yesler Way<br>Address Line 3: Seattle, WA 98104, USA<br>Address Line 4: | CENTRAL AUTHORITY OF THE STATE OF DESTINATION<br><br>Name: Ministry of Foreign Affairs<br><br>Address Line 1: Directorate of International Legal Affairs and Treaties<br>Address Line 2: San Felipe, 3rd Street, Lalacio Bolivar<br>Address Line 3: Panama City, Panama<br>Address Line 4: |
| 5 | 6 |
| REQUESTING PARTY<br><br>Name : State of Ohio<br><br>Address Line 1: 30 East Broad Street, 14th Floor<br>Address Line 2: Columbus, Ohio 43215, USA<br>Address Line 3:<br>Address Line 4: | COUNSEL TO THE REQUESTING PARTY<br><br>Name : Erin B. Leahy<br><br>Address Line 1: 30 East Broad Street, 14th Floor<br>Address Line 2: Columbus, OH 43215, USA<br>Address Line 3:<br>Address Line 4: |

| PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY | |
|---|---|
| Name:<br><br>**ABC Legal Services**<br><br>Address Line 1: 633 Yesler Way<br>Address Line 2: Seattle, WA 98104<br>Address Line 3:<br>Address Line 4: | Is this person responsible for costs and expenses?<br>Yes ☑        No ☐<br>If not, check in the amount of $_____<br>is attached.<br>(Or proof of payment is attached.) |

[1] Complete the original and two copies of this form; if A (1) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.

The Central Authority signing the letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the protocol to the Inter-American Convention on Letters Rogatory:

\* A.   Requests their prompt service on:

Jovita Migdaris Cedeno Luna

PH Palma de Mallorca, Piso 17, Apto. 17D, Panama

The undersigned authority requests the service be carried out in the following manner:

\*   (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention; or

N/A

\*   (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

\*   (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

\* B.   Requests the delivery of the documents listed below to the following judicial or administrative authority:

Authority:   N/A

\* C.   Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the documents listed below and attached to this letter rogatory, and an executed Certificate of the attached Form C.

Done at Columbus, OH this 13ᵗʰ date of June , 20 23

Signature and stamp of the judicial or other authority of the State

Signature and stamp of the Central Authority of the State of origin

Title or other identification of each document to be delivered:

Summons in a Civil Action; Complaint for Permanent Injuction, Damages and Other Equitable Relief ; Letters Rogatory

(Attach additional pages, if necessary)

\*Delete if inapplicable

2

## ANNEX TO THE ADITIONAL PROTOCOL
## TO THE INTER-AMERICAN CONVENTION OF LETTERS RAGOTORY

FORM B

ESSENTIAL INFORMATION FOR THE ADDRESSEE [1]

To (Name and address of the person being served) Jovita Migdaris Cedeno Luna
PH Palma de Mallorca, Piso 17, Apto. 17D, Panama

You are hereby informed that (Brief statement of nature of service)
a lawsuit has been filed against you by the State of Ohio in the United
States District Court for the Southern District of Ohio

A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document. This copy also contains essential information for you. Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

### ADDITIONAL INFORMATION
I*
### FOR SERVICE

A. The document being served on you (original or copy) concerns the following:
   violations of federal laws 47 USC 227(g), 15 USC 6103(a), 16 CFR 310
   and Ohio laws RC 1345.07 and RC 4719.12

B. The remedies sought or the amount in dispute is as follows:
   permanent injunction, damages, and other relief

C. By this service, you are requested:
   to file an answer to the Complaint within 21 days after service of
   the Complaint

D. * In case of service on you as a defendant you an answer the complaint before the judicial or other adjudicatory authority specified in Form A, Box 1 (State place, date and hour): U.S. District Court for the Southern District of Ohio
   85 Marconi Blvd., Columbus OH 43215 USA within 21 days after
   service of the Complaint
   * You are being summoned to appear as: a defendant

[1] Complete the original and two copies of this form in the language of the State of origin and two copies in the language of the State of destination.

* Delete if applicable.

3

\*    If some other action is being requested of the person served, please describe:_____

     N/A

 

E.   If you fail to comply, the consequences might be: the State of Ohio may request, and the United States District Court may enter, a default judgment against you, pursuant to Rule 55 of the Federal Rules of Civil Procedure

 

F.   You are hereby informed that a defense counsel appointed by the Court or the Following legal aid societies are available to you at the place where the proceeding is pending.

     Name:   N/A - counsel could only be appointed upon motion at the discretion of the Court

     Address: _____

 

The documents listed in Part III are being furnished to you so that you may better understand and defend your interests.

II \*

FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE AUTHORITY

To:     N/A

 

(Name and address of the judicial or administrative authority)

You are respectfully requested to furnish the undersigned authority with the following information.

N/A

 

The documents listed in Part III are being furnished to you to facilitate your reply.

\*Delete if inapplicable.

4

**III**
**LIST OF ATTACHED DOCUMENTS**

The following are provided in English and Spanish pursuant to Article 3(a) of the Additional Protocol to the Convention: (1) Summons in a Civil Action, and (2) Complaint for Permanent Injunction, Damages and Other Relief

Letters Rogatory

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

Done at **Columbus, Ohio, USA** this **13th** day of

**June** , 20 **23**

_Ulrich Clynn_

Signature and stamp of the
judicial or other adjudicatory
authority of the State of origin

Signature and stamp of
the Central Authority
of the State of Origin

5

**ANNEX TO THE ADDITIONAL PROTOCOL**
**TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM C

CERTIFICATE OF EXECUTION [1]

To: United States District Court for the Southern District of Ohio
85 Marconi Blvd.
Columbus, Ohio 43215, USA

(Name and address of judicial or other adjudicatory authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

\*   A.   That one copy of the documents attached to this Certificate has been served or delivered as follows:

Date: _____

At (Address) _____

By one of the following methods authorized by the Convention.

\*   (1)   In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention, or

_____
_____
_____

\*   (2)   By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

\*   (3)   If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination; (Specify method used)

_____
_____
_____
_____

[1] Complete the original and one copy in the language of the State of destination.
\*Delete if inapplicable

6

\* B. That the documents referred to in the letter rogatory have been delivered to:

Identity of person _____

_____

_____

Relationship to the addressee _____

(Family,business or other)

_____

_____

\* C. That the documents attached to the Certificate have not been served or delivered for the following reason(s):

_____

_____

_____

\* D In conformity with the Protocol, the party requesting execution of the letter rogatory is requested to pay the outstanding balance of costs in the amount indicated in the attached statement.

Done at _____the _____day of _____20___

_____

(Signature and stamp of Central Authority of the State of destination)

Where appropriate, attach originals or copies
of any additional documents proving service
or delivery, and identify them

\*Delete if inapplicable

7

### REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM A

## LETTER ROGATORY [1]

| 1 | 2 |
|---|---|
| REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY<br><br>Name U.S. District Court, Southern District of Ohio<br><br>Address Line 1: Joseph P. Kinneary United States Courthouse<br>Address Line 2: 85 Marconi Blvd<br>Address Line 3: Columbus, OH 43215<br>Address Line 4: United States of America | PLAINTIFF: State of Ohio, ex rel Attorney General Dave Yost<br>\v.<br>DEFENDANT: Aaron Jones, et al.<br><br>DOCKET No: |
| **3** | **4** |
| CENTRAL AUTHORITY OF THE STATE OF ORIGIN<br><br>Name: United States Department of Justice<br><br>Address Line 1: c/o ABC Legal Services, Inc.<br>Address Line 2: 633 Yesler Way<br>Address Line 3: Seattle, WA 98104, USA<br>Address Line 4: | CENTRAL AUTHORITY OF THE STATE OF DESTINATION<br><br>Name: Ministry of Foreign Affairs<br><br>Address Line 1: Directorate of International Legal Affairs and Treaties<br>Address Line 2: San Felipe, 3rd Street, Lalacio Bolivar<br>Address Line 3: Panama City, Panama<br>Address Line 4: |
| **5** | **6** |
| REQUESTING PARTY<br><br>Name: State of Ohio<br><br>Address Line 1: 30 East Broad Street, 14th Floor<br>Address Line 2: Columbus, Ohio 43215, USA<br>Address Line 3:<br>Address Line 4: | COUNSEL TO THE REQUESTING PARTY<br><br>Name: Erin B. Leahy<br><br>Address Line 1: 30 East Broad Street, 14th Floor<br>Address Line 2: Columbus, OH 43215, USA<br>Address Line 3:<br>Address Line 4: |

---

PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY

Name:

**ABC Legal Services**

Address Line 1: 633 Yesler Way
Address Line 2: Seattle, WA 98104
Address Line 3:
Address Line 4:

Is this person responsible for costs and expenses?
Yes ☑        No ☐
If not, check in the amount of $_____ is attached.
(Or proof of payment is attached.)

---

[1] Complete the original and two copies of this form; if A (1) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.

The Central Authority signing the letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the protocol to the Inter-American Convention on Letters Rogatory:

* A.  Requests their prompt service on:
  Jovita Migdaris Cedeno Luna
  Famagosta Lofts, Av, Av 5, Sur 5, Panama, Panama

The undersigned authority requests the service be carried out in the following manner:

* (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention; or
  N/A

* (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

* (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

* B.  Requests the delivery of the documents listed below to the following judicial or administrative authority:

  Authority: _____ N/A

* C.  Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the documents listed below and attached to this letter rogatory, and an executed Certificate of the attached Form C.

Done at Columbus, OH this 13th date of June , 2023

Signature and stamp of the judicial or other authority of the State of origin

Signature and stamp of the Central Authority of the State of origin

Title or other identification of each document to be delivered:
  Summons in a Civil Action; Complaint for Permanent Injuction, Damages and Other Equitable Relief ; Letters Rogatory

(Attach additional pages, if necessary)
*Delete if inapplicable

2

## ANNEX TO THE ADITIONAL PROTOCOL
## TO THE INTER-AMERICAN CONVENTION OF LETTERS RAGOTORY

FORM B

ESSENTIAL INFORMATION FOR THE ADDRESSEE [1]

To (Name and address of the person being served) Jovita Migdaris Cedeno Luna
Famagosta Lofts, Av Av 5, Sur 5, Panama, Panama

You are hereby informed that (Brief statement of nature of service)
a lawsuit has been filed against you by the State of Ohio in the United
States District Court for the Southern District of Ohio

A copy of the letter rogatory that gives rise to the service or delivery of these
documents is attached to this document. This copy also contains essential information
for you. Also attached are copies of the complaint or pleading initiating the action in
which the letter rogatory was issued, of the documents attached to the complaint or
pleading, and of any rulings that ordered the issuance of the letter rogatory.

### ADDITIONAL INFORMATION
### I*
### FOR SERVICE

A. The document being served on you (original or copy) concerns the following:
violations of federal laws 47 USC 227(g), 15 USC 6103(a), 16 CFR 310
and Ohio laws RC 1345.07 and RC 4719.12

B. The remedies sought or the amount in dispute is as follows:
permanent injunction, damages, and other relief

C. By this service, you are requested:
to file an answer to the Complaint within 21 days after service of
the Complaint

D. * In case of service on you as a defendant you an answer the complaint before
the judicial or other adjudicatory authority specified in Form A, Box 1 (State
place, date and hour): U.S. District Court for the Southern District of Ohio
85 Marconi Blvd., Columbus OH 43215 USA within 21 days after
service of the Complaint
* You are being summoned to appear as: a defendant

[1] Complete the original and two copies of this form in the language of the State of
origin and two copies in the language of the State of destination.
* Delete if applicable.

\*    If some other action is being requested of the person served, please describe:\_\_\_\_\_

     N/A

E.   If you fail to comply, the consequences might be: the State of Ohio may request, and the United States District Court may enter, a default judgment against you, pursuant to Rule 55 of the Federal Rules of Civil Procedure

F.   You are hereby informed that a defense counsel appointed by the Court or the Following legal aid societies are available to you at the place where the proceeding is pending.

    Name: N/A - counsel could only be appointed upon motion at the discretion of the Court

    Address: _____

The documents listed in Part III are being furnished to you so that you may better understand and defend your interests.

II \*
FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE
AUTHORITY

To:    N/A

(Name and address of the judicial or administrative authority)

You are respectfully requested to furnish the undersigned authority with the following information.

N/A

The documents listed in Part III are being furnished to you to facilitate your reply.

\*Delete if inapplicable.

4

**III**
**LIST OF ATTACHED DOCUMENTS**

The following are provided in English and Spanish pursuant to Article 3(a)
of the Additional Protocol to the Convention: (1) Summons in a Civil Action,
and (2) Complaint for Permanent Injunction, Damages and Other Relief

~~Letters Rogatory~~

(Attach additional pages if necessary)

Done at _Columbus, Ohio, USA_ this ___13th___ day of

_____June_____ , 20 23

Signature and stamp of the
judicial or other adjudicatory
authority of the State of origin

Signature and stamp of
the Central Authority
of the State of Origin

5

**ANNEX TO THE ADDITIONAL PROTOCOL**
**TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM C

CERTIFICATE OF EXECUTION [1]

To: United States District Court for the Southern District of Ohio
85 Marconi Blvd.
Columbus, Ohio 43215, USA

(Name and address of judicial or other adjudicatory authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

\*    A. That one copy of the documents attached to this Certificate has been served or delivered as follows:

Date: _____

At (Address) _____

By one of the following methods authorized by the Convention.

\* (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention, or

_____
_____

\* (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

\* (3) If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination; (Specify method used)

_____
_____
_____

[1] Complete the original and one copy in the language of the State of destination.
\*Delete if inapplicable

6

\*  B.  That the documents referred to in the letter rogatory have been delivered to:

Identity of person _____

_____

_____

Relationship to the addressee _____

(Family, business or other)

_____

_____

\*  C.  That the documents attached to the Certificate have not been served or
        delivered for the following reason(s):

_____

_____

_____

\*  D  In conformity with the Protocol, the party requesting execution of the letter
       rogatory is requested to pay the outstanding balance of costs in the amount
       indicated in the attached statement.

Done at _____ the _____ day of _____ 20____

_____

(Signature and stamp of Central Authority of the State of destination)

Where appropriate, attach originals or copies
of any additional documents proving service
or delivery, and identify them

\*Delete if inapplicable

7